# EXHIBIT 1

# A/DAG Memo Response: Events that Occurred at or Near the US Capitol on January 6, 2021

When you submit this form, the owner will see your name and email address.

* Required

1. Are you submitting this form for yourself or on behalf of your employee? *

   ● Me
   ○ Employee

   

2. What is your/your employee's current title? *

   Special Agent

3. Are you/your employee currently a supervisor? *

   Yes

4. Are you/your employee currently an ASAC or SSIA? *

   No

5. Are you/your employee currently an SES employee (e.g., SAC, Section Chief, DAD, AD, etc...)? *

   No

6. What was your/your employee's title when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021?Select your answer *

6. What was your/your employee's title when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021? Select your answer *

Special Agent

7. Were you/your employee a supervisor when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021? Select your answer *

No

8. Were you/your employee an ASAC or SSIA when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021? Select your answer *

No

9. Were you/your employee an SES employee when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021? Select your answer *

No

10. What division are you/your employee currently in? (The drop down menu is sorted first by Field Offices, Legat Offices, then HQ divisions, and then in alphabetical order by the division's 2-character code). Select your answer *

▬▬▬

11. What division were you/your employee in when you/your employee participated in investigation(s) or prosecution(s) of events that occurred at or near the US Capitol on January 6, 2021? Select your answer *

▬▬▬

12. What was your/your employee role in the investigation(s) or prosecution(s) relating to events that occurred at or near the US Capitol on January 6, 2021? Select all that apply. *



12. What was your/your employee role in the investigation(s) or prosecution(s) relating to events that occurred at or near the US Capitol on January 6, 2021? Select all that apply. *

- [ ] Analytical support
- [ ] Approved ECs or other documents in a case file
- [x] Arrest - led operation or participated in arrest
- [ ] Assigned as case agent for investigation(s)
- [x] Assigned as co-case agent for investigation(s)
- [ ] Conducted baseline database checks for case opening
- [ ] Conducted surveillance of subject(s)
- [ ] Discovery
- [x] Evidence collection and/or disposition
- [x] Grand jury subpoena - submission or review
- [ ] HQ Program Management Support
- [x] Interviewed witness(es), subject(s), and/or complainant(s)
- [x] Responded to lead set by another office
- [ ] Search warrant - led operation or participated in search
- [ ] Supervised squad conducting investigation(s)
- [ ] Testified at a trial
- [x] The responses in this survey are provided

13. What was the approximate date of your/your employee's last activity relating to the investigation(s) or prosecution(s) relating to events that occurred at or near the US Capitol on January 6, 2021? *

[redacted]

Submit