## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9<br>Employees/Agents of the Federal Bureau<br>of Investigations,<br>on behalf of themselves<br>and those similarly situated<br><br>    *Plaintiff*,<br><br>v.<br><br><br>DEPARTMENT OF JUSTICE,<br>James McHenry<br>Acting Attorney General<br>of the United States,<br>    *Defendant*. | Case No. 25-cv-00325<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

## [PROPOSED] PROTECTIVE ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's Motion to Proceed under Pseudonym, and any opposition thereto, and for good cause supporting the same, it is on this _____ day of _____ 2025 hereby **ORDERED** that the Motion is **GRANTED.**

 

_____
U.S. District Judge
U.S. District Court for the District of Columbia