AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Does 1-9, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-0325 (JMC) |
| Dep't of Justice | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Department of Justice.

Date: 02/05/2025

/s/ Dimitar P. Georgiev
*Attorney's signature*

Dimitar P. Georgiev, D.C. Bar #1735756
*Printed name and bar number*
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

*Address*

dimitar.georgiev-remmel@usdoj.gov
*E-mail address*

*Telephone number*

*FAX number*