UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9,<br><br>      Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 25-0325 (JMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jeremy S. Simon as co-counsel for Defendant in the above captioned case.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant