UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN AND JANE DOES 1-9,** *et al.*,<br>*Plaintiffs,*<br><br>v.<br><br>**JAMES MCHENRY, et al.,**<br>**ACTING ATTORNEY GENERAL**<br>*Defendants.* | )<br>)<br>)<br>)<br>) Case No. 1:25-CV-325 (JMC)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

**APPEARANCE OF COUNSEL**

To the Court and All Parties of Record, attorney Scott M. Lempert hereby enters his appearance as Counsel for the Plaintiffs, John and Jane Does, et al., in the above captioned case. He is admitted to practice in this court.

Dated: February 5, 2025

_____
Scott M. Lempert (Bar # 1045184)
CENTER FOR EMPLOYMENT JUSTICE, LLC
650 Massachusetts Ave NW
Suite 600
Washington, DC 20001
(202) 800-0292
scottlempert@centerforemploymentjustice.com
*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on counsel of record via electronic court filing this 5th day of February 2025:

U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
Counsel for Defendant

Scott M. Lempert