UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN AND JANE DOES 1-9,

       Plaintiffs,

     v.                                                                    Civil Action No. 25-0325 (JMC)

DEPARTMENT OF JUSTICE,

       Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' motion for a temporary restraining order,

Defendant's opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.


SO ORDERED:


_____                          _____
Date                                                        JIA M. COBB
                                                                United States District Judge