# Exhibit 1

 **Outlook**

**Message from the Acting Director**

From  FBI_COMMUNICATIONS
Date  Tue 2/4/2025 2:51 PM
To       FBI-ALL



Colleagues,

Consistent with my commitment to be transparent with you, I write this afternoon to provide you with another update on our engagement with the Department of Justice regarding the Department's memo dated January 31, 2025. That memo directed the FBI to provide lists, by noon today, of "all current and former FBI personnel assigned at any time to investigations and/or prosecutions relating to (1) events that occurred at or near the United States Capitol on January 6, 2021; and (2) *United States v. Haniyeh, et al.*, 24 Mag. 438 (S.D.N.Y.)."

I understand that our response continues to be a cause for concern and confusion among the thousands of employees on the lists, and thousands more concerned for the well-being of our FBI Family. We have sent our response to the Department of Justice as required, and I want to explain what we have provided. We are extremely sensitive to protecting the personal safety and security of our personnel. Therefore, the data we provided identified employees only by Unique Employee Identifier (UEID), their current title, their title at the time of the relevant investigation or prosecution, the office to which they are currently assigned, their role in the relevant investigation or prosecution, and the date of last activity related to the investigation or prosecution.

As many of you know, there is no automated way to gather that data, so multiple Headquarters teams endeavored to do so manually, along with your input through the survey many of you received. We recognize there remains confusion regarding the methodology used to compile these lists. We also recognize that there are discrepancies among the lists of names ultimately pulled from the system due to employee attrition, name changes, and other factors. We have made these potential discrepancies and our concerns regarding the accuracy and reliability of the data clear in a letter to the Department of Justice.

We also made clear in our letter that consistent with our oath as FBI employees to uphold the U.S. Constitution and federal law, we are assigned to matters purely based on the responsibilities of our jobs. Case assignments have never reflected a choice on behalf of any individual — our personnel are directed to work specific matters and, in fact, can be charged with misconduct for failure to do work to which they are assigned. We also noted that we have a long-standing and robust process in coordination with the Office of the Inspector General for investigating and adjudicating potential allegations of misconduct, and that we expect any employee(s) identified as having potentially engaged in misconduct to be afforded the right of going through this established process.

I want to be clear again, as I have stated consistently, that the FBI does not consider anyone's identification on one of these lists as an indicator of misconduct. The lists simply reflect that an FBI employee was assigned to an appropriately authorized and predicated matter at a moment in time. I am confident the Department of Justice understands our concerns and will undertake a full and fair review of the data we provided.

I want to **thank you** for your continued commitment to our mission, to our partners, and to each other. Day after day, you are out there protecting the American people and upholding the Constitution. We remain in your debt.

Stay safe,
***Brian J. Driscoll, Jr.***
Acting Director