# Exhibit 4

███████████ (OGC) (FBI)

| | |
|---|---|
| **From:** | Deputy Director |
| **Sent:** | Sunday, February 2, 2025 5:11 PM |
| **To:** | FBI_SAC's; FBI_ADs AND EADs; HQ-DIV09-CDC |
| **Cc:** | ███████████ |
| **Subject:** | Additional Guidance on DOJ Inquiry |
| **Importance:** | High |



All –

There have understandably been questions and concerns regarding the case personnel inquiry from the Office of the Deputy Attorney General on January 31, 2025. Below is an FAQ to address some of the questions we have received. It is imperative our employees are provided with accurate information. Please do not send any other guidance to your field office or division on this matter.

*Rob Kissane*
Acting Deputy Director

1. **Is this Department of Justice (DOJ) request lawful?**
   Yes. DOJ, as our parent agency, has the authority to request information about our cases and personnel.

2. **Is my name being on the list an indication the FBI believes I was involved in misconduct?**
   No. We do not view anyone's identification on the list as an indicator of any misconduct. Employees are simply assigned to matters based on the organization's priorities. Inclusion here merely reflects a snapshot in time of work an employee contributed to on behalf of the FBI.

3. **Are personnel identified on the list for involvement in January 6-related investigations or prosecutions required to complete the requested information on the questionnaire?**
   No. While the FBI must be responsive to this lawful request from DOJ, the management in each division with an employee on the list is responsible for ensuring the information we provide to DOJ is accurate and complete. This is simply most efficient to ask employees to submit their own information to ensure accuracy, as DOJ has set an aggressive deadline for this request.

   Each division may determine the manner which information is submitted, including providing responsive information for their employees via the survey, which includes an option to complete the form on behalf of your employee.

   If an employee is uncomfortable providing the basic information requested, they may request their management to answer the [questionnaire](#) on their behalf.

4. **I am the manager of an employee listed for their participation in January 6-related investigations or participation, and the employee has requested I complete the information on their behalf. Am I required to do so, and how do I do it?**
   Yes. It's important to ensure we are responsive to a DOJ request and that our response is complete and accurate. The [questionnaire](#) has been updated by ITADD to enable you to provide the required response on behalf of your employee using the same link already provided.

5. **How did my or my employee's name get on this list?**
   The FBI has conducted approximately 2,400 investigations (both open and closed) related to events that occurred at or near the United States Capitol on January 6, 2021. Each of those investigations has an associated Case Manager and Case Participant list recorded in Sentinel. The source of the employee list is a Sentinel report of Case Managers and Case Participants for those ~2,400 investigations as of January 30, 2025.

6. **In the list of names I received, an employee was identified who has never worked on any January 6-related investigation. How do I correct this error?**
   Reply to the message you received with the employee list informing the Counterterrorism Division which specific employee was erroneously identified as having been assigned to a January 6 related case.

7. **What exactly did DOJ ask for?**
   "[A]ll current and former FBI personnel assigned at any time to investigations and/or prosecutions relating to (1) events that occurred at or near the United States Capitol on January 6, 2021; and (2) United States v. Haniyeh, et al., 24 Mag. 438 (S.D.N.Y.). These lists should include relevant supervisory personnel in FBI

regional offices and field divisions, as well as at FBI headquarters. For each employee included in the list, provide the current title, office to which the person is assigned, role in the investigation or prosecution, and date of last activity relating to the investigation or prosecution. Upon timely receipt of the requested information, the Office of the Deputy Attorney General will commence a review process to determine whether any additional personnel actions are necessary."

8. **What is DOJ going to do with this list?**
   We are still working with DOJ to better understand the purpose for which the list is being sought. The memorandum states "the Office of the Deputy Attorney General will commence a review process to determine whether any additional personnel actions are necessary."