UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 25-0328 (JMC) |

## [PROPOSED] ORDER

With the consent of the parties, the Court DEFERS RULING on Plaintiffs' motions for temporary restraining orders and ORDERS as follows:

1. The Government will not disseminate the list at issue in these consolidated cases (and any subsequent versions of that list, including any record pairing the unique identifiers on the list to names) to the public, directly or indirectly, before the Court rules on Plaintiffs' anticipated motions for a preliminary injunction.

2. Absent further order of the Court, the Government may terminate the proscription set forth in Paragraph 1 at its election by providing two business days' notice to the parties and the Court of its intent to terminate.

3.      The following schedule shall govern Plaintiffs' anticipated motions for a preliminary injunction:

      a.   Plaintiffs shall file their motions on or before February 24, 2025;

      b.   Defendants shall file their opposition on or before March 14, 2025; and

      c.   Plaintiffs shall file any replies on or before March 21, 2025.

SO ORDERED:

_____           _____
Dated                                                                                   JIA M. COBB
                                                                              United States District Judge