```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


JOHN AND JANE DOES 1-9,
Employees/Agents of the Federal        Civil Action No.
Bureau of Investigation, on            25-cv-00325-JMC
behalf of themselves and those
similarly situated,

          Plaintiffs,                  February 6, 2025
                                       10:30 a.m.
     vs.

DEPARTMENT OF JUSTICE,
James McHenry, Acting                  Washington, D.C.
Attorney General of the United States,

          Defendant.
_____


FEDERAL BUREAU OF INVESTIGATION
AGENTS ASSOCIATION,                    Civil Action No.
                                       25-cv-00328-JMC
JOHN DOE 1-4,

JANE DOE 1-3,

          Plaintiffs,

vs.

DEPARTMENT OF JUSTICE,

UNITED STATES OF AMERICA,

          Defendants.
_____



  TRANSCRIPT OF THE TEMPORARY RESTRAINING ORDER MOTIONS HEARING
          BEFORE THE HONORABLE JIA M. COBB
            UNITED STATES DISTRICT JUDGE
```

```
 1    APPEARANCES:

 2    For the Plaintiffs:      Norman L. Eisen, Esq.
                               STATE DEMOCRACY DEFENDERS FUND
 3                             600 Pennsylvania Avenue, SE
                               #15180
 4                             Washington, DC 20003

 5                             Mark Steven Zaid, Esq.
                               LAW OFFICES OF MARK S. ZAID, P.C.
 6                             1250 Connecticut Avenue, NW
                               Suite 700
 7                             Washington, DC 20036

 8                             Pamela M. Keith, Esq.
                               CENTER FOR EMPLOYMENT JUSTICE
 9                             650 Massachusetts Avenue, NW
                               Suite 600
10                             Washington, DC 20001

11                             Margaret M. Donovan, Esq.
                               KOSKOFF, KOSKOFF & BIEDER
12                             350 Fairfield Avenue
                               Suite 501
13                             Bridgeport, CT 06604

14    For the Defendants:      Jeremy S. Simon, Esq.
                               DOJ-USAO
15                             601 D. Street, NW
                               Washington, DC 20530
16
                               Dimitar Georgiev-Remmel, Esq
17                             U.S. ATTORNEY'S OFFICE FOR THE
                               DISTRICT OF COLUMBIA
18                             601 D. Street, NW
                               Washington, DC 20530
19
                               John Truong, Esq.
20

21    Court Reporter:    Stacy Johns, RPR, RCR
                               Official Court Reporter
22
         Proceedings recorded by mechanical stenography, transcript
23              produced by computer-aided transcription

24

25
```

1              **P R O C E E D I N G S**

2

3          DEPUTY CLERK:  Good morning, Your Honor.  We are on

4     the record in Civil Case 25-325, John and Jane Does 1 through 9

5     versus Department of Justice, and Civil Case 25-328, Federal

6     Bureau of Investigation Agents Association et al. versus

7     Department of Justice, et al.

8          Starting with plaintiff's counsel, please approach the

9     podium and state your appearance for the record.

10         MS. DONOVAN:  Good afternoon, Your Honor.  Margaret

11    Donovan appearing for the FBI Agents Association.

12         THE COURT:  Okay.

13         MR. ZAID:  Good morning, Your Honor.  Mark Zaid and

14    Brad Moss for the Doe plaintiffs in 328.

15         THE COURT:  Okay.

16         MS. KEITH:  Good morning, Your Honor.  Pamela Keith

17    and Scott Lempert for Does 1 through 9 and the punitive class.

18         THE COURT:  Okay.

19         MR. EISEN:  Good morning, Your Honor.  Norman Eisen

20    appearing for the Does, together with Mr. Zaid and Mr. Moss.

21         THE COURT:  Okay.

22         MR. SIMON:  Good morning, Your Honor.  Jeremy Simon

23    with U.S. Attorney's Office for the government in both cases.

24         THE COURT:  Okay.  Good morning.

25         MR. GEORGEIV-REMMEL:  Good morning, Your Honor.

1    Dimitar Georgiev for the government.  Also at counsel's table

2    is John Truong.  He is deputy chief at the U.S. Attorney's

3    Office.  Thank you.

4           THE COURT:  Good morning, everyone.  We are here for

5    hearing on the TROs that were filed in the two cases.  Just so

6    the parties are aware, I've not made any decision about

7    consolidation going forward.  I'll hear from the parties on

8    that.  I mean, I personally think it makes sense.

9           But for purposes of this TRO hearing, I thought it

10   made particular sense because the relief sought overlaps, the

11   claims overlap and the same counsel for the government are

12   involved in the case.

13          I did open the public line for the hearing.  So there

14   may be people listening in to these proceedings.  Just a

15   reminder to anyone who may be listening in that recording these

16   proceedings in any way, shape or form is prohibited.

17          Okay.  So I have a number of questions.  I do

18   appreciate that the government filed a response to the TRO in

19   advance of the hearing.  It was helpful to have a heads up

20   about what the position would be.

21          Let me just start with somewhat of a housekeeping

22   matter for both sets of plaintiffs.  And that is do you intend

23   to move for a preliminary injunction?  I didn't see any

24   reference to that in the papers and, as you know, a TRO, if I

25   were to grant it, is temporary.  So I'm trying to figure out

1    what the next steps would be.

2            MR. EISEN:  Your Honor, Norman Eisen.  I just wanted

3    to advise the Court on behalf of the parties and the government

4    that we received the papers as Your Honor did.  We were in the

5    cafeteria.  I hadn't had a chance to have my coffee before

6    receiving the papers.

7            We did note that on Page 12 of the papers that the

8    government writes that plaintiffs can point to nothing that

9    suggests the government intends to make public the list in the

10   case.  To the contrary, the Department and FBI management have

11   repeatedly stressed the purpose of this list is to conduct an

12   internal review, not expose dedicated special agents to public

13   insult or ridicule.

14           We immediately conferred with the government.  We do

15   believe the ingredients for a consent TRO or order may exist in

16   this paragraph.  If that is, in fact, the government's position

17   we think we could be able to negotiate something.  We just

18   wanted to advise the Court that we had that very preliminary

19   conversation.

20           And then we would agree -- I presume the government

21   would assent -- we would agree to a PI briefing schedule that

22   would allow the Court and the parties some leisure.  Our

23   colleague Pam Keith, who represents the class, will speak about

24   the consolidation issues initially, as will our other

25   colleagues, Your Honor.

1          But we did on behalf of both sides want to advise the

2     Court of that conversation in the nature of a settlement or an

3     agreed -- possible agreed order based on the government's

4     papers.

5          THE COURT:  Okay.  Can I hear from the government on

6     that point?  And I am familiar with the government agreeing

7     to -- you can step up -- a proposed order of that nature in

8     another case recently.  I would not frame it as a consent TRO.

9     It would just be a consent order pending preliminary injunction

10    briefing.

11         But let me hear from you.  Is that something that you

12    are prepared to agree to or that you would like some time to

13    discuss further with plaintiffs?

14         MR. SIMON:  Your Honor, I think we would need this

15    discuss it further with the plaintiffs to understand exactly

16    what they are proposing.  That sentence is certainly in our

17    submission.  It's also part of our much more extensive

18    explanation of the government's position.  We also would need

19    to consult, obviously, with your superiors, our office.

20         I would submit, not to get ahead of the argument, Your

21    Honor, but that they have not identified, in our view, anything

22    imminent that is expected to happen, and that the Court could

23    simply order a briefing on a PI and the parties can endeavor to

24    see if they can resolve it, and if they can't then the PI can

25    proceed, rather than sort of frame the proposal in the context

1    of this TRO sort of posture.

2            THE COURT:  Okay.  And I'm happy to move forward with

3    the hearing.  I guess here's what I would say in response to

4    that.  I think, as I understand the plaintiff's argument, what

5    they pointed out in your briefing, if it is the case that the

6    government does not have any immediate intent to release the

7    names of the survey respondents and the government is willing

8    to make that representation, my understanding is that

9    plaintiffs would be satisfied with that and that we could draft

10   a consent order along the lines of what has been done by the

11   government in recent cases.

12           I would direct the party's attention to case

13   25-CV-313.  It is *Alliance for Retired Americans v. Scott*

14   *Bessent*.  And it was simply an order deferring ruling on the

15   TRO, setting a PI briefing schedule.  And this order had

16   some -- I think a lot more detail about what the parties were

17   agreeing to.

18           I would think that this -- if you-all agreed to

19   something, it would simply say the government agrees that it

20   does not have any -- or is not -- the government has no plans

21   or agrees that it's not disclosing the names or information

22   contained in the survey to the public.

23           If at some point that changes, you could withdraw your

24   consent and I would rule on the TRO.  It would not be any legal

25   admission of any position from the government; it's just simply

1    memorializing the government's representations in its pleading

2    in an order so that the plaintiffs understand that there is

3    nothing imminent happening and we can -- or nothing immediate.

4    I think they might still think a PI is necessary.

5            I'm happy to take a 10 minute break and let you-all

6    talk about this.

7            MS. KEITH:  If I may, Your Honor.

8            THE COURT:  Yes.

9            MS. KEITH:  Your Honor, the plaintiffs are gratified

10   to hear that the government is willing to entertain working out

11   some sort of solution to appease the concerns --

12           THE COURT:  I don't know that they've said that.  My

13   understanding is they're willing to talk but I'm not going to

14   hold them to any agreement.  But go ahead.

15           MS. KEITH:  Exactly.  As a preliminary matter, I just

16   think Your Honor should know that the plaintiffs have no

17   objection and are certainly willing for consolidation.  And we

18   understand that the government does not oppose consolidation.

19   As Your Honor noted, it makes very good practical sense to do

20   that.

21           With respect to reaching some sort of agreement as to

22   what publication means and what internal means, I think we

23   should work that out and perhaps approach the Court with a

24   joint, worked-out language that meets all of our concerns.  If

25   that is not possible, the John and Jane Does 1 through 9 and

1    the punitive class would ask to reappear before the Court for a

2    decision on what those parameters should be.

3         THE COURT:  So you're proposing that we not go forward

4    with the substance of this hearing today, pending your

5    communications and conversations with the government because --

6    is that just going to kick the can down the road?

7         MS. KEITH:  It very well could.  Again, we received

8    the government's pleading as we were walking into this

9    courtroom.

10        THE COURT:  Right.  I mean, I gave them very little

11   time before the hearing.  I would have given them time to brief

12   it.

13        MS. KEITH:  I think the bigger concern, and I think

14   Mr. Eisen can also speak to this, is that in the case that you

15   just cited, the concern was access to confidential information

16   by someone who was perhaps quasi-governmental or not

17   governmental.  And the access happened before there was an

18   opportunity to prevent it from happening.

19        And I think that is the concern of the plaintiffs that

20   we represent, that what is publication, what is internal could

21   end up being something that happens first before they can seek

22   judicial constraint of that.  That is why we are really eager

23   to discuss with defendants what those parameters might be in

24   order to get something that we can agree to if agreement is a

25   better way to proceed.

```
1              THE COURT:  Okay.

2              MR. EISEN:  And, Your Honor, we're only seeking a

3    short break to confer with the government.  If we are unable to

4    reach the parameters -- I was counsel in the --

5              THE COURT:  In the case I referenced?

6              MR. EISEN:  In the case you referenced.  We got an

7    agreement in principle and then we had to hammer out, as

8    Ms. Keith has so eloquently expressed, the meaning of the terms

9    that the government has put forth, internal review only, no

10   public dissemination.

11             But I think if we work in good faith together on a

12   short break we'll be able to come back and advise the Court

13   whether it's possible to proceed.  And as Ms. Keith has said,

14   there's no objection on the part of the government to

15   consolidation.

16             There are some very important housekeeping matters

17   with respect to the identity of some of the John Does that

18   Judge Boasberg left to this Court's discretion to some degree,

19   but we can discuss that with the government over the break as

20   well and see if we can fold that into a consent -- not a

21   consent TRO but a consent order of some kind.  That was very

22   important to the government as we negotiated that other order

23   last night.

24             And we appreciate the need to come up with something

25   that works for everyone.  We think it could save everybody a
```

1    lot of time.  And then we'll offer a briefing schedule as well.
2    We'll discuss that with the government on the break too.
3            THE COURT:  Okay.  Can I hear from the government?
4    Are you amenable to taking a short recess to talk?
5            MR. SIMON:  Your Honor, we're certainly amenable to
6    talk.  I just don't know if 10 minutes is really feasible in
7    terms of ensuring that the parties are, you know, sort of in
8    the same mindset in terms of what is being proposed because we
9    do have to consult with our office.
10           THE COURT:  Sure.  Ten minutes is probably not --
11           MR. SIMON:  I don't want to create expectations if
12   we're not going to be able to have a real answer in 10 minutes,
13   which I think is unlikely.
14           However, I would just reiterate, they've not
15   identified anything imminent, certainly not within the next --
16   we've made this argument, you know, broader than that but
17   certainly not within the time it would take for the Court to
18   have a PI briefing and the parties certainly can discuss during
19   that time, and if the parties can reach agreement then that
20   would moot the need for the preliminary injunction.
21           THE COURT:  Okay.  Does anyone want -- I don't know
22   who wants to speak about this imminent issue and whether in
23   light of the government's representation and the parties'
24   intent to file a preliminary injunction motion, is there any
25   concern or specific evidence that the plaintiffs have that in

1  the week or two that that briefing might take if I expedited it

2  or if I gave longer times, 30 days, that you have something

3  concrete that you think that the survey information is going to

4  be disclosed to the public?  And if so, what is that?

5           MS. DONOVAN:  Your Honor, Margaret Donovan for FBIAA.

6  We do have serious concerns that if a briefing schedule is

7  entered for a preliminary injunction in the coming weeks, we

8  need something from the Court that binds the government to not

9  disclosing this information.

10          Again, that's to the public and it's also to third

11  parties.  And the reason why it's to third parties is because

12  if the government releases it to a third party it loses control

13  of that information and it could be the cause of irreparable

14  harm.

15          And so we do believe that it is imminent, Your Honor.

16  The reason why we believe it is an imminent is because right

17  now, but for the actions of acting director Driscoll, the

18  government would have all of the names of every agent who

19  worked on January 6th.  The government --

20          THE COURT:  The government would have what?

21          MS. DONOVAN:  The government would have had a list of

22  all of the names of the agents who worked January 6th.  They

23  would have had all of the results of the survey that the agents

24  were forced to fill out over the weekend from Sunday to Monday.

25  The government would have had all of that information and it

1  was only for the intervention of acting director Driscoll and

2  his staff that converted those names to employee IDs.  That is

3  the only reason why the government doesn't have a list of those

4  names right now.

5        So we are very concerned -- that was the last

6  roadblock, in our view, to the risk of that public disclosure.

7  Your Honor, in terms of imminence, we are one step away from

8  those names getting released.  So from our perspective and with

9  the importance of the agents' safety that is on the line in

10  this matter and the irreparable harm that would be irreparable

11  if these names get out and these information get out, for those

12  reasons we would need a very cohesive and robust specific order

13  sort of dictating what the government's commitments are leading

14  up to the PI hearing.

15        THE COURT:  Well, you said we're one step away from

16  the names being released.  That's what I'm trying to drill down

17  on.  You're one step away from the names being released to who

18  and what is the evidence that you have that the names of the

19  agents who filled out surveys is that there's been some agency

20  decision contemplated or finalized that that information is

21  going to be released?

22        MS. DONOVAN:  So, Your Honor, right now what the

23  Department of Justice has is a list of employee ID numbers and

24  associated with those ID numbers are all of the sort of

25  investigative information that was compiled during the survey.

 1          THE COURT:  Right.

 2          MS. DONOVAN:  The reason why we are concerned about

 3   the disclosure of that and why we think it's imminent is

 4   because we have seen that happening in other agencies.  We have

 5   seen Elon Musk, working for the so-called DOGE agency, release

 6   names of individuals in public service.  We have seen

 7   January 6th pardons very active on social media around the time

 8   of the survey, anticipating that the names would be released.

 9          We have every reason -- we have a good-faith reason to

10   believe that those names may get out and we would like the

11   government to agree to something very simple, which is just to

12   agree that they will take care of those names and that they

13   will safe-hold that information, as they are obligated to do,

14   from becoming public.

15          THE COURT:  I really want to drill down.  So your

16   first example was something related to this Department of

17   Government Efficiency.  What are you referring to?  What was

18   publicly released?

19          MS. DONOVAN:  Your Honor, Mr. Musk had released the

20   names of certain public servants -- and I believe the reference

21   is in our briefing at some point.  Released the names of

22   certain public servants so that those servants could be

23   targeted by individuals who had had problems with them.

24          We also know that there are -- like I said, there are

25   pardonees -- that's the term we're calling them.  There are

1    January 6th pardons that have been active on social media,

2    awaiting the results of the survey.

3        And with that contextual information we believe that

4    if the Department of Justice does not agree that it will not

5    release these results to somebody like Elon Musk, we do not

6    have assurances that DOGE does not have access to Department of

7    Justice computer systems.  We do not have assurances that there

8    aren't any other nongovernmental personnel that might be

9    operating within the Department of Justice that would

10   immediately release those names.

11       So, Your Honor, the anticipation of January 6th

12   pardons on social media, the past experience of Mr. Musk

13   releasing names and the general phenomenon of doxxing agents on

14   social media over the past year, all of those combine to

15   convince us that this is a very serious problem and, again, the

16   imminence is that on Monday at 3 p.m., when all of those agents

17   finished those surveys, the government had all of the

18   information it needed to sort of please those people that are

19   seeking those names and seeking that information.

20       So our concern is that once this happens, if this

21   happens, the damage is irreparable and if the government just

22   simply consents and/or enters an order with us that there is

23   going to be no chance of this information getting out, I think

24   this problem is solved and we can all walk away in agreement

25   here.  So I don't think that it is a huge ask of the government

1    to enter into something like that with the plaintiffs here.

2              THE COURT:  Okay.

3              MR. ZAID:  Good morning, Your Honor.  Mark Zaid.  I

4    can add a little bit more to that, I believe.  For one thing,

5    we've already seen it done.  And because of the irreparable

6    harm aspect of not being able to put the genie back in the

7    bottle, we are just that one step away.

8              It is very helpful, pleasing, promising of what the

9    government said in its paperwork at this level of the

10   proceedings, but on January 31st, without warning to anyone,

11   the acting deputy Attorney General issued a list of eight names

12   of FBI officials who were being terminated without any due

13   process and another name, David Sundberg, who was indicated

14   that he would be terminated if he hadn't retired beforehand.

15             THE COURT:  That was an officially-released memo, not

16   something that was leaked.

17             MR. ZAID:  Good question.  Good question.  I'm not

18   entirely sure.  What we've seen in the last week is so much

19   coming out of the government, it's hard to tell when it's

20   officially released or if someone inside leaked it for

21   malicious or benevolent reasons, at this point.  This memo, for

22   sure, is now I will say a public memo.

23             Also, there have been at least two other special

24   agents in charges of field offices who have been told or

25   rumored to have been terminated, and that has already gone

1    publicly reported to news medias, and with their names out
2    there, even though it might not be completely accurate.
3         The first night of the administration there was an
4    executive order issued naming 51 intelligence officers who had
5    signed a letter back in 2020.  I represent eight of them.
6    While that letter had been made a public back in 2020, it is
7    quite a different thing to have your name in a document issued
8    by the President of the United States.
9         The clients we have, of course, are on the inside.
10   There is information, of course, that has been fed to us about
11   the imminency prior to at least this apparent concession by the
12   government.  If we needed to go into more detail with the
13   Court, we can certainly go down that route and we would ask for
14   limited discovery as well to be able to show further
15   documentation as to what was happening.
16        Obviously, there is some level of understanding that
17   the government is not going to necessarily, you know, scream
18   out to the rooftops publicly that, by the way, we're about to
19   release all your names.  So we're in between somewhat of a rock
20   and a hard place on all of that.
21        But there is definitely one reliable information we
22   believe we have as to, again, prior to the filing perhaps,
23   imminency, but, also, just looking, as my esteemed colleague
24   described, what we have seen just in the last week of the
25   government releasing information.

1    There's another website out there of an organization

2    that has close ties to the administration that has been

3    publishing names and photographs of employees connected to DEI

4    programs that at one point was actually listed as sort of a

5    wanted target list.

6    So the irreparable harm here cannot be higher.  And we

7    can go into more detail about some of the threats that already

8    some of the agents have received.  And it's not just agents, I

9    want to make clear.  It is FBI personnel.  There are examiners.

10   There are analysts.  It is very broad.  There are a lot of

11   people who worked on these January 6th cases whose names have

12   not been made public, you know, who did not appear in your

13   courtroom as a witness but who worked on the case and are on

14   that list of 5- to 6,000 people.

15   I'll end on this.  There was a conviction back in

16   November of a January 6th individual who threatened to plot to

17   kill the FBI agents who had worked on his case.  There are

18   other examples in our filings.  I can certainly go into more

19   detail if you'd like.

20   THE COURT:  One question just to make sure I

21   understand.  My understanding from the papers and what your

22   co-counsel said is that the surveys have already been filled

23   out and submitted as of February 2nd or 3rd; is that

24   correct?

25   MR. ZAID:  Yes.  So they were completed internally by

1    Monday at 3 p.m. and then the information was turned over to

2    the Justice Department by noon on Tuesday, but with identifying

3    numbers rather than names.

4              THE COURT:  Right.

5              MR. ZAID:  Is my understanding.

6              THE COURT:  Okay.  Ms. Keith, before you start, one of

7    the grounds for your TRO, which is a little bit broader than

8    the plaintiffs in the other case, I think you were asking me to

9    enjoin -- look at your proposed order.  Number one in your

10   proposed order was you wanted a TRO that would enjoin the FBI

11   from gathering or aggregating the information and then number

12   two was providing it to the DOJ.  It sounds like that's already

13   been done.  Do you agree?

14             MS. KEITH:  Your Honor, I think in large measure it

15   has.  The distinction is that when we talk about aggregation in

16   that sense, we were talking about identifying the respondents

17   by name.  When they submitted the surveys, their names and

18   email addresses were associated with the return of the survey.

19   That information has been held back from DOJ, so that they only

20   have employee ID numbers.  They don't have the actual names.

21             THE COURT:  Right.  But the FBI --

22             MS. KEITH:  Correct.

23             THE COURT:  Do you agree that number one is moot?  I

24   mean, I wouldn't issue -- I mean, I wouldn't issue --

25             MS. KEITH:  Yeah.

1          THE COURT:  There might be other legal issues I would

2     get into with you about whether I could do that anyway.  But to

3     the extent you're asking me to enjoin the FBI from any efforts

4     to gather that information, they've already gathered it.

5          MS. KEITH:  In large measure.  It may be that there

6     are some people out there who haven't completed a survey or

7     whose information hasn't been provided.  But I think it's fair

8     to say that that cat is pretty much out of the bag.

9          THE COURT:  Okay.  So you agree that that's moot?

10         MS. KEITH:  That's mooted at this time.

11         THE COURT:  Okay.  You were going to say something.

12         MS. KEITH:  Yes, Your Honor.  Your Honor asks the

13    question what evidence do we have of imminent release.  And

14    that's an important question but in context it's a very

15    difficult question because it's not the habit of an

16    organization to announce that they're going to leak something

17    or they're going to put it out publicly.  Certainly not what we

18    have seen up-to-date from this administration.  It happens

19    first and then we find out and we try to put the pieces back

20    together after the fact.

21         The problem my clients have is that the survey reached

22    into all of the details of what they did and management made

23    clear that the intention here was to identify people who were

24    quote/unquote partisan or unprofessional or unethical or

25    weaponized, which is not something that can be derived from

1    that survey.

2         In Exhibit 1 to the complaint before Your Honor you

3    will see the actual survey.  And it identifies the level of the

4    respondent.  It identifies the number of cases they worked on

5    and in what capacity.  But you cannot derive from that whether

6    that person was partisan or unprofessional.  And so I think

7    it's important that the Court understand what defendant's own

8    agent represented as to the intention behind this.

9         In a memorandum that went out yesterday, Mr. Bove

10   stated that the purpose of the request was to permit the

11   Justice Department to conduct a review of those particular

12   agents' conduct pursuant to President Trump's executive order

13   concerning weaponization in the prior administration.  FBI

14   acting leadership refused to comply.

15        I think it's important that the Court notes that

16   acting leadership of FBI refused to comply for a darn good

17   reason and that has because this was an effort to target agents

18   for retribution.

19        Now, the defense can now say that they don't have an

20   intent of retribution, they don't have an intent of

21   weaponization and retaliation, but the executive order from

22   Mr. Trump, in his own words, that he intended to exact

23   vengeance and revenge on those involved in these

24   investigations, has to be taken into consideration as to what

25   happens here.

```
1              Again, it isn't like they're going to announce ahead

2    of time that they're going to release this information.  When

3    those names that were mentioned by my colleagues found

4    themselves in the public sphere and in the news, it wasn't like

5    they got some alert that this was going to happen so that they

6    could run to the Court and enjoin it.  It happened first, the

7    damage was done first, and then we try to put the pieces back

8    together.

9              Our argument is that the threat to national security

10   is so extreme that we cannot risk letting it happen first and

11   then trying to put it back together.

12             THE COURT:  And I appreciate that and I'm sympathetic

13   to that argument.  What makes it more difficult is -- and let

14   me take a step back.  I also appreciate that, you know, there

15   may not be a bulletin that this information would be publicly

16   released.  But unless you point me to authority otherwise, I

17   still have to make a finding of likelihood in order to grant

18   any type of extraordinary preliminary relief.

19             MS. KEITH:  I understand.

20             THE COURT:  So a likelihood could be a pattern.  You

21   know, if you present evidence that this is what consistently

22   happens with this type of information, that could be something.

23   And that's what I'm really trying to drill down before I hear

24   from the defense about, you know, if I'm writing an order and

25   I'm making -- explaining the basis that I'm finding a
```

1    likelihood of harm, you know, what am I writing there?  That's

2    what I'm really trying to drill down.

3        Because a fear of something happening is not

4    sufficient even if, you know, the fear is a serious one.  And

5    I'll hear from the government on that.  But that's what I'm

6    trying to drill down on.

7        MS. KEITH:  I would like to turn over to my colleague

8    Mr. Eisen, an opportunity to address that, but I do want to

9    emphasize to the Court that what is imminent is an analysis of

10   the totality of the circumstances.  It shouldn't be dependent

11   specifically on the defendant's verbal representation that it's

12   about to do something.  And I'm sure Mr. Eisen will --

13       THE COURT:  Okay.  That, I agree with.

14       MR. EISEN:  Your Honor, we do believe we've identified

15   a pattern.  We've identified specific names that have come out.

16   We have evidence of the level of risk, public threats with

17   respect to some of the individuals we represent.

18       But with deference to the Court's schedule, we also

19   think we have the ingredients of an agreement based on the

20   representation -- the government itself, in a sense, concedes

21   the danger here in their words that this will not be made

22   public; it will be the subject of an internal review.

23       There are other important -- in our view, other

24   important concessions in the government papers.  That is not a

25   bad thing, Your Honor.  So we would renew our request on behalf

1    of everybody at counsel table.  If we can have a break -- it's

2    premature to adjourn.  A break to consult, just like we did

3    yesterday with Judge Kollar-Kotelly.  We think we can proceed.

4          If it truly is just for -- if it's not going to be

5    publicly disseminated, the government says so in their papers,

6    if it's just for internal review, the government says so in

7    their papers, we can define those terms a little bit.  We got

8    it all onto one page in the other case yesterday.

9          And then we can proceed to address the factors for a

10   preliminary injunction to present evidence to the Court as

11   appropriate in the papers and to speak to the very profound

12   questions.  We think we have good answers in our papers, Your

13   Honor, but we'd like to do it in an orderly fashion.

14         THE COURT:  Sure.

15         MR. EISEN:  Okay.  That was what I wanted to say on

16   behalf of the plaintiffs.

17         THE COURT:  Okay.  Who's speaking for the government?

18         And let me just ask you directly, in your papers you

19   indicate that this information was collected as part of an

20   internal review process and that it is not for public

21   dissemination; is that correct?

22         MR. SIMON:  So, Your Honor, there is an executive

23   order directing the attorney general to conduct a review.

24   There's not a claim here that that executive order is unlawful.

25   So the senior leadership in DOJ, in accordance with the

1    direction in the executive order, asked its component, the FBI,

2    to provide employment information to commence a review.

3         Now, what I'm speaking to, Your Honor, is what is

4    before the Court in the record.  They have not identified

5    anything in the record before this Court, and that's the

6    statement that we made in our brief to indicate that anything

7    stated in the record is indicative of an intention to do

8    anything but comply with the direction of the executive order

9    and conduct the review that the President ordered the attorney

10   general to conduct.

11        THE COURT:  But they've given me examples of

12   circumstances in which names of various government officials,

13   employees have been released in some way, and that it has

14   caused security concerns and other reputational concerns.  I

15   assume the government's position is -- at least this is the

16   position that's often taken when I get government responses to

17   FOIA and Privacy Act requests, that the names of FBI officials

18   who are working on investigations is not something that is

19   generally disclosed to the public and that shouldn't be

20   disclosed to the public.  That's what I understand the

21   government's position to be in other cases.

22        So you would at least agree that the names of FBI

23   agents who have worked on whatever matter, that you don't

24   disclose that type of investigative information to the public?

25        MR. SIMON:  Your Honor, I do quite a bit of FOIA

1    litigation and there certainly is -- the government certainly

2    takes the position in that litigation frequently that names of

3    FBI agents, other government personnel who are not already

4    known to the public, that often should not be released.

5         But, Your Honor, there's a balancing test, as the

6    Court is aware, in a FOIA.  And there can be situations if the

7    person's name is already public, if the person's name has been,

8    you know, on the record of a court proceeding, if there is

9    evidence of misconduct.  There's all sorts of reasons that FOIA

10   plaintiffs certainly raise and the courts have addressed that

11   require balancing of those questions.

12        One of the problems with the breadth of what plaintiff

13   is asking here, based solely on speculation, and I can address

14   some of those other points --

15        THE COURT:  To the point -- my understanding of

16   long-standing Supreme Court precedent, at least in the Privacy

17   Act realm, is that there's a difference between the government

18   publicly releasing the names of FBI agents and, you know, the

19   idea that maybe those agents' names are in court records and

20   some resourceful person could gain access to it.  There's a

21   distinction.

22        So just because something is in the public domain

23   through a witness testifying at trial, that doesn't mean that

24   the government would in -- produce that information to the

25   public under the Privacy Act.

1          I mean, I don't think the fact that some of these

2     agents may have testified at trials or been involved in public

3     court proceedings changes anything with respect to whether the

4     government would think it's appropriate to release the names of

5     FBI agents who worked on investigations.

6          MR. SIMON:  Your Honor, I'm not -- we're speaking

7     theoretical about a FOIA case -- theoretical FOIA case.  I'm

8     just saying, Your Honor, that there's not necessarily a

9     categorical rule, that there is a balancing -- it depends.

10    Sometimes Courts have said the plaintiff hasn't done enough to

11    suggest that categorical rule should not apply.  Sometimes the

12    Court says the plaintiff has done enough to say a categorical

13    rule should not apply, in which case there is a balancing test.

14         All this is really just to say that there are

15    disclosure obligations under other statutes, and the Privacy

16    Act works in conjunction with the FOIA, that create concerns

17    about a -- about this Court entering a broad-ranging order sort

18    of that they could potentially, you know, impair or impact, you

19    know, some other disclosure obligation.

20         And I think were the Court to the consider that, the

21    parties should at least have the opportunity to tease out these

22    issues a little more in a PI briefing context than on a sort of

23    24-hour notice sort of TRO scheduling.

24         I feel like we're sort of getting into the merits a

25    bit.  I want to sort of revert back to sort of what I think is

```
1    a way to proceed, if the plaintiffs want to have a
2    conversation.
3           THE COURT:  Yeah, I'm all for that.  If you-all want
4    to take a break, I mean, I could -- I have nothing else to do
5    today but this case.  So if you want to even say an hour and
6    then you can let me know if you're ready earlier, that's fine.
7    What time is it now?
8           DEPUTY CLERK:  11:12.
9           THE COURT:  We can even just say 1:00 and come back
10   after lunch.  Ms. Duncan, what's your preference?  Stacy, what
11   about you?
12          Obviously, if you decide quicker you can contact
13   chambers and we can convene.  Would that be sufficient, if we
14   come back to Court at 1 and figure out where we are?  Is that
15   too long?
16          MR. EISEN:  Your Honor, if we can't figure it out in
17   an hour we probably will need even more time.  Could we come
18   back and impose upon the Court at noon to report on how it's
19   going?
20          THE COURT:  Sure.  You can tell me where things stand.
21   I won't -- you know, if you've not decided anything, I'm not
22   giving you a deadline of noon to make a decision.
23          MR. SIMON:  I think that makes sense because we can't
24   make a representation to you right now.
25          THE COURT:  I understand that.  Again, I'm not saying
```

```
 1    that you have to decide anything by noon or anything at all.
 2    But I think at noon, if you can tell me where things stand, it
 3    would be good to know whether or not this is going to be a
 4    full-blown merits hearing or whether there's some other path
 5    the parties would recommend.
 6              MR. EISEN:  I think we're having a heated agreement on
 7    noon, Your Honor.
 8              THE COURT:  All right.  So we'll come back at noon.
 9    And let me you agree -- does it make sense to consolidate these
10    cases going forward?  No objection about that?
11              MR. SIMON:  No objection, Your Honor.
12              THE COURT:  Okay.  So I will consolidate the cases
13    going forward.
14              All right.  So we will be back at noon then.  Thank
15    you.
16        (A recess was taken at 11:14 AM)
17              THE COURT:  We're back on the record.
18              MR. EISEN:  Your Honor, the plaintiffs huddled amongst
19    themselves.  We came up with language for a proposed order that
20    is based upon the representation in the briefs -- in the brief
21    that the government filed.  We've shared that.  We met here
22    15 minutes in advance of returning.  We shared that with the
23    government.  I'll let them speak for themselves.  They do not
24    have any authority at the moment.
25              We're prepared to proceed on the TRO if the Court so
```

1    desires.  We do note that there is a minute order in the docket

2    that -- on February 5th that is in the nature of a TRO

3    pending this hearing.

4         If the Court were to determine to continue that to

5    allow consideration of the proposed order or simply to allow

6    that TRO to remain in place while we attempt to negotiate --

7    we've had some conversations about a schedule for a PI -- we're

8    amenable to that.

9         While the government does not have authority to enter

10   or consider our proposed order, just in the interest of

11   continuing to keep all the plates spinning, we would ask if we

12   may hand up the proposal of plaintiffs, so the Court has the

13   benefit of that.

14        In our hearing yesterday in the Treasury case, the

15   Court offered its thoughts and we've attempted to incorporate

16   language from that and from the brief, and we'd like to hand

17   that up as the plaintiffs' proposal, if we may.

18        THE COURT:  I just want to clarify something.  I

19   didn't intend to I wasn't granting any type of TRO --

20        MR. EISEN:  Understood.

21        THE COURT:  -- or anything in my order.  I just was

22   trying to schedule a hearing and wanted to know from the

23   government that if there was something more than imminent that

24   was happening for my scheduling purposes, if they could let me

25   know then I would accelerate the hearing.  But I don't want to

1    leave the impression that I have enjoined anyone from doing

2    anything other than simply keeping me updated about timing.

3         MR. EISEN:  Understood, Your Honor.  I'll just for the

4    record, if the government intends to take any action related to

5    the claims in this case in advance of tomorrow's hearing, the

6    government shall alert the Court immediately and the Court will

7    set an earlier hearing -- time and compressed hearing schedule.

8         For our part, if the Court were to continue that

9    non-TRO, that notification obligation, we would be prepared to

10   attempt to negotiate as worked in the Treasury case, or we're

11   prepared to proceed with the TRO.  Our preference would be to

12   provide some measure of security to these men and women of the

13   FBI who have been through so much turbulence.  But we are ready

14   to move to the TRO if that's what the Court desires.

15        THE COURT:  Okay.  Can I hear from the government?

16        MR. EISEN:  Would you like us to hand up the proposed

17   order?

18        THE COURT:  Sure.

19        MR. EISEN:  I have a copy for the clerk and a copy for

20   the Court, and we've provided a copy to the government, Your

21   Honor.

22        THE COURT:  All right.  Thank you.  I'll hear from the

23   government.

24        MR. EISEN:  Thank you.  May I give the clerk back her

25   scissors?

```
1              THE COURT:  Absolutely.

2              MR. SIMON:  Your Honor, as we explained to the

3    plaintiffs, we are certainly prepared to have a dialogue but we

4    do not -- we are not able to reach decision makers to give us

5    any authorization to say whether this is something that we can

6    agree to or even really seriously negotiate at this point.

7              THE COURT:  Sure.

8              MR. SIMON:  And my thinking, again, as I've stated

9    previously, is, you know, the most -- in order for the Court to

10   have the fullest record to make any decisions on this matter,

11   we should proceed to a motion for preliminary injunction

12   briefing, and the Court should either hold the TRO request in

13   abeyance or deny it while that occurs.

14             And I can go -- I don't want to get into the merits.

15   I'll address the merits when it's my turn.  But, again, in the

16   absence of any imminence that strike -- which I don't believe

17   they've established, that strikes me as a way to proceed.

18             And it sounds like the plaintiffs do want to continue

19   with the hearing.  In other words, they're not prepared to --

20   they want to continue with a hearing today.  So for that

21   reason, then I guess we're prepared to proceed, if that's how

22   the Court would like.

23             THE COURT:  Sure.  Let me make sure I understand your

24   position.

25             My understanding of what you said is not that you are
```

1     in agreement with this proposed order, not that you're opposed

2     to the proposed order, but you don't have authorization from

3     whom you need to get authorization for about whether the

4     government would be willing to entertain an order, and if it

5     would be, what the order would say; is that correct?  You just

6     don't have any representations one way or the other?

7             MR. SIMON:  Correct.

8             THE COURT:  Is it a circumstance in which you would

9     have those representations with additional time and are you

10    asking for that time or is it the government's preference to

11    move forward with the hearing and then, you know, if you work

12    out of something in the interim, you work out something, but we

13    go forward and I consider the merits of the TRO now?

14            MR. SIMON:  Yes, Your Honor.  I just don't have the

15    ability to estimate what the timing would be.

16            THE COURT:  Okay.

17            MR. SIMON:  That's what I'm struggling with.

18            THE COURT:  Okay.

19            MR. SIMON:  So because the plaintiffs seem -- their

20    position, at least, is that they would like a hearing to

21    proceed today, then I don't know that we have any other option

22    but to proceed.

23            THE COURT:  Okay.  So I think when we left off we were

24    talking about this imminence question.  And I just kind of want

25    to get us all on the same page, because, obviously, I do have

1  to make the findings that you've identified about the

2  likelihood of these names being disclosed.

3          But can we agree that disclosure -- publicly

4  disclosing the names of FBI agents who worked on January 6th

5  cases, can we agree with the plaintiffs' representations about

6  the risk and harm that would potentially cause those agents?  I

7  didn't see in your papers that you were disputing that, but I

8  appreciate that you had a very compressed time frame.

9          So do you disagree with the argument that if this

10  information were to be made public, that these FBI agents are

11  at risk to their physical safety, not to mention any

12  reputational harms that might follow from their names being

13  made public?

14          MR. SIMON:  Well, Your Honor, again, referring to the

15  record, the only allegation that I understand the plaintiff to

16  have been made -- to make at this point is that a list has been

17  provided from the FBI to DOJ that has employment identification

18  numbers, not that it has anyone's names.

19          THE COURT:  I understand that.  But I'm just saying

20  that at issue before me -- I'm sorry.

21          MR. TRUONG:  Good afternoon, Your Honor.  John Truong.

22  We just received an email.  And if the Court could give us

23  five minutes recess.

24          THE COURT:  Sure.

25          MR. TRUONG:  We want to consult the email and also

1    perhaps --

2              THE COURT:  All right.  If you only really need

3    five minutes, then I'm going to stay put.  But you-all can go

4    wherever you want to go and confer.  I'm going to stay put.

5        (A recess was taken at 12:14 PM)

6              MR. EISEN:  Your Honor, if I may, we have that most

7    beautiful word that judges love to hear:  Progress.  The

8    government -- it's not resolved.

9              THE COURT:  Yeah, resolved is my favorite record.

10             MR. EISEN:  Your Honor, I stand corrected.  Second

11   favorite word.

12             THE COURT:  Okay.  Progress.

13             MR. EISEN:  We're making progress.  If we request a

14   few more minutes to consult in the hallway.  I believe the

15   government has an open line to the decision makers and we're

16   working hard.

17             THE COURT:  Okay.  I don't want to rush this.  I can

18   just stand by.

19             MR. TRUONG:  Give us an hour, Your Honor.

20             THE COURT:  Okay.  All right what time is it now?

21             MR. EISEN:  12:22.

22             THE COURT:  Okay.  We'll be back at 1:30.

23             MR. TRUONG:  Just for the record, the government's

24   favorite word is stipulated dismissal.

25             MR. EISEN:  That is my least favorite word when I'm

1    the plaintiff, Your Honor.

2        (A recess was taken at 12:26 PM)

3            THE COURT:  We're back on the record.

4            MR. EISEN:  One word separates the parties from a

5    resolution.  May I report to the Court on where we are?

6            THE COURT:  Yes.

7            MR. EISEN:  We agree on language along the following

8    lines:  That the TRO will be held in abeyance subject to a

9    trigger that we'll discuss, based on the representation that

10   there is no present intent, directly or indirectly, to disclose

11   the list at issue or any subsequent version of the list, if

12   any, to the public until the Court resolves the preliminary

13   injunction.  We agree that we will get two business days'

14   advance written notice if that status quo changes.

15           The one thing that separates us is the government is

16   only authorized -- I'll let them speak for themselves -- to

17   make that representation of no present intent, directly or

18   indirectly, to disclose the list on behalf of the Department.

19   It will not represent -- not to jam my friends, but despite the

20   many times that in this courthouse I've heard the Department of

21   Justice stand up and appear for the government, they can't make

22   that representation on behalf of the government.

23           Obviously, we worked diligently through the lunch

24   break.  Obviously it is a big problem for us if we were to get

25   an order and the Department of Justice is not bound but the

1  list makes its way to Mr. Musk -- he's been reported to be a

2  special government employee not in the Department -- and he

3  were to put it on X, and the order doesn't cover that.  So that

4  one word --

5          THE COURT:  Let me ask this question.  Who has this

6  information from the surveys now?  Is it outside of the DOJ at

7  this point?  Because if it's not, then doesn't that solve the

8  problem?

9          MR. EISEN:  Your Honor, as long as that's status quo

10 that it stays there, this is exactly what we did with Judge

11 Kollar-Kotelly.

12         THE COURT:  I understand that.  I guess my question is

13 if the DOJ has the information, an order in which they agree

14 not to disseminate it, if they're representing that no one

15 outside the DOJ has that information, then an order should be

16 sufficient.  But let me hear from the government.  Who has the

17 survey results at this point?

18         MR. SIMON:  Your Honor, my understanding, again, based

19 on the record that we have before the Court, is that it went

20 from the FBI to leadership at DOJ.

21         THE COURT:  Okay.

22         MR. SIMON:  That's all the information -- I don't

23 have -- I -- that's what I can represent based on the record

24 before the Court.

25         THE COURT:  Okay.  I mean, that's what I thought.

1          MS. DONOVAN:  Your Honor, just briefly and with all

2     respect to government counsel here, his understanding -- we

3     would like something a little bit more firm than that.  I think

4     we would like to know exactly who at the DOJ has this

5     information.

6          And to pose a hypothetical that sort of illustrates

7     our concern, Your Honor, is that tomorrow if the President of

8     the United States tells the Attorney General, give me the list

9     of names, what stops the Attorney General from doing that.

10          And so that's one of our primary concerns, Your Honor.

11     That's why this needs to incorporate everybody.  And I think

12     what would be helpful is if we did know exactly who has that

13     information from the Department of Justice.

14          THE COURT:  Okay.  Let me hear from the government as

15     to why this wouldn't be something that covers all defendants

16     and why does it just cover the DOJ.

17          MR. SIMON:  Your Honor, we can only represent -- I

18     cannot make a representation to the Court until I've obtained

19     authorization to know that the representation, you know, is

20     adequate to the best of my ability.

21          And this is the -- the effort that we made was to get

22     the people we reach were the decision makers in the Department

23     of Justice, where we understand the record is.  We're on a TRO

24     hearing.  They have to establish imminent harm.  They've

25     expressed concern about disclosure to the public.  We were

1    actually discussing that when we last broke -- when we

2    adjourned, I mean.  And we're prepared to make a representation

3    that resolves that concern.

4           And from our standpoint, we tried to just, you know,

5    have agreement.  It doesn't look like we're going to.  But from

6    our standpoint that should resolve the hearing today and we

7    should have -- put this on a PI track.  And I can -- if the

8    Court agrees and wants me to recite the exact language that I

9    have authorization to use, I'm happy to do that.

10          THE COURT:  I guess I want to know if anyone outside

11   the DOJ has the information in the survey.  To me, if you can

12   confirm that the information was transmitted from the FBI to

13   the DOJ and that no one outside the Department, which would be

14   inclusive of the Attorney General and the staff, has the

15   information, then I think the language you've talked about

16   should suffice.

17          If it's been disseminated beyond the DOJ, they're

18   concerned that, okay, the DOJ is bound -- or is agreeing not to

19   release it publicly but that any other government agency,

20   entity outside of the DOJ could release the information and

21   then we're back in the same place we were.

22          So is that something that you can confirm.  I mean, it

23   would make sense to me if the DOJ had it because the stated

24   purpose in the record is that this was for the purpose of the

25   Attorney General and Department conducting an internal review.

1    So I don't know why it would need to be disseminated or why it

2    would have been disseminated beyond that.

3         And if that's the case, then I think -- am I wrong

4    that if we confirmed that this information has not been

5    disseminated outside the DOJ, does the language the government

6    is agreeing to work?  I mean, then they can't disseminate it.

7         MR. EISEN:  Your Honor, I believe that injunction

8    language would completely cover the individuals who have this.

9    Obviously, if this highly sensitive personal identifying

10   information that is the subject of the statutory and

11   Constitutional restrictions that we have argued in our TRO

12   papers has been disseminated beyond the DOJ, beyond the

13   purposes of internal review that were represented by the

14   government on the papers, that would be a matter of the utmost

15   concern.

16        You'll forgive the heat of my emotions but the men and

17   women of the FBI, agents and otherwise, have been tormented

18   these past days.  Now there's a question about who has the

19   information.  I think the Court would be well within its rights

20   on this narrow purpose to identify exactly who has it, to take

21   this agreed language and personally enjoin each of those

22   individuals while we litigate the PI.  We also have a PI

23   schedule that's agreed.  This one narrow question is what

24   separates us but it's obviously of the utmost concern.

25        THE COURT:  Okay.  Are you in a position to confirm

1    where this information is?  It's relevant -- I mean, it was a

2    question that will come up in the merits hearing.  So it's a

3    relevant merits question as well.  What is the purpose of the

4    survey?  What is the investigation?  Because they're claiming

5    there's no legitimate purpose.  So that's squarely a merits

6    issue.  So I'm going to get into all of that if we continue.

7    So are you in a position to indicate where this information is?

8         MR. SIMON:  All I can state is there's nothing in the

9    record to indicate that it's gone outside the DOJ.  An

10   affirmative representation, you know -- beyond what's in the

11   record, I'm not in a position to make to the Court --

12        THE COURT:  Well, the record includes the arguments of

13   the parties and what comes out at the hearing.  So I'm asking

14   the government, which I think -- again, I was going to get into

15   this anyway.  The FBI provided this information to the DOJ.  My

16   understanding is not names but identification numbers.

17        So my question for the government is has the DOJ

18   disseminated further that information that was provided by the

19   FBI in response to these surveys beyond any DOJ component or

20   division, branch, whatever you want to call it?

21        MR. SIMON:  Yes, Your Honor.  Standing here today, all

22   I can say is that there's nothing to indicate that that has

23   occurred in the record.

24        THE COURT:  But has it occurred?  Do you not know if

25   it's occurred?

```
 1            MR. SIMON:  I don't have reason to believe it has
 2     occurred but I can't make a definitive representation.
 3            THE COURT:  I don't know if it's occurred is a full
 4     and complete answer.  You can say "I don't know."
 5            MR. SIMON:  I don't know.
 6            THE COURT:  So who -- are you able to find that out?
 7     Because it's relevant to the merits of -- if I get into the
 8     merits of the TRO, not only do I need to discuss harm, discuss
 9     the statutory and Constitutional allegations, discuss the
10     likelihood that this information will be released, but under
11     Privacy Act I have to get into routine use.  So I need to know
12     kind of what -- where this information has gone and why.  And
13     so it's something that will come up if we continue.  So I think
14     either way we should get the answer to that question.
15            MR. SIMON:  Your Honor, I would submit -- and again,
16     as I said, I don't have reason to believe other than what's
17     reflected in these emails.  If the Court needs further
18     representation, I can't provide that standing here.
19            But I do think this addresses -- fundamental to the
20     TRO is the question of whether there's any imminent harm.  And
21     speculation about whether this has gone somewhere else other
22     than DOJ within the government -- which is entirely
23     speculative; there is nothing in the record before the Court
24     that would suggest that -- is not a basis for the Court to
25     award extraordinary relief.
```

```
1              They're getting into the merits, which they can
2      address in a PI, and we can provide a more fulsome record for
3      the Court on a PI track to address those issues.  But for
4      today's purpose, this representation should remove any
5      assertion of concern of imminent harm to these plaintiffs.
6              THE COURT:  No.  To the contrary, I'm more concerned.
7      Because my issue is at least now the record I have before me or
8      the plaintiffs have given examples of recent -- and we'll get
9      into whether this was leaked or released or whatever, but there
10     are at least recent examples of the names of government
11     individuals who have been associated with law enforcement
12     agencies whose names have been released.
13             When we broke, I was getting ready to ask, do you at
14     minimum agree -- and I don't know -- I didn't see it in your
15     papers but, again, I appreciate that you didn't have a lot of
16     time to put a written response in.
17             Can we all agree that the public release and
18     dissemination of the names of FBI agents who worked on
19     January 6th cases would put them at risk, based on the
20     information in plaintiff's filings, about Twitter activity,
21     about other threats that have been levied, about kind of the
22     rhetoric and language around what these investigations mean?  I
23     mean, will you acknowledge that if a list of FBI agents who
24     worked on January 6th cases was publicized and released to
25     the public, that there is a risk of harm to those agents?
```

```
 1            MR. SIMON:  I would agree that the plaintiff has
 2    certainly alleged that and that we have not -- sort of
 3    disputing those allegations in the sense that -- as to whether
 4    they've, for purposes of this hearing, have indicated that they
 5    were -- they believe they might well be subject to some risk of
 6    disclosure.
 7            But we're at the point where that has not happened.
 8            THE COURT:  We don't want to wait for it to happen
 9    either, right?  So --
10            MR. SIMON:  I think -- I'm sorry, Your Honor.
11            THE COURT:  So I was going to say, I do want to get --
12    and I don't think that it's a slam dunk for the plaintiffs,
13    necessarily.  I have questions.  So we haven't gotten there
14    yet.  I do want to drill down on the likelihood of this
15    happening.
16            But right now they provided several examples recently
17    where names of either FBI agents who have been terminated or
18    other government officials, I think there was some reference to
19    maybe CIA agents, that have been released.  So this is
20    happening.
21            MR. SIMON:  Can I speak to those examples?
22            THE COURT:  Yes.
23            MR. SIMON:  So the example, one of them was about, I
24    believe, ODNI officials whose names appear in an executive
25    order.  Those are individuals who affirmatively signed a public
```

```
1    letter, as I understand it, and put their names into the public
2    domain.  That makes them in a completely different category of
3    individuals who have not voluntarily put their names forward to
4    the public.
5           The other example they cite about FBI, as I understand
6    it and as their own evidence or documentation suggests, those
7    were senior -- high-level senior executives in the FBI.  Again,
8    that is a different question as to whether high-level
9    officials -- and setting aside that they have not established
10   that that was even a public disclosure by --
11          THE COURT:  Was it?  Was it a public disclosure?  Or
12   was that information that got out that shouldn't have?
13          MR. SIMON:  My understanding is it was contained in a
14   memorandum.
15          THE COURT:  Was that memo publicly released or was it
16   leaked --
17          MR. SIMON:  I don't know how the public obtained that
18   memorandum.
19          THE COURT:  So you can't say -- they're alleging that
20   it was a release by the government of that information.  You
21   can't --
22          MR. SIMON:  I don't know that they're saying that.  I
23   thought I heard them say they didn't know it, you know.  It
24   could have been any -- you know, I don't know whether it was
25   the individuals who disclosed that they had been terminated.  I
```

1    don't know.  I don't think -- they haven't made a

2    representation or shown the Court how that release occurred to

3    the public.

4            But the other important point I think is that these

5    are senior, high-level, high-ranking FBI officials, which are

6    in a different -- there is just sort of --

7            THE COURT:  What's the distinction in your mind?

8            MR. SIMON:  I guess analogizing to get into the FOIA,

9    when high-level officials at some level are deemed to be

10   public-facing people, and, therefore, information regarding

11   them, it might not be disclosed if they were lower-level

12   individuals, but it may be disclosed -- these are all, as I

13   understand it, line FBI agents, and they've not identified any

14   comparable situation of any disclosures of people at an

15   equivalent level that has occurred.

16           THE COURT:  I guess, again, why does the example have

17   to be an equivalent level if the examples are when people are,

18   you know, targeted for termination or accused of some sort of

19   misconduct?

20           That information of the names of those people, they

21   have recent examples of that information being disseminated,

22   and then they come into court and the government is not

23   willing -- I'm not -- you don't have to concede to this consent

24   order, but I think when there is a resistance to simply

25   acknowledging, you know, that is not the purpose for which we

1   collected this information, we're not going to, you know, put

2   these FBI agents at risk by posting their names publicly

3   anywhere or disseminating it publicly, I think when you don't

4   make that representation or kind of, you know, suggest that

5   you're not prepared to make that representation, it does raise

6   a question in light of their examples.  It's their burden.

7          But given their examples and then plus the kind of

8   squishy representation about who has this information and

9   whether it will be released, what do you think I am to do with

10  that record?

11         MR. SIMON:  Your Honor, first of all, I just -- I take

12  issue with the characterization.  We're prepared to make a

13  definitive representation on behalf of the Department that

14  there's no present intent, directly or indirectly, which is

15  language the plaintiffs requested, to disclose the list at

16  issue or any subsequent version of that list, if any, to the

17  public, you know, until the Court resolves the motion for

18  preliminary injunction.

19         I think that's a definitive representation by the

20  entity that requested the list that is what the record reflects

21  did so pursuant to an executive order that's not being

22  challenged in this case, and that is well within the official

23  duties of those individuals to request.

24         Everything else about this case is complete

25  speculation.  The Court -- they have the burden and the Court,

1    we submit, needs to hold them to that burden.  And the Court I

2    believe said -- I think the Court said fear of disclosure

3    didn't -- didn't meet the burden and I think that's accurate.

4           And I don't think -- they have not demonstrated -- the

5    Court said a pattern might suffice but they have not

6    demonstrated a pattern.  One of their examples involves people

7    who put themselves out publicly; the other are senior-level

8    officials.

9           The government routinely reports to the public on

10   personnel actions involving high-level officials.  And we

11   don't -- they haven't even shown that that was a disclosure

12   made outside the FBI or the DOJ.  So to even reach the question

13   of, well, were they high level and therefore not similarly

14   situated, you have to first make a finding that there was a

15   dissemination to the public.  And they haven't established

16   that.

17          THE COURT:  Okay.  I want to hear from who can speak

18   for the plaintiffs.  So just in terms of -- I mean, we can all

19   think hypothetically about what could happen.  In terms of what

20   is likely to happen and in the spirit of trying to get an

21   agreement in place for a brief period of time to allow me to

22   have a fuller record, which I think would benefit not only me

23   but all the parties, what is your evidence or representation

24   that this has or will be disseminated outside of the DOJ?  I've

25   read everything in the record and there doesn't seem to be any,

1     you know, announced plan to do so.

2           So I'm not saying that you aren't right to be

3     concerned about what could happen, but I have to operate

4     outside of what could and talk about what's likely.  So can you

5     speak to that.

6           MR. ZAID:  Absolutely.  I find it's amazing that we

7     are actually debating whether or not there could be harm to

8     employees of the FBI if their identities, home addresses,

9     positions, et cetera were publicly released, including to the

10    parties who are in all sorts of --

11          THE COURT:  I heard the government say they weren't

12    disputing those allegations.  I take that as -- that's not

13    where the action is in the case.

14          MR. ZAID:  I won't focus on it.  I heard you ask them

15    that direct question several times, which should have been an

16    easy, yes, of course, Judge, and I didn't hear that.  But

17    that's it.

18          The memo that we talked about earlier -- and I only

19    referenced the executive order issue as an example of there is

20    a different impact when the President of the United States does

21    something than if someone has an article in Politico or Daily

22    Beast, et cetera.

23          But the memo we're talking about that I referenced and

24    was just discussed that named the senior officials, some of

25    whom I don't know if they're necessarily all senior exec.

1    Certainly, I think the special agents in charge I think might

2    be GS-15s.  We can check on that easily enough.

3            But they're still civil servants who are entitled to

4    all sorts of protections as a result of their positions,

5    whether they're senior execs or not.  Unless they were in

6    probationary status.  Which none of these people, I'm pretty

7    confident to say, were not.

8            THE COURT:  Do FBI agents have civil service

9    protections?

10           MR. ZAID:  They have -- well, not in the sense of,

11   like, Merit System Protection Board, unless they have

12   veterans-eligible preferences.  There's an internal process

13   that exists.

14           THE COURT:  Okay.

15           MR. ZAID:  You know, the normal what you would expect

16   to be process.  But they're not eligible.  They're excluded

17   from MSPB and OSC, Office of Special Counsel, for the record.

18           The memo was from the acting deputy Attorney General

19   to the acting director of the Federal Bureau of Investigation.

20   No CCs on the version that came out.  Right.  Where that came

21   from -- so there's no indication it was given to the

22   individuals.  This is a direct message.

23           Now, we have seen in the press -- and these press

24   articles may not be in the record but they're easy enough to be

25   out there.  I think even the acting deputy Attorney General has

1    made comments on the record of the notion that -- actually,

2    sorry, it's in his notice that he emailed everybody.  I can't

3    remember if we put that in the record yet.  I don't think it's

4    officially in the record.

5         But he called what the acting director of the FBI was

6    doing was insubordination by not having released the names, by

7    just conveying them as employee ID numbers instead.

8         Now, I don't know if it was insubordination or not.  I

9    don't know if the acting FBI director released this memo or

10   not.  What I do know is the only people who had it were

11   government senior officials.  And whether it was

12   insubordination that led them to release it or I don't know if

13   the opposite is subordination, you know.  If it was officially

14   doesn't, it doesn't matter, it's still the U.S. government and

15   the agency and the defendants that we're suing that did so.

16        And, you know, the notion of the wording, government

17   versus Department, the United States of America is a defendant

18   in the 328 case.  And the attorneys here entered their

19   appearance on behalf of the United States of America as well as

20   the Department of Justice.

21        Also, we do not know -- I'm sorry, I'll circle right

22   back around to your first question.  We do not know where that

23   information has been disseminated, right?  We only know what

24   has been publicly said about it.  We do not know whether it

25   already has been -- you asked a very valid question about that

1   because it impacts what the next steps would be.

2            I do want to say we have been talking about imminency.

3   And we believe we can address and have certainly tried to

4   address imminency.  But imminency is not a factor in the prong

5   for a TRO.  There are four.  I'll wait till we get into more of

6   the substantive arguments about the TRO should it be issued.

7            But it is irreparable harm, which I would hope -- and

8   as you said, you heard the government concede that at least it

9   would be irreparable harm.  There's enough case law on that for

10  sure.  The Calstrom (ph) case we gave you from the 6th Circuit,

11  which is a similar factual basis as far as the type of

12  information about law enforcement, if it were be released being

13  irreparable harm.

14           You know, you were supposed to sentence one of the

15  defendants two days ago, which based on what the government was

16  asking for would have been one of the longest sentences for a

17  January 6th defendant.  Are we really going to argue about the

18  irreparable harm?  So I want to push us away from imminency in

19  the sense of could it be released tomorrow, a week, a month

20  from now?  Not a factor.

21           THE COURT:  Well, the reason that's relevant and --

22  imminence, imminence might not be the word.  But the purpose of

23  the TRO is to put temporary relief in place to preserve the

24  status quo pending my decision on a forthcoming PI.

25           So I guess the question is if we're not in a land

1    where you're concerned that in the immediate future something

2    is going to happen, then I don't need to -- not every PI motion

3    is accompanied by a TRO.  We could just do a PI briefing

4    schedule.

5                MR. ZAID:  Sure.

6                THE COURT:  And it's still on a quick timeline.  It's

7    just not a today or tomorrow or next week timeline.  I can have

8    a couple weeks to brief it.

9                So I think, you know, I'm not suggesting that

10   imminence is a, you know, term of art in the TRO standard, but

11   I certainly would not grant TRO relief if I made a

12   determination that it was not -- that I could set a PI briefing

13   schedule without causing any harm to the status quo and we

14   could take a little bit more time to get the record fleshed

15   out.

16               So I think that's -- I think there does have to be

17   some showing that temporary and almost immediate relief is

18   necessary while the PI schedule is being put in place.

19               So what's your response to that part?

20               MR. ZAID:  It is February 6th, I think, now?

21               THE COURT:  Yes.

22               MR. ZAID:  The administration came in on

23   January 20th.  Two weeks.  It must be like two years.  Look

24   at what has happened from January 20th until now.  Look how

25   fluid and fast moving everything has been.  We had -- I'll give

1  you another example of what our concern is.

2         So many of my clients on this case overall, last

3  30 years are CIA case officers.  Covert, overt.  We already saw

4  that an email, unclassified, was sent from the CIA to the White

5  House containing the names of every individual who's been hired

6  within the last two years, is how it's been reported.

7         And the intelligence community of the individuals who

8  comprise that, unfortunately in mostly, I think, anonymous

9  quote because nobody wants to suffer the repercussions of going

10 on the record, you can imagine the operational security and

11 counterintelligence concerns with respect to that.

12     You know, everything we're saying we are concerned of

13 happening has happened at other agencies.  So why should anyone

14 suspect that it might not happen within the FBI, Department of

15 Justice.

16     You know, our Circuit has not yet decided on this sliding

17 scale approach of the TRO, but right now that technically is

18 still in place.  So that one factor could be stronger than the

19 other in balancing it out.

20     And a key factor to decide for you in whether you would

21 grant a TRO would be what would the harm be to the opposing

22 party?  What harm could occur to the government to actually

23 follow the law and not release the names of these individuals

24 from Privacy Act-protected systems of records?  Nothing.

25 Nothing at all could harm the government from doing what it

1    might want to do as part of this.

2        On the flip side, the harm irreparably to the FBI personnel

3    and their families, do we really want to wait until one person

4    gets injured when someone shows up at their house or does

5    something?  I mean, is that really where we want to go to face

6    that repercussion and then sue for damages under the Privacy

7    Act?  No.  Of course, we do not.

8        That email from the acting deputy Attorney General, which

9    did not promise.  It pulled back because of the alleged

10   insubordination of the FBI.  Okay.  The FBI acting leadership

11   refused to comply.

12       They didn't pull back from that this would still happen.

13   They clarified it a little bit that the only individuals -- I'm

14   quoting:  The only individuals who should be concerned about

15   the process initiated by my January 31st, 2025, memo --

16   that's the one we referenced -- are those who acted with

17   corrupt or partisan intent, who blatantly defied orders from

18   department leadership or who exercised discretion in

19   weaponizing the FBI, end quote.

20       What does any of that mean?  What does "corrupt" mean?

21   What does "partisan intent" mean?  "Who blatantly defied orders

22   from department leadership or exercised discretion in

23   weaponizing the FBI"?  How many cases did you sit on for

24   January 6th and all -- this whole district being overwhelmed

25   with over 1500 cases.  And you're telling me that even one of

1    those cases somehow made it to your court in blatant defiance

2    of an order from the Department of Justice or because the FBI

3    weaponized some sort of proceeding?

4        It's ironic, the last time I appeared before you I was also

5    suing the FBI.  I was suing them to force the disclosure of

6    information in a FOIA lawsuit.  So I'm happy to talk FOIA and

7    Privacy Act all day long, and we can go into when identities of

8    individuals should be released and when not.

9        And the courts have made it very clear that just because

10   you're in the government you don't lose your privacy.  The

11   higher ranking you go, of course.  Back to when we submit FOIA

12   requests to the government, because we've done this so long, we

13   usually say we take off the table any GS-13 and below.  We're

14   not even going to argue about revealing their names.  The 5- or

15   6,000 people that are on this list, there's a lot of people

16   GS-13s and below.

17       I'm happy to address anything --

18           THE COURT:  So yes.  So I don't -- I know I've gone

19   over this many times.  So in terms of things that have happened

20   that give you a significant non-speculative risk that this

21   information is going to get to the public, you mentioned the

22   memo that identified the eight or so FBI agents.  What's your

23   response to the government's argument that those were

24   high-level officials?

25           I think I heard you say that you don't have any

1    information one way or the other as to how, you know,

2    high-ranking that those individuals were.  So in terms of the

3    analogy between that situation and what you fear happening

4    here, do you have anything more to say about that?

5            MR. ZAID:  It would be easy enough in literally

6    minutes to find out what their positions were.  I don't know

7    offhand.

8            THE COURT:  Let me ask you.  If they're higher-ranking

9    officials, does that change anything about your argument?

10           MR. ZAID:  No, no.  Because they're not political

11   appointees.  They're career civil service.  They're still

12   entitled to protection.  I can hand you the memo, if you would

13   like, so you have it before you.

14           THE COURT:  Sure.  Sure.

15           MR. ZAID:  Yeah.  No.  I mean I've -- I mean, I've

16   represented senior executive service, SES, or senior

17   intelligence service inside the intelligence community many

18   times.  We go through the same civil service process.  And I

19   say civil service lightly or loosely in the sense that I might

20   not be going to the MSPB but there's an internal due process.

21           I will tell you an interesting point perhaps to help

22   the context.  So these seven names --

23           MR. TRUONG:  Excuse me, Your Honor.  Does counsel have

24   a copy for the government?

25           THE COURT:  You can have this copy.  I've looked at

1    the --

2         MR. ZAID:  Those names and the indiv -- who they are,

3    I don't want to repeat.  But those names, right, I routinely --

4    I routinely represent FBI officials.  I sue the FBI.  I

5    represented government people 30 years.  I've never heard of

6    these names before.  Never heard of them, right.  If I haven't

7    heard of them the public hasn't heard of them.  The fact that

8    their names now are out there.  And it's not saying like if you

9    Google their name, there might not be some event --

10        THE COURT:  I get your point.  Your point is that

11   they're not political-level appointees.  Okay.

12        MR. ZAID:  Not political appointees.  And again, we

13   have what's happened at all the other agencies.  At some point

14   in time we've got to look and say, well, if it's happening

15   there, why wouldn't it.  And I don't want to struggle with the

16   notion of speculativeness on that.  We -- I'll say again, we

17   did have individuals come to us to tell us that that is what

18   was the discussion inside the Bureau.

19        Now, we could have some aspect of discovery.  I can't

20   imagine the government wants us, you know, questioning the

21   acting FBI director in a deposition to ask what were your

22   instructions from the acting deputy Attorney General, but we

23   can go there.  That would be fine.  If you want to have

24   something more concrete and demonstrate that it wasn't

25   something more than just a rumor.

```
 1            We'd ask, obviously, if we did that that the TRO would
 2   be in place.  Because again, what harm is there to the
 3   government at all if it would be in place?  Especially since
 4   we're standing here today where we're so close to at least
 5   getting a dissent order, and they're saying we have no
 6   intention to do this.  Well, then that even means further
 7   there's no harm to the government.
 8            So if you're, again, balancing the sliding scale of
 9   the TRO factors, that is at the very bottom and we just need a
10   little smidgen to get over to make ours much stronger, although
11   death, bodily harm, security, harassment, pretty darn strong
12   TRO prong to overcome the other.
13            Now, we can debate about the substance of the merit.
14   Obviously, the government and us are not going to agree on
15   that.  But, again, because it's a sliding scale, even if you
16   have doubts on the merits, which I'm not going to address right
17   now.
18            THE COURT:  Well, you keep referring to a sliding
19   scale.  What's your position about Circuit commentary about
20   Winters and whether that remains good law and whether that's a
21   good road for me to go down in terms of evaluating preliminary
22   injunctive relief or TRO relief?
23            MR. ZAID:  So three days ago your colleague Judge
24   AliKhan in National Council of Nonprofits versus OMB, I think
25   we have this in our brief, 2025 U.S. district Lexus 18824.  I
```

1    mean, it's the same paragraph that I see in every TRO/PI case

2    that comes out of our district.

3         And, I mean, I adopt what you and your colleagues keep

4    saying, that while the Circuits considered abandoning that

5    scale it has yet to decide one way or the other.

6         Now, I guess my best argument for saying about the

7    scale, whether there's a scale or not, our position would be we

8    meet the substantive merits of the four prongs for the TRO.

9    That doesn't matter.  If it's a sliding scale, that is clearly

10   easier to be able to meet.  But even if it's not a sliding

11   scale and there was some sort of equal weight given to each,

12   however that would move, then we would still prevail.

13        In fact, your colleague in this decision mentioned at

14   the end of that quote, at the very -- in her case -- at the

15   very least, however, the plaintiff must present a serious legal

16   question on the merits.  And it says:  Given the ambiguity with

17   respect to the sliding scale approach, the Court will consider

18   all factors and only delve into the relevant weight if it would

19   affect the outcome.

20        So basically, whatever -- whichever one you think

21   applies to decide what might happen.  But we think either way

22   we would prevail.  But I'm not going to go into the substance

23   of it.

24        THE COURT:  I will definitely have more questions for

25   plaintiffs but I have some questions for the government.

1          Circling back -- again, I can't force you into a

2     consent agreement.  But a point was made that the United States

3     is a defendant in one of these cases.  So who is able to speak

4     for the government?  And it's fine to say we are not agreeing

5     to bind anyone in the government beyond DOJ.  You can take that

6     position.  You're not required to do the consent order.

7          But I don't know that I'm satisfied with I don't have

8     the authority to speak for the government beyond DOJ because

9     the government is a defendant in this case.  So I do need

10    someone here, if you're arguing, that can make representations

11    on behalf of the government broadly.

12         MR. SIMON:  Well, first, Your Honor, the party in

13    interest is the Department of Justice.  This whole case --

14    Mr. Zaid, it's hard to remember what this case is about.

15         THE COURT:  The case is about -- this TRO is about a

16    concern that there was a request for FBI agents to fill out a

17    survey that provided their names, personal identifying employee

18    ID numbers, email addresses, position titles and what they

19    worked on in terms of J6 cases.

20         And there is a concern from the plaintiffs that we're

21    exploring that that information will be publicly disseminated

22    and cause harm to their clients, and so they want me to prevent

23    the government from publicly disseminating the information.

24         MR. SIMON:  And what I can say, Your Honor, while

25    Mr. Zaid and the other plaintiffs counsel were up we were able

1    the reach my office, and I can now represent that there has not

2    been an official disclosure outside of the Department of the

3    list at issue.

4            THE COURT:  What does that mean?

5            MR. SIMON:  What it means, then, is -- as I understand

6    what it means is a disclosure by the Department to other

7    components of the government.

8            THE COURT:  Well, okay.  Let me tell you what I think

9    you might mean.  Right?  Because I understand we're all

10   lawyers.  So we're very careful in our language.  The DOJ has

11   not disclosed this information beyond the DOJ.  You know,

12   whether some DOJ employee purposefully leaked something

13   somewhere else, you don't know whether that's happened.  That

14   would have been unauthorized and outside of what they were

15   supposed to do.

16           But in terms of what the DOJ intends to do with the

17   information, the DOJ has not released this information to any

18   other government agency, to the White House, et cetera.

19           MR. SIMON:  That's what I understand that to mean,

20   yes.

21           THE COURT:  Can I hear from plaintiffs -- I want to

22   talk to the plaintiffs to see if we can reach an agreement and

23   then I'll definitely let you respond to that.

24           MR. SIMON:  I'd like to respond --

25           THE COURT:  I know.  Here's the issue.  I

1    understand -- I saw everyone's face when he says "official."

2    Okay?  I'm going to -- what I think is happening is we're all

3    lawyers.  He can't -- I don't know if anyone's going to ever

4    assure you, unless they do a survey of every government

5    employee, whether someone secretly obtained the information and

6    did something nefarious with it.  Quite frankly, if someone's

7    going to do that, my order is not going to stop them.

8         But what I heard him say is that the DOJ has not

9    disseminated that information to the White House but that's the

10   best he can do.  Can we work with that?

11        MR. EISEN:  Your Honor, we can work with it if this

12   order covers the government.

13        THE COURT:  Yes.

14        MR. EISEN:  Because all the more reason, if maybe

15   there was an unofficial, if somebody has it, we can't just --

16   the representation of counsel and -- it raises a question that

17   we can answer by having an order we think we've established the

18   predicate.  Ms. Donovan can tell you additional evidence of

19   irreparable harm, direct threats that agents we believe to be

20   on this list are receiving.  She has that evidence.  One is in

21   our complaint.  Yes, if we can close the door, we're agreed on

22   everything but one word, Your Honor.

23        THE COURT:  Let me understand something.  If the order

24   says DOJ represents the DOJ has not disseminated this

25   information beyond the DOJ, DOJ and then whatever your

1    language, right, that means that the DOJ cannot disseminate

2    that information without giving you the two days' notice, et

3    cetera.

4         Why doesn't that solve the problem?  Because, again,

5    if someone is bound to defy orders and operating outside of

6    their scope of employment and leaking information, like, I

7    can -- I can deal with that on the back end and I certainly

8    would.  But we're talking about what I can do in advance.

9         MR. EISEN:  Your Honor, we're not having a dispute

10   about what may or may not have been done in unofficial

11   channels --

12        THE COURT:  Okay.

13        MR. EISEN:  -- up until now.  We just want to have the

14   confidence that if that happened -- probably hasn't happened

15   but if it happened.  We don't know for sure.  There's evidence

16   of this pattern of leaking names of individuals who are not

17   public figures at all.  You saw the eight names on the paper.

18   What do you think life is like?  Your Honor, I think you know

19   what life is like for those eight individuals today.

20   Ms. Donovan has evidence of the direct threats that are

21   happening on social media.

22        If that information is somewhere in the White House,

23   in the U.S. DOGE service, in the hands of Mr. Musk, we simply

24   want an order that the government will not release that

25   information.  We want to close that door going forward.  It's

1    one word that is separating us.  That's not unreasonable to ask

2    under these circumstances.

3            The Court has seen the individuals.  The threats are

4    public record.  Life is very -- these people are at risk of

5    irreparable injury.  Some of them are already suffering

6    irreparable harm, Your Honor, because their names are being

7    bandied about.  They are being threatened.  Their families are

8    being threatened.  That happened in real time while we were

9    briefing and preparing for this hearing.

10            So, no, we cannot have a risk that if the information

11   is somewhere else in the government, that they say, oh, that

12   order only binds the DOJ.  That one word.  We want relief as to

13   the government, which is this defendant in this case.

14           THE COURT:  So Mr. Simon, I'm going to let you respond

15   to all the other arguments but I keep harping back on this in

16   case there's room for an agreement.

17           So the government is a defendant in this case.  The

18   parties have referred to the executive order ending the

19   weaponization of the federal government.  No, it's not being

20   challenged in this case but it is evidence before me.  And it

21   looks like, from this order, the ultimate plan for this

22   information is to be reported to the White House through the

23   deputy chief of staff for policy and the counsel to the

24   President.

25           So with that being said, is there someone you can call

| | |
|---|---|
| 1 | to see whether the government broadly will agree not to |
| 2 | publicly disclose this information?  And if that changes -- |
| 3 | quite frankly, it's a consent order.  So if that changes, |
| 4 | you'll give the notice to plaintiff and you'll withdraw your |
| 5 | consent and we can come back here. |
| 6 | MR. SIMON:  Your Honor, there is no -- now with the |
| 7 | representation that's been made and which the Court accurately |
| 8 | characterized what I meant when I provided that representation, |
| 9 | there is no basis for an injunction of the entire federal |
| 10 | government. |
| 11 | THE COURT:  Here is the basis.  Because right now it |
| 12 | says to the public.  So that wouldn't, on its face, prevent DOJ |
| 13 | from sharing it with the White House, and then if the White |
| 14 | House disclosed it publicly we're in the same bucket. |
| 15 | I also would then ask you whether it's your position |
| 16 | that under the Privacy Act, the DOJ would be permitted to share |
| 17 | that information with the White House.  And the White House |
| 18 | itself is not subject to Privacy Act.  So once it's not -- if |
| 19 | the White House disclosed it, it wouldn't be subject to the |
| 20 | same protection. |
| 21 | So that's what they're concerned about, that the |
| 22 | agreed-upon language is about public disclosure.  If the DOJ is |
| 23 | sharing this with other government agencies and then those |
| 24 | agencies are free to release it publicly, then we have a |
| 25 | problem. |

1          MR. SIMON:  Your Honor, there has been no showing that

2     this is outside the DOJ.

3          THE COURT:  Right.  Going forward --

4          MR. SIMON:  Your Honor, the government -- the

5     executive has the right to request a report pursuant to the

6     executive order that has been issued.  I understand they don't

7     agree with that executive order but that's an order that they

8     do not contend was unlawful.  It is thus -- for purposes of

9     this hearing should be considered a lawful order by the

10    President to the Department of Justice to gather this

11    information and then report back, ultimately, at the end of the

12    process.  They're not saying this process is going to -- the

13    email says we're commencing a process.

14         THE COURT:  Under the Privacy Act can the DOJ provide

15    the White House with names and personal employment

16    identification numbers and email addresses of officers without

17    their consent, unless you can show it's a routine use?  And if

18    you say it's a routine use, then we'll talk about what the

19    purpose of all this is.

20         But is it your understanding that under the Privacy

21    Act that information could be shared without being subject to

22    the Privacy Act, which would require plaintiff's consent before

23    their personal information is shared outside of the agency,

24    unless it falls, obviously, in one of the Privacy Act

25    exceptions?

```
 1          MR. SIMON:  First, I'd like to say what -- as I

 2   understand the information that's been shared was described in

 3   one of our exhibits.  I understand them to be complaining about

 4   a list that was provided to the Department of Justice that

 5   doesn't even identify people's names.

 6          THE COURT:  But are personal identifying employee

 7   identification numbers subject to the Privacy Act?  I thought

 8   they were.

 9          MR. SIMON:  Yes.  But my point, Your Honor, is you

10   mentioned emails and other things.  I don't believe that is --

11   I'll have to look at what the --

12          THE COURT:  I guess the issue is whether or not it's

13   been shared yet, it was collected as part of the survey.

14   They're trying to get out ahead of information being

15   disseminated.  So what has been collected as part of the

16   survey, even if not yet provided to the DOJ.

17          And, again, the DOJ wanted names and my understanding

18   is the FBI didn't provide names.  So I can't say that if the

19   DOJ keeps pressing that the FBI won't acquiesce to that.  So my

20   question is under -- is it your contention under the Privacy

21   Act that it would be permissible for the DOJ to provide the

22   information collected in the survey, which includes names -- at

23   minimum, already included personal identifying employee

24   numbers.  Is that allowed under the Privacy Act?

25          MR. SIMON:  Well, Your Honor, I would say this.  The
```

1    Attorney General has been directed to provide a report.  What

2    the Attorney General -- in the context of the Attorney

3    General's official duties, what the Attorney General chooses to

4    put in that report to support whatever recommendations are made

5    to the President is within the discretion of the Attorney

6    General, and I don't believe there would be a Privacy Act

7    prohibition to that.

8          The executive is entitled to receive information from

9    agencies and agency heads to allow the executive to perform its

10   functions.  And they are, without any authority, asking this

11   Court to issue a broad injunction to hamstrung the executive

12   from fulfilling the executive's obligations.

13         THE COURT:  No, no, no.  They're fine.  They're

14   agreeing -- in this consent order -- and, again, I don't have

15   the language that you recently agreed to.  At least what they

16   were initially proposing, they're not trying to -- as I

17   understand in this TRO -- enjoin the government from conducting

18   any internal review process, disciplining officers who

19   committed misconduct, investigate the discipline of officers.

20         Their concern for purposes of this TRO is we do not

21   want the names of our clients who are FBI agents who are at

22   risk being disseminated to the public.  That's my only concern

23   here at this early stage.

24         MR. SIMON:  I understand.  My response, Your Honor, is

25   that the list is with the DOJ and the DOJ is prepared to

1  represent that it has no present intention, directly or

2  indirectly, to publicly release that while the Court is

3  resolving the motion for preliminary injunction.

4      THE COURT:  Does any other government agency beyond

5  the DOJ have a present intent to release the information while

6  the Court is considering the PI motion?

7      MR. SIMON:  Your Honor, I'm not in a position to make

8  representations --

9      THE COURT:  Why?  You're the attorney for the United

10  States government.  If not you, who do I need to get here that

11  can tell me?

12      MR. SIMON:  Your Honor, the reason is is that the list

13  is with the Department of Justice.

14      THE COURT:  I know that's where you say the list is

15  now.  But the executive order -- the White House wants this

16  information, right?  And so based on the record before me, you

17  could tell me that the White House does not want the

18  information, and then I would say, well, then why not just

19  agree that the government is not going to disclose it publicly.

20      I mean, again, I'm not going to force you to agree to

21  a consent order, but my question is does the government have a

22  present intent to publicly release the names of FBI agents who

23  worked on January 6th cases?

24      MR. SIMON:  And I would just say that the component of

25  the government that has the list that's at issue here does not

1    have a present intent and that the plaintiffs have not

2    established -- I'm sorry, one moment.

3         THE COURT:  Again, I'm going to ask it again.  The DOJ

4    doesn't have a present intent.  Does any other government

5    agency, entity, body, person, have a present intent to

6    distribute the names publicly of the FBI agents who were

7    assigned to and worked on and assisted with the prosecution of

8    January 6th cases?  Is there a plan of the government to

9    release that information?

10        I know the DOJ is willing to acknowledge that it has

11   no plans.  I want to know does any other government agency --

12        MR. SIMON:  What I would say, Your Honor, is if the

13   Court allow for a more extensive record to be developed, there

14   is no imminent -- I disagree with counsel.  The TRO standard,

15   it focuses in the rule, the words "immediate" and "irreparable"

16   are used.  The Court needs to assess whether there is anything

17   imminent.  And if the representation to the Court is that it's

18   with the DOJ, how is that supportive of plaintiff's suggestion

19   that there's an imminent disclosure --

20        THE COURT:  Because they're saying that we're at

21   February 6th, and executive orders were issued a matter of

22   weeks ago, and already information has been released and things

23   are moving quickly.

24        MR. SIMON:  Interestingly, Mr. Zaid I don't believe

25   said things were released to the public.  I think Mr. Zaid said

1    the information was released from the CIA to the White House.

2    If I'm wrong, I apologize.

3        THE COURT:  Why is the government hesitant to make the

4    same representation that the DOJ is making, that simply --

5    again, this would be a consent order.  So it is without

6    prejudice for you to withdraw your consent.  It's without

7    prejudice for you to provide the two days' notice that you

8    intend to release the information so that the plaintiffs can

9    get back to Court, and it doesn't mean that it will result in

10   you not being able to do it.  It doesn't at all hamstring any

11   investigation.  It doesn't at all prohibit any lawful purpose

12   that I can think of.

13       What is the resistance of the government beyond the

14   DOJ to make a representation that it doesn't plan to release

15   these names?

16       MR. SIMON:  It's not a question of resistance, Your

17   Honor.  It's a question of the government is a vast entity and

18   I do not have -- that would require me to reach out to -- or my

19   supervisor to reach out to all heads of all the agencies in the

20   government and say -- and obtain that representation.  That is

21   so far beyond the scope of this.  I've had this case for less

22   than 24 hours.

23       THE COURT:  Well, then, will the DOJ agree as part of

24   a consent order that it won't disseminate this information

25   beyond the DOJ without the two days' notice?  Will that solve

1    the issue if they agree?

2            MR. SIMON:  I think essentially that's what was said,

3    that if it's -- well, I don't know that -- I'm sorry --

4            THE COURT:  What it would look like -- and again, I'll

5    let you work out language.  But it would be something along the

6    lines of the DOJ has not released -- you can say officially

7    released, has not authorized the release of this information

8    outside the DOJ.  So it sits with the DOJ.  The DOJ agrees that

9    it will not release this information, period, outside of the

10   DOJ without two days' notice and whatever other language.

11           MR. SIMON:  I think that was --

12           THE COURT:  If the DOJ agreed not to release this

13   information while the PI is pending outside of the DOJ, does

14   that solve the problem?

15           MR. EISEN:  Your Honor, if I may, I'll hand up what I

16   think is -- I'll give the government a copy of what I think is

17   the agreed order.  I have one for the Court as well.

18           THE COURT:  Thank you.

19           MR. EISEN:  Your Honor, the solution -- it's this one

20   word:  The ruling on the TRO is held in abeyance based on the

21   government.  The Department wants to say based on the

22   Department's representation.  We need that present intent.

23           As Your Honor has eloquently expressed, we don't know

24   what circulation there has been.  This is not going to be a

25   question of the Food and Drug Administration distributing this

1    list.  We know we're talking about the White House.  We're

2    talking about the U.S. DOGE service.  We're talking about

3    Mr. --

4         THE COURT:  To Mr. Simon's point that short of calling

5    every government agency to get a representation -- I don't know

6    what usually happens when the government is a defendant.  I

7    have the government as a defendant in many cases, but short of

8    that if there are certain entities that you're worried about,

9    would that help the issue, Mr. Simon, so that you don't have to

10   call every single government agency in person?  If they're

11   worried about --

12        Again, we're only talking about disseminating the

13   information publicly.  If there's only a handful or two or

14   three entities that you're concerned about, can you guys get in

15   a room and talk about that?  Would that solve the issue,

16   Mr. Simon?

17        MR. EISEN:  Or, Your Honor, if I may say so, it should

18   not be difficult for the Department of Justice to consult with

19   the people who've had the list and to say no, that list has not

20   left.

21        This is very similar to the situation we had yesterday

22   in the TRO on the access to the Treasury.  Government got up,

23   made representations that there were a limited number of

24   individuals within Treasury.  Based on those representations,

25   dissemination was excluded outside of Treasury.  We were able

1   to be resolve the issue.

2            But given the fact that we -- as the Court has pointed

3   out, we don't know what distribution there's been of this

4   information, it will make a mockery of the order if we were to

5   agree to something limited and tomorrow the information -- like

6   the names of those eight individuals who have been put at risk

7   by that memo, if the information were to emerge tomorrow.

8   Respectfully, I think there is a record on which the Court

9   could order something along the lines of what is before it.

10           We are not asking with respect to questions about

11  Ms. Bondi, the Attorney General, making recommendations to the

12  White House.  We're not stopping that.  We're just saying

13  nobody put these names out publicly for a short period of time

14  while we can brief the preliminary injunction.  We can assess

15  the remainder of the evidentiary issues.  We can demonstrate to

16  the Court the threat that these agents are under and the Court

17  can make a determination.

18           There's no possible reason on Earth not to agree to a

19  short amount of time on the part of the government.  A short

20  amount of time so we can brief the PI.  The risk to these

21  agents is horrendous.  And we have in our complaint, we have

22  additional evidence of individuals who would be exposed who are

23  getting threats, they, their families and others.  One just

24  popped last night.  Ms. Donovan has the evidence.

25           So a short TRO under those circumstances along the

1  lines of this proposed order, where everything except for one

2  word is agreed, that is something we have amply established.

3      THE COURT:  Hello.

4      MR. SIMON:  I want to point out first that the

5  Court -- they're seeking to enjoin the White House.  I don't

6  believe the Court has the authority to enjoin the White House

7  or the President separately.

8      I think the way to proceed, I would submit again, Your

9  Honor, is -- based on the representations I've been able to

10  provide today, is if the Court wishes to hold the TRO in

11  abeyance or deny the TRO, and then we can have a more fulsome

12  record.  Some of the questions and concerns the Court has

13  raised can be addressed.

14      Right now we have an incredibly slim record and they

15  want to take that incredibly slim record and make a massive

16  government-wide injunction out of it.  And I just don't

17  think -- the Court can only issue the TRO if the elements have

18  been met.  And absent some imminence beyond speculation,

19  something to indicate that the Court will not have the time to

20  consider this on a more fulsome record.

21      I think that the plaintiffs -- that's just the essence

22  of the TRO.  That's the essence of what we're talking about

23  here.  And I believe we have tried to satisfy plaintiffs'

24  concerns.  I believe the goalposts have been changing on the

25  part of the plaintiff, but we've tried to address the concerns

```
1   that they raised with the Court about the public disclosure
2   issue.
3          And I believe we've done it in a way that should at
4   least permit the Court to either hold in abeyance or deny the
5   TRO to allow for a more fulsome record to be developed.  The
6   Court has raised very issues.  Let the parties have an
7   opportunity to address them.
8          And there is a lot of -- in terms of the merits,
9   there's a lot of issues here that plaintiffs are just skipping
10  over, including ignoring the fact that all this is done on the
11  auspices under an executive order, under the official duties of
12  the Attorney General pursuant to that order.  And that order is
13  not being challenged, and so I don't --
14         THE COURT:  I don't understand -- hear anything to be
15  implicating or challenging the order.
16         MR. SIMON:  Right.
17         THE COURT:  I'm saying I don't think that they're
18  doing a back-door challenge to the order.  I mean, we can talk
19  about the merits.  We can get into the Constitutional
20  questions.  But just from the a -- my understanding is that
21  this is not information that would be disclosed to the public
22  and is protected under the Privacy Act and cannot be released
23  without the consent of the plaintiffs.
24         MR. SIMON:  But, Your Honor, again, I tend -- I
25  generally agree, although there is a question that we can
```

1    address on the merits whether this all comes from a system of

2    records, which it would need to do to satisfy the Privacy Act.

3    But again -- so that's something that we would obviously

4    address.

5            But my point is the DOJ has represented that it has no

6    present intent to disclose it publicly, and that if that intent

7    changes it will give the parties two business days' notice.

8    And then if the Court chooses to hold the TRO in abeyance

9    rather than deny it, we have a caveat provision that would say

10   that it's held in abeyance until the Court resolves the

11   anticipated preliminary injunction motion unless and until the

12   Department provides the notice that its intent has changed.

13           THE COURT:  So let me just confirm before I turn to

14   plaintiffs.  I'm not wordsmithing, so just broad strokes.  I

15   know you would work out the language.

16           But you would be fine with a consent order holding in

17   abeyance the TRO along the lines of representing that the DOJ

18   has not released this -- officially released or authorized the

19   release of this information at present outside of the DOJ, that

20   the DOJ has no intent or plan to release this information

21   publicly and that if the DOJ intends to release this

22   information either to another government agency, to include the

23   White House, or publicly that it will provide at least

24   two days' notice to the plaintiff, so that we could address the

25   TRO if it is -- if the DOJ intends to do that before the PI has

1    been briefed and ruled upon.  Would you -- in broad strokes.

2         MR. SIMON:  That's not correct only in the sense that

3    the intention not to disclose is to the public.  We did not

4    talk about disclosing to other -- the reference about other

5    agencies.

6         THE COURT:  I'm asking you, would you agree to just

7    give them the heads up if you intended to do that?  Because

8    you're limiting it to the DOJ and so if it was disseminated to

9    another agency, which you don't have any present plans to do

10   but if you did, they wouldn't be bound by any agreement --

11        I'm not saying that they would win or that I would

12   enjoin the DOJ from doing that.  I'm just saying would you

13   agree to give them at least a two-day heads up that that's

14   happening, so that, if necessary, they can come in court and we

15   can deal with the TRO, which might be denied.  I'm not

16   previewing that the government would not be able to give that

17   information to another entity and you reserve all rights to

18   make arguments about the propriety, including my authority to

19   do that.

20        But I'm just saying, in terms of this consent order,

21   if you were going to release it outside of the DOJ -- again,

22   we're talking about in the brief period of time to resolve this

23   PI issue -- is that something that you could give them the

24   heads up?  And then I'm going to press them to see whether that

25   would satisfy them so we could try to get a consent order.

```
 1            MR. SIMON:  I don't have the authorization standing
 2     here right now.  I would need to break and consult with my
 3     supervisor.
 4            THE COURT:  Before you do that, let me see if they
 5     would accept that.
 6            MR. EISEN:  Your Honor, may we have a moment to
 7     confer?
 8            THE COURT:  Yes.
 9            MR. TRUONG:  Your Honor.
10            THE COURT:  Yes.
11            MR. TRUONG:  Can we request to put on the husher?
12            THE COURT:  Yes.  Or do we have rooms for them to go
13     into?  How many witness rooms do we have?  Just one?  Do you
14     want to go into a witness room?  We can provide a room for you.
15            MR. ZAID:  Or even if you did the husher.
16            THE COURT:  We can put the husher on.  That's fine.
17     Whatever.
18        (Off-the-record discussion.)
19            MS. KEITH:  Your Honor, if we may, our understanding
20     from representations from defense counsel is that they're still
21     waiting to get internal authority.  In the meantime, there is
22     another issue that we would like to raise to the Court that we
23     think the defendants are not going to take a position on.
24            THE COURT:  Okay.
25            MS. KEITH:  Which is on the declaration that
```

1    identifies the John and Jane Does.

2              THE COURT:  Okay.

3              MS. KEITH:  We're willing to file that under seal to

4    the Court but are asking that that not be disclosed to defense

5    counsel.  Defense counsel -- since it's not particularly

6    relevant.  And defense counsel takes no position on that.

7              MR. ZAID:  And if I might.  That will be what will

8    happen in their case.  I've already done this.  So there's one

9    housekeeping issue and then one a little bit more substantive.

10   So when I filed the motion for anonymity, which Chief Judge

11   Boasberg granted, I filed a sealed declaration that contains

12   the names of the individual plaintiffs in 328, their addresses,

13   their titles and a little bit of background, biographical.

14             I filed a separate motion to seal it because even

15   though I filed it under seal, I didn't ask permission.  I

16   apologize.  So then I filed a motion to seal it so you can rule

17   on that.  And I also asked for it to be ex parte from the

18   government.

19             So Chief Judge Boasberg said the motion to seal

20   declaration -- granted the anonymity but the motion to seal

21   declaration from defendants is denied without prejudice.  So

22   technically there's no granting of the motion to seal the

23   declaration from the public.

24             THE COURT:  Okay.  What's the ECF number of the --

25             MS. KEITH:  Thirteen.

```
 1              MR. ZAID:  I know it's implicit in there, but just for
 2      a clean record, technically there's no ruling on the motion to
 3      seal from the public.
 4              THE COURT:  Okay.  So I'm sorry, what ECF is the
 5      motion to seal?  I ask because I'm not seeing an outstanding
 6      motion on my docket that needs to be ruled upon.  So if there's
 7      a motion --
 8              MR. ZAID:  He might have granted it but not worded it
 9      in the order.  I want to say it's like number 7, 8 or 9.
10              MR. TRUONG:  May I, Your Honor.  It's case 328 and it
11      is docket number 9.  That's the motion to seal.
12              THE COURT:  It looks like it's been ruled upon.
13      Where's the ruling?  Oh, it was denied without prejudice.
14      Okay.
15              So you're renewing that request, is that what's
16      happening?
17              MR. ZAID:  There's two components in that motion.  One
18      is to seal the declaration from the public.  The second
19      component is to seal it literally from the defendants.
20              THE COURT:  Okay.
21              MR. ZAID:  So it's very clear since anonymity was
22      granted, Judge Boasberg granted the motion to seal it from the
23      public, but I don't think it's kind of worded that way in the
24      docket.  I just want to make sure that that part is properly
25      worded because all he said was motion to seal declaration from
```

1  defendants is denied without prejudice.  He didn't say motion

2  to seal the declaration from the public is granted.

3          THE COURT:  I get it.

4          Ms. Duncan, can you tell whether or not -- I want to

5  make sure it's under seal, the declaration, which would be

6  at --

7          MR. ZAID:  That's number 4.  I remember when I tried

8  to access it, it did show it under seal.

9          THE COURT:  It's sealed.  Four is sealed.  I can issue

10  a clarification if you're concerned that just indicates that

11  ECF number 4 remains under seal.

12          DEPUTY CLERK:  So it is under seal.  Judge Boasberg

13  did grant it.  So when the clerk's office dockets it, it will

14  be under seal.

15          THE COURT:  Okay.

16          MR. ZAID:  The second part of that was to keep that

17  information -- at least for now, until you decide or the

18  parties confer and agree -- keep the identities of those

19  individuals from the defendants themselves.  I can go into the

20  litany of reasons why.

21          THE COURT:  Is it in the motion that you filed?

22          MR. ZAID:  I don't remember if I went into the litany.

23  I asked for that, which is why he denied it without prejudice.

24  The government is telling me they take no position on that.  So

25  depending on whether you want me to give you more information

1    on that or is that sufficient.

2          DEPUTY CLERK:  So, Judge, I think when the clerk's

3    office dockets it, it's under seal they -- the other party will

4    still get a copy.  I think what he's requesting is for it to be

5    under seal ex parte.

6          THE COURT:  Yes.  Okay.  Does the government have a

7    position without prejudice to indicate to me at some point that

8    you think it's appropriate for that not to be ex parte, but

9    just for purposes of the early stages of the case?

10         MR. TRUONG:  Good afternoon, again.  John Truong.

11   Yes.  The government does not take a position on the under seal

12   ex parte aspect of it.  Hopefully, through the Court, that the

13   plaintiffs clarify that there's no subjective arguments on the

14   merit of the TRO in that motion asking for the ex parte under

15   seal.  Because we haven't seen any of it.

16         THE COURT:  I haven't seen it either because I thought

17   it was already granted.  Let me just look.

18         MR. ZAID:  I can make that assurance absolutely.

19   There's nothing substantive.  It is only identification

20   information to comply with our local rules as to who the

21   plaintiffs are.

22         THE COURT:  Okay.  And it's just two pages?  One page,

23   really.

24         MR. ZAID:  Yes.

25         THE COURT:  I've confirmed that there are no

1   substantive arguments in it at all.  So I will grant that

2   request that docket number 4 remain under seal and ex parte

3   without prejudice to the government to make any further

4   requests as it relates to that filing.

5           MR. ZAID:  I'm sorry.  I didn't --

6           THE COURT:  I said Exhibit 4 on the sealed document

7   will remain under seal ex parte without prejudice to the

8   government to raise any further requests for relief from the

9   order, in which case I'll hear from the parties.

10          MR. ZAID:  Yes, that would be great.

11          MS. KEITH:  And Your Honor, the plaintiffs in Case

12  No. 325 are asking for similar ex parte under seal filing of

13  the same type of declaration.

14          THE COURT:  And you have not filed it yet?

15          MS. KEITH:  We have not filed it yet.

16          THE COURT:  Okay.  For the same reasons, I will grant

17  you leave to file that under seal and ex parte, again, without

18  prejudice to the government to seek relief from that order.

19  And I'll hear from the parties.

20          MR. ZAID:  So based on conversations between the

21  parties, we're waiting on authorization or the government's

22  waiting on authorization to give us a response to something

23  which they're in the midst of.  So the thought was so that you

24  don't have to continue to sit there, if you wanted to take

25  another 30-minute recess.

1           THE COURT:  Okay.  It's 3:09.  Come back at 3:30 or

2     3:40?  You want the full 30 minutes?

3           MR. TRUONG:  Yes.

4           THE COURT:  All right.  Come back at 3:40.

5        (A recess was taken at 3:10 PM)

6           THE COURT:  All right.  We're back on the record.

7     Counsel are present.  Where are we?

8           MR. EISEN:  Your Honor, we continue to await authority

9     from the government.  The government has proposed that we hold

10    the hearing open until tomorrow.  Obviously, there is a

11    profound concern on the part of counsel for the plaintiffs that

12    overnight this list might find its way to the public.  That

13    would be profoundly distressing to us.

14          THE COURT:  What is the basis of your belief that in a

15    mere matter of hours this list -- given the representations

16    that at least right now it's within the DOJ.  They're in the

17    process of negotiating a potential consent order.  I mean, I

18    would find it highly unlikely that the DOJ, in light of that,

19    would release this list to the public, having made the

20    representations in Court that they made to me.

21          MR. EISEN:  I think that in recognition of the desire

22    to preserve the status quo there is the February 5th minute

23    order.  If the government intends -- the government intends to

24    take any action related to the claims in the case in advance of

25    tomorrow's hearing, the government shall alert the Court

1    immediately and the Court will set an earlier hearing time and

2    compressed briefing.

3          So if the Court is willing to continue that any-action

4    position, they'll let us know if they're going to release the

5    list, then we'll come back to you at whatever hour they may be.

6    But given the treatment of those FBI agents, the extreme

7    expedition, you have record evidence before you of other names

8    that have been publicly disclosed, you have evidence before you

9    in our complaint of the threats that people are subjected to.

10   We feel we would be doing a disservice if we did not petition

11   the Court to give us some assurance of that status quo until

12   tomorrow morning.

13         THE COURT:  I know.  I did not intend for that minute

14   order to be anything other than a scheduling aid.  Meaning, I

15   got this TRO.  I hadn't had a chance to wrap my arms around it.

16   I was just asking the government to let me know if the hearing

17   needed to be scheduled earlier.  I was not intending to order

18   them to do anything other than letting me know if there was a

19   need to have the hearing earlier.

20         Now I'm concerned that if that language is construed

21   as some sort of administrative stay or injunctive or TRO

22   relief, that I need to get into the merits and we should just

23   discuss that and have a hearing about that, because that was

24   not my intent.  I just wanted to know when I needed to schedule

25   the hearing.

1            MR. EISEN:  Understood, Your Honor.  I think I speak

2     for my colleagues on behalf of plaintiffs that if the Court

3     wanted to provide an additional short respite to get the

4     answers that we need, we continue to be on the precipice, but

5     there is an element of risk with leaving matters --

6            THE COURT:  I understand.  I wasn't intending that

7     order to be --

8            MR. EISEN:  Put that order to the side.

9            THE COURT:  Okay.  I just want to be clear because

10    I --

11           MR. EISEN:  Understood, Your Honor.  Understood.

12           Putting that order to the side, we've briefed the TRO.

13    We've argued the TRO.  We believe we've established the

14    irreparable harm.  There's a predicate for the risk.  It is

15    entirely possible -- we understand the government counsel, the

16    Court asked again and again, that they have no knowledge of any

17    official or unofficial dispersal.  We think that's clear on the

18    record.

19           But nevertheless, it puts these -- given the record,

20    it puts the FBI agents and staff and personnel in a very

21    uncomfortable position to have that risk and to have an

22    open-ended situation where we don't know when we're going to

23    learn what the government's position is.  We don't think it's

24    unreasonable to put a time delimitation on that.

25           We just went through this yesterday.  We were able to

1    get the government's position.  It took a number of hours.

2    We're prepared to keep working and to stay here, but if we can

3    impose upon the Court to attempt to put some time limitations

4    on that so we know where we are.  We're all here.  We've

5    argued.  We're ready to continue arguing the TRO.  But given

6    the closeness, it seems like the kind of thing that we ought to

7    be able to get from the Government in an hour or two or three.

8         THE COURT:  Can I hear from the government?  You're

9    just awaiting authorization on what representations you can

10   make.  Do you think we're close to an agreement potentially?

11        MR. SIMON:  Well, potentially.  We're working on some

12   language that we're seeking authorization.  If we can get that

13   authorization based on sort of where we were at certain parts

14   of this hearing, we think perhaps we could resolve it.  But,

15   again, we have to get that authorization.

16        THE COURT:  I understand.

17        MR. SIMON:  As the Court may be aware, there are other

18   TROs that have been filed.  There was a TRO that was recently

19   granted today.

20        THE COURT:  I understand.

21        MR. SIMON:  So there's a lot going on.

22        THE COURT:  I understand.

23        MR. SIMON:  And unfortunately, I don't know that we're

24   going to get an answer today.  I would submit that there's no

25   need for the Court to issue any order and I would ask that the

1   Court just continue the hearing for tomorrow morning, if the

2   Court's available.

3         THE COURT:  Do you think you'll have an answer by

4   tomorrow?

5         MR. SIMON:  I would hope we'd have an answer by

6   tomorrow.

7         THE COURT:  Would it assist for me to set a deadline

8   by which you inform the Court and the plaintiffs about your

9   position on whatever outstanding language there is, just so

10  whoever needs to approve this knows that there's a timeline?

11        MR. SIMON:  Your Honor, I think we've been able to get

12  positions without that.  It's just getting someone's attention

13  long enough to have them consider it.  I don't know that -- it

14  hasn't been necessary today and I don't know that it will be

15  necessary for this other request.

16        THE COURT:  Let's see for tomorrow.  Erica, can we

17  come back tomorrow at 10:30?

18        DEPUTY CLERK:  Yes.

19        THE COURT:  Are the parties available for a -- unless

20  you submit a proposed order in advance of that, in which case I

21  will enter that order.  And with the proposed order, if you

22  come to an agreement, can you also include a proposed briefing

23  schedule on the PI?  That way if I get that in advance of

24  10:30, then I'll vacate the hearing and issue the consent order

25  as well as the briefing schedule and we will go from there on

1   the PI briefing.

2          MR. SIMON:  I do think we have an agreement on the PI

3   briefing.

4          THE COURT:  We can do that now then.

5          MR. SIMON:  And Your Honor, I would just ask if we can

6   make it for 11 tomorrow?

7          THE COURT:  Sure.  So 11 tomorrow for a continued PI

8   hearing.  Again, if you reach a consent order in advance and

9   either file it tonight or alert me tomorrow that it's

10  forthcoming and there's no need for a hearing, I'll vacate it.

11  Otherwise -- and we may be in this room again tomorrow.  No?

12  We'll be in our courtroom.

13         DEPUTY CLERK:  The chairs are being delivered between

14  9:30 and 10:30.

15         THE COURT:  Okay.  My courtroom is courtroom 3.  I

16  anticipate we'll be there.  If not, I'll let everyone know.  So

17  we're back 11 tomorrow for a continued TRO hearing.  Let me get

18  the PI briefing schedule and then we'll talk about what, if

19  anything, needs to be done overnight.

20         MR. ZAID:  I'm sorry.  Before we do that.  And I'm

21  sorry, I know I'm throwing a monkey wrench into it because

22  there's still a grave degree of concern for even from now to --

23         THE COURT:  I know.  I want to talk about the -- get

24  the schedule and then I said we'll talk about what to do about

25  overnight.

1          MR. ZAID:  If I could, since I think I can say it in

2    one sentence, perhaps.  Maybe I should probably not say one

3    because it could be three.  We'll see.  Judge AliKhan, when she

4    handled her case just a couple of days ago, as I'm looking to

5    see in the decision how she did it, the TRO was filed just

6    after noon on January 28th, and by 5 p.m. that day she had

7    issued an administrative stay from the bench, temporarily

8    pausing the issue of what was at subject.

9          So didn't call it granting the TRO, but basically, if

10   I'm reading this correctly, effectively granted the TRO with

11   other language.  And if that would make the government more

12   comfortable, that's fine because we're not concerned about the

13   language.  We're concerned about the effect.  And then she gave

14   the parties time to brief the TRO.

15         Obviously, we've briefed the TRO.  So we're actually

16   ahead of what was accomplished in that case.

17         I'm certainly not concerned about the counsel present

18   here at all, and I would never even come close to that,

19   especially having litigated against some of them for many

20   years.  But the environment that exists right now within the

21   administration and the political appointees, from whatever time

22   it is now, 3, 3:30, 4, whatever it is, to tomorrow morning

23   might as well be an eternity for us.

24         So honestly, I almost would rather -- I'll speak for

25   myself on this only.  I would rather argue the merits of the

1    TRO, lose, and have the ability to go up to the Circuit then

2    run the risk of not knowing what might happen overnight.

3          THE COURT:  Okay.

4          MR. SIMON:  Your Honor.

5          THE COURT:  Yes.

6          MR. SIMON:  With all respect to the Court in the case

7    cited by the plaintiff, we are not aware of any provision of

8    the Federal Rules of Civil Procedure that provides for an

9    administrative stay.  There's two forms of provisional

10   injunctive relief:  Preliminary injunctions and a temporary

11   restraining order.  And there needs to be specific showings for

12   either of those to issue.

13         And so, I would just submit, again, that we continue

14   the hearing for tomorrow.  And the Court has representations

15   that have been made about there being no intention to disclose

16   the list publicly by the Department.

17         So I think, otherwise, the Court is going to be -- to

18   issue an order that enjoins the government in any fashion,

19   there would need to be findings to support that.  It seems to

20   be a necessary given that we're endeavoring to try to come to a

21   resolution, and if we can't, we can just resume tomorrow

22   morning.

23         THE COURT:  I'm familiar with case law that grants --

24   it doesn't reflect a consideration of the merits and certainly

25   I would not do it beyond an overnight period, but for the

1  purpose of maintaining status quo while the Court is

2  considering further injunctive relief -- which I am.  We're

3  coming back tomorrow at 11.  Hopefully, there's a consent

4  order, and if not, this matter will be resolved shortly.

5          So we're talking about a brief administrative stay.

6  Again, it doesn't reflect a consideration of the merits, but I

7  think there's authority, certainly other courts in this

8  district, the case that was just cited, which is a case of

9  National Council of Nonprofits v. OMB, 25-CV-239.  That case

10 cites other authority of district courts recognizing the

11 applicability in stays seeking certain emergency relief.

12         So again, it's not a reflection of the merits.  It's

13 just for the purpose of preserving status quo until we come

14 back at 11.  Which in this case makes a lot of sense because

15 the government is acknowledging that it doesn't have any

16 intention on doing anything overnight.  So in many ways it's

17 preserving the status quo and giving plaintiff the assurance

18 and allowing us to come back at 11.

19         Now, if I thought there was -- if the government had

20 some reason as to why this would be prejudicial to them, I

21 would hear it.  But I do think there's authority for brief

22 administrative stays.  Again, it doesn't reflect my ruling on

23 what the merits of the TRO request are, but it's just to

24 preserve status quo so that no one is prejudiced by allowing

25 the parties continued negotiation.

1              Which I actually think would be helpful.  I think it

2       would be better for the parties to take the evening to try to

3       work out a resolution that doesn't involve me issuing a TRO.  I

4       will do that -- I mean, not will do that but I will consider

5       doing that or consider denying that at the continued hearing

6       tomorrow.

7              But I'm prepared to just preserve the status quo

8       overnight and have us come back tomorrow at 11 a.m.  And I'm

9       hopeful that the government then will have an answer.  And if

10      there is a consent order -- and what I will say is that if we

11      come back at 11 and there's no consent order, then I'm just

12      going to ask my further questions on the merits of this.  And,

13      again, without prejudice to you-all reaching some agreement,

14      but I want to make sure that I have the information that I need

15      to make a ruling one way or the other.

16             So what's the PI briefing schedule?

17             MR. ZAID:  February 20th for the plaintiffs filing

18      their motion.  Correct me if I say this wrong, gentlemen.

19      March 14th.

20             MR. EISEN:  Twenty-fourth.

21             MR. ZAID:  For the response?  I'm sorry,

22      February 24th for us, March 14th for the government,

23      March 21st for the reply.  The 24th, the 14th -- that's

24      what I thought.  No, no.  The 24th.  Is that two weeks from

25      today, right?  Or two weeks from Monday.  I'm sorry, somebody

1  must have changed dates on me.

2      So February 24th, March 14th, March 21st.

3      THE COURT:  February 24th.

4      MR. ZAID:  Motion.  March 14th, opposition.  March

5  21st, reply.  And then if your schedule permits for the

6  following week, oral arguments.

7      THE COURT:  Okay.

8      MR. ZAID:  So the week of the 24th if you were

9  available.  Whatever amount of time, obviously, you need to

10  digest --

11      THE COURT:  If I were the grant a TRO -- and just for

12  the record, one of the reasons why I wanted to preserve the

13  status quo is I haven't made a decision on the TRO but I am

14  convinced that there are real arguments here.  I'm concerned

15  about -- and there seems to be not an argument on the other

16  side, about significant irreparable harm.

17      I think that there are credible arguments, again, that

18  I need to explore with the parties about Privacy Act violations

19  and potential First Amendment retaliation arguments that I

20  really want to dig into with the parties.

21      So I think that preserving the status quo just

22  overnight so that we can come back tomorrow and that no one is

23  prejudiced by me providing the parties the opportunity to

24  discuss a potential consent order makes sense, given the

25  record.

1          Because, like I said, I'm not saying I'm going to

2    grant or deny the TRO, but I am convinced that this is not a

3    case where I immediately don't see a need to intervene in some

4    way just to preserve where we are, so that I can consider these

5    weighty issues.  Because I do acknowledge that if this

6    information were released, I think there's no question that it

7    would put a number of FBI agents at significant and immediate

8    danger.

9          Again, that doesn't mean that the other factors have

10   been met but there are certainly credible arguments that I need

11   to explore with the parties tomorrow.

12         One question I have is if I were to grant the TRO,

13   your request then is that it would be in effect until at least

14   March 21st?

15         MR. ZAID:  I would say I guess at least until you

16   decide the PI.

17         THE COURT:  Okay.

18         MR. ZAID:  I mean, obviously, if we lost the PI, one

19   would logically mean we would lose the TRO.  But that would

20   fall by the wayside if we couldn't support it for a PI.  So it

21   would have -- the TRO would have to stay in effect until you

22   ruled on the PI.  Does that make sense?

23         THE COURT:  I'm sorry, go ahead.

24         MR. SIMON:  This schedule was negotiated or discussed

25   while we were talking about a potential resolution.  But if the

```
 1    Court does grant the TRO --

 2              THE COURT:  Then we'll revisit this.

 3              MR. SIMON:  We would want to expedite --

 4              THE COURT:  Yes.  If I were to grant a TRO, I would

 5    talk about an expedited schedule.  If there's a consent order

 6    in place then I do think I agree with Mr. Simon.  But we'll

 7    cross that bridge when we get there.

 8              MS. DONOVAN:  Your Honor, I realize it's late in the

 9    day, so I apologize.  One last indulgence.

10              THE COURT:  It's fine.

11              MS. DONOVAN:  It could just be exhaustion or something

12    else but I just wanted to clarify for my client's understanding

13    and for my understanding of the record that all of the

14    discussion earlier today about official disclosures, unofficial

15    disclosures, authorized disclosures, we understand the record

16    to be -- the record heading into a possible consent agreement.

17    We understand that the record is that the government is saying

18    there are no known disclosures, period.  Official, unofficial,

19    authorized, unauthorized.  No known disclosures.

20              And if I'm stating what's already on the record, then

21    there's no need to adjust that.  And if I'm not, I do just want

22    to leverage this opportunity that government counsel will be

23    talking to their superiors tonight and they can confirm that.

24              And I'd also just note that perhaps tomorrow, in the

25    event that we are still not at a full consent order, if there
```

1    is a decision maker who is present here, sitting in the gallery

2    or nearby, that may facilitate a quicker resolution here.

3    That's all, Your Honor.

4         THE COURT:  Okay.  I understood the government to be

5    saying that it had not -- that the DOJ had not disclosed this

6    information and it wasn't aware of any disclosures.

7         MS. DONOVAN:  If that's it, then yes, Your Honor.

8         THE COURT:  Am I wrong about that?

9         MR. SIMON:  Your Honor, we had a discussion about

10   this.  We'll just defer to what the record says because I

11   thought we had an understanding --

12        THE COURT:  I thought --

13        MR. SIMON:  That was now several --

14        THE COURT:  That's what you said and that's what I

15   understand the record to be and that's how I'm construing the

16   representation.

17        MR. SIMON:  Your Honor, I don't know if that was a

18   request that we have a decision maker present.  I don't see a

19   basis for that.  We're working off the record, on the paper,

20   and it's what I propose we work off of for tomorrow.

21        THE COURT:  Here's what I'll say about that.  Just so

22   the parties are aware, let me give you a heads up about if we

23   don't have a consent order what I'm interested in, so we can

24   focus the argument.

25        So for plaintiffs, I believe that I've gotten the

1    parties' positions on the basis for their belief that this

2    information is likely to be disclosed.  If there's anything

3    further that you want to add to that, I will hear you.

4        I want to talk about the First Amendment claim -- just

5    a minute here.  I want to talk about specifically what due

6    process interests plaintiffs are alleging and just confirm my

7    understanding of the briefings.  And I have some questions

8    about Fifth Amendment.  Namely, how would I ascertain whether

9    something's defamatory in advance and whether or not the

10   publication of a list of names or something along those lines

11   would constitute defamation.  But I want to talk mainly to the

12   plaintiffs about the First Amendment.

13       For the government, I also have questions about the

14   First Amendment issue and I want to talk about Privacy Act.

15   There was some representation at some point today about whether

16   or not the survey or information gathered constitutes a system

17   of records.

18       But I also have questions about the survey, itself,

19   including what's it being used for, a response to the argument

20   that nothing on the face of the survey provides any indication

21   or information about misconduct.  So I do have questions about

22   the survey, particularly because I'm interested in routine use

23   potential exemption under the Privacy Act.

24       So I want to know what the government plans to do with

25   the information.  I want to know what is being investigated,

1    what is this review process, and more about routine use.

2            So if the counsel present are prepared to answer my

3    questions, detailed questions about what the government plans

4    to do with this information, then I don't need anyone else

5    here.  But I do want someone here that can answer the merits

6    questions of the TRO.

7            So I'll leave that, Mr. Simon, to you.  If you can

8    answer those questions and the other questions, then I won't

9    order that someone else be here.  But I do expect all parties

10   to be able to answer questions that I pose tomorrow.

11           Mr. Zaid, let me ask you, you had mentioned something

12   about -- at least I thought you had mentioned something about

13   information that had been relayed maybe to one of your clients

14   about disclosure or -- is that something that you're able to

15   either proffer or get a declaration to that effect?

16           I don't know what the information was.  I think it's

17   important if you have information about how this information is

18   to be disclosed, it certainly would be helpful to know what

19   that is.

20           MR. ZAID:  I can endeavor to try and see what I can

21   come up with in the sense of actually creating a declaration --

22           THE COURT:  Or a proffer.  I don't even know what the

23   information is.

24           MR. ZAID:  Because I likely would -- I'd obviously

25   have to put that under seal and ex parte if I gave it to you if

```
1    I was revealing a whistleblower source about that.

2              THE COURT:  Or even a proffer.  I mean, what is the

3    information -- I will accept -- you can write a declaration

4    outlining or averring what has been disclosed to you.

5    Obviously, the government can respond to that.  I'm not saying

6    how I will treat that.

7              MR. ZAID:  Sure.

8              THE COURT:  I guess what I'm saying is if you want me

9    to consider information that has been provided to you as part

10   of my findings about whether or not it's likely this

11   information is being disseminated or whether there's a plan to

12   disseminate this information, I can't do that based on what

13   you've said so far.

14             MR. ZAID:  All right.  I understand.  I will endeavor

15   as much as I can to pertain to that, since that's a request of

16   me.  This is not a caveat that I'm not complying with that, but

17   with the caveat and understanding that our position is that

18   there is no imminency requirement.  So even if it was going to

19   be tomorrow, a month from now, a year from now, the irreparable

20   injury argument is still --

21             THE COURT:  Although, if it was going to be a year

22   from now then I would dispense with the TRO and move right to

23   the PI.  So there is --

24             MR. ZAID:  I'll stick with a month.  How's that?

25             THE COURT:  All right.  So I guess what I'm saying is
```

1    I'm not ordering you to provide that information.  I'm simply

2    saying that if that's something you want me consider, what

3    you've presented so far does not allow me to do that.

4            MR. ZAID:  Understood.

5            THE COURT:  So if you don't have anything else, then I

6    just wouldn't consider that argument.

7            MR. ZAID:  Understood.

8            THE COURT:  Anything else that we need to do?

9            MS. DONOVAN:  Not from the plaintiffs' position, Your

10   Honor.

11           THE COURT:  Okay.  Anything else from defense?

12           MR. SIMON:  No, Your Honor.

13           THE COURT:  Okay.  Thank you, all.  It's been a long

14   day.  I appreciate your willingness to work together.  I am

15   hopeful that you-all can close the gap and we can move to the

16   PI briefing and resolve this case in that way.  Okay.  Thank

17   you.

18       (Proceedings concluded at 4:08 PM)

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an
accurate transcription of the proceedings in the
above-entitled matter.


/s/ Stacy Johns                    Date: February 7, 2025

Stacy Johns, RPR, RCR
Official Court Reporter

**DEPUTY CLERK: [6]**
3/3 28/8 83/12 84/2
90/18 91/13
**MR. EISEN: [37]** 3/19
5/2 10/2 10/6 23/14
24/15 28/16 29/6 29/18
30/20 31/3 31/16 31/19
31/24 35/6 35/10 35/13
35/21 35/25 36/4 36/7
37/9 40/7 63/11 63/14
64/9 64/13 73/15 73/19
74/17 80/6 86/8 86/21
88/1 88/8 88/11 95/20
**MR.
GEORGEIV-REMMEL:
[1]** 3/25
**MR. SIMON: [74]** 3/22
6/14 11/5 11/11 24/22
25/25 27/6 28/23 29/11
32/2 32/8 33/7 33/14
33/17 33/19 34/14
37/18 37/22 38/17 41/8
41/21 42/1 42/5 42/15
44/1 44/10 44/21 44/23
45/13 45/17 45/22 46/8
47/11 61/12 61/24 62/5
62/19 62/24 66/6 67/1
67/4 68/1 68/9 68/25
69/24 70/7 70/12 70/24
71/12 71/24 72/16 73/2
73/11 76/4 77/16 77/24
79/2 80/1 89/11 89/17
89/21 89/23 90/5 90/11
91/2 91/5 93/4 93/6
97/24 98/3 99/9 99/13
99/17 103/12
**MR. TRUONG: [10]**
34/21 34/25 35/19
35/23 57/23 80/9 80/11
82/10 84/10 86/3
**MR. ZAID: [47]** 3/13
16/3 16/17 18/25 19/5
49/6 49/14 50/10 50/15
53/5 53/20 53/22 57/5
57/10 57/15 58/2 58/12
59/23 80/15 81/7 82/1
82/8 82/17 82/21 83/7
83/16 83/22 84/18
84/24 85/5 85/10 85/20
91/20 92/1 95/17 95/21
96/4 96/8 97/15 97/18
101/20 101/24 102/7
102/14 102/24 103/4
103/7
**MS. DONOVAN: [11]**
3/10 12/5 12/21 13/22
14/2 14/19 38/1 98/8
98/11 99/7 103/9
**MS. KEITH: [20]** 3/16
8/7 8/9 8/15 9/7 9/13
19/14 19/22 19/25 20/5
20/10 20/12 22/19 23/7
80/19 80/25 81/3 81/25
85/11 85/15
**THE COURT: [198]**

**-- up [1]** 64/13

**/**

**/s [1]** 104/8

**0**

**06604 [1]** 2/13

**1**

**1-3 [1]** 1/14
**1-4 [1]** 1/13
**1-9 [1]** 1/3
**10 minute [1]** 8/5
**10 minutes [2]** 11/6
11/12
**10:30 [4]** 1/6 90/17
90/24 91/14
**11 [7]** 91/6 91/7 91/17
94/3 94/14 94/18 95/11
**11 a.m [1]** 95/8
**11:12 [1]** 28/8
**11:14 [1]** 29/16
**12 [1]** 5/7
**1250 [1]** 2/6
**12:14 [1]** 35/5
**12:22 [1]** 35/21
**12:26 [1]** 36/2
**13 [1]** 56/13
**13s [1]** 56/16
**14th [5]** 95/19 95/22
95/23 96/2 96/4
**15 minutes [1]** 29/22
**1500 [1]** 55/25
**15180 [1]** 2/3
**15s [1]** 50/2
**18824 [1]** 59/25
**1:00 [1]** 28/9
**1:30 [1]** 35/22

**2**

**20001 [1]** 2/10
**20003 [1]** 2/4
**20036 [1]** 2/7
**2020 [2]** 17/5 17/6
**2025 [4]** 1/6 55/15
59/25 104/8
**20530 [2]** 2/15 2/18
**20th [2]** 53/23 53/24
**21st [4]** 95/23 96/2
96/5 97/14
**239 [1]** 94/9
**24 hours [1]** 72/22
**24-hour [1]** 27/23
**24th [6]** 95/22 95/23
95/24 96/2 96/3 96/8
**25-325 [1]** 3/4
**25-328 [1]** 3/5
**25-cv-00325-JMC [1]**
1/4
**25-cv-00328-JMC [1]**
1/13
**25-CV-239 [1]** 94/9
**25-CV-313 [1]** 7/13
**28th [1]** 92/6
**2nd [1]** 18/23

**3**

**3 p.m [2]** 15/16 19/1
**30 days [1]** 12/2
**30 minutes [1]** 86/2
**30 years [2]** 54/3 58/5
**30-minute [1]** 85/25
**313 [1]** 7/13
**31st [2]** 16/10 55/15
**325 [2]** 3/4 85/12
**328 [5]** 3/5 3/14 51/18
81/12 82/10
**350 [1]** 2/12
**3:09 [1]** 86/1
**3:10 [1]** 86/5
**3:30 [2]** 86/1 92/22
**3:40 [2]** 86/2 86/4
**3rd [1]** 18/23

**4**

**4:08 [1]** 103/18

**5**

**5 p.m [1]** 92/6
**501 [1]** 2/12
**51 [1]** 17/4
**5th [2]** 30/2 86/22

**6**

**6,000 [2]** 18/14 56/15
**600 [2]** 2/3 2/9
**601 [2]** 2/15 2/18
**650 [1]** 2/9
**6th [17]** 12/19 12/22
14/7 15/1 15/11 18/11
18/16 34/4 43/19 43/24
52/10 52/17 53/20
55/24 70/23 71/8 71/21

**7**

**700 [1]** 2/6

**9**

**9:30 [1]** 91/14

**A**

**a.m [2]** 1/6 95/8
**abandoning [1]** 60/4
**abeyance [8]** 32/13
36/8 73/20 76/11 77/4
78/8 78/10 78/17
**ability [3]** 33/15 38/20
93/1
**able [19]** 5/17 10/12
11/12 16/6 17/14 32/4
42/6 60/10 61/3 61/25
72/10 74/25 76/9 79/16
88/25 89/7 90/11
101/10 101/14
**about [121]**
**above [1]** 104/5
**above-entitled [1]**
104/5
**absence [1]** 32/16
**absent [1]** 76/18
**absolutely [1]** 32/1
49/6 84/18
**accelerate [1]** 30/25
**accept [2]** 80/5 102/3

**access [6]** 9/25 47/7
15/6 26/20 74/22 83/8
**accompanied [1]** 53/3
**accomplished [1]**
92/16
**accordance [2]** 24/25
**accurate [3]** 17/2 48/3
104/4
**accurately [1]** 66/7
**accused [1]** 46/18
**acknowledge [3]** 43/23
71/10 97/5
**acknowledging [2]**
46/25 94/15
**acquiesce [1]** 68/19
**Act [23]** 25/17 26/17
26/25 27/16 42/11
54/24 55/7 56/7 66/16
66/18 67/14 67/21
67/22 67/24 68/7 68/21
68/24 69/6 77/22 78/2
96/18 100/14 100/23
**Act-protected [1]**
54/24
**acted [1]** 55/16
**acting [15]** 1/8 12/17
13/1 16/11 21/14 21/16
50/18 50/19 50/25 51/5
51/9 55/8 55/10 58/21
58/22
**action [6]** 1/3 1/12 31/4
49/13 86/24 87/3
**actions [2]** 12/17 48/10
**active [2]** 14/7 15/1
**activity [1]** 43/20
**actual [2]** 19/20 21/3
**actually [8]** 18/4 39/1
49/7 51/1 54/22 92/15
95/1 101/21
**add [2]** 16/4 100/3
**additional [4]** 33/9
63/18 75/22 88/3
**address [15]** 23/8 24/9
26/13 32/15 43/2 43/3
52/3 52/4 56/17 59/16
76/25 77/7 78/1 78/4
78/24
**addressed [2]** 26/10
76/13
**addresses [6]** 19/18
42/19 49/8 61/18 67/16
81/12
**adequate [1]** 38/20
**adjourn [1]** 24/2
**adjourned [1]** 39/2
**adjust [1]** 98/21
**administration [7]** 17/3
18/2 20/18 21/13 53/22
73/25 92/21
**administrative [5]**
87/21 92/7 93/9 94/5
94/22
**admission [1]** 7/25
**adopt [1]** 60/3
**advance [10]** 4/19
29/22 31/5 36/14 64/8
86/24 90/20 90/23 91/8
100/9

**advise [4]** 5/3 5/18 6/1
10/12
**affect [1]** 60/19
**affirmative [1]** 41/10
**affirmatively [1]** 44/25
**after [3]** 20/20 28/10
92/6
**afternoon [3]** 3/10
34/21 84/10
**again [48]** 9/7 12/10
15/15 17/22 22/1 28/25
32/8 32/15 34/14 37/18
41/14 42/15 43/15 45/7
45/16 58/12 58/16 59/2
59/8 59/15 61/1 64/4
68/17 69/14 70/20 71/3
71/3 72/5 73/4 74/12
76/8 77/24 78/3 79/21
84/10 85/17 88/16
88/16 89/15 91/8 91/11
93/13 94/6 94/12 94/22
95/13 96/17 97/9
**against [1]** 92/19
**agencies [9]** 14/4
43/12 54/13 58/13
66/23 66/24 69/9 72/19
79/5
**agency [14]** 13/19 14/5
39/19 51/15 62/18
67/23 69/9 70/4 71/5
71/11 74/5 74/10 78/22
79/9
**agent [2]** 12/18 21/8
**agents [44]** 1/3 1/12
3/6 3/11 5/12 12/22
12/23 13/19 15/13
15/16 16/24 18/8 18/8
18/17 21/17 25/23 26/3
26/18 27/2 27/5 34/4
34/6 34/10 40/17 43/18
43/23 43/25 44/17
44/19 46/13 47/2 50/1
50/8 56/22 61/16 63/19
69/21 70/22 71/6 75/16
75/21 87/6 88/20 97/7
**agents' [3]** 13/9 21/12
26/19
**aggregating [1]** 19/11
**aggregation [1]** 19/15
**ago [4]** 52/15 59/23
71/22 92/4
**agree [36]** 5/20 5/21
6/12 9/24 14/11 14/12
15/4 19/13 19/23 20/9
23/13 25/22 29/9 32/6
34/3 34/5 36/7 36/13
37/13 43/14 43/17 44/1
59/14 66/1 67/7 70/19
70/20 72/23 73/1 75/5
75/18 77/25 79/6 79/13
83/18 98/6
**agreed [11]** 6/3 6/23
7/18 40/21 40/23 63/21
66/22 69/15 73/12
73/17 76/2
**agreed-upon [1]** 66/22
**agreeing [6]** 6/6 7/17
39/18 40/6 61/4 69/14

**A**

**agreement [20]** 8/14
8/21 9/24 10/7 11/19
15/24 23/19 29/6 33/1
39/5 48/21 61/2 62/22
65/16 79/10 89/10
90/22 91/2 95/13 98/16
**agrees [4]** 7/19 7/21
39/8 73/8
**ahead [6]** 6/20 8/14
22/1 68/14 92/16 97/23
**aid [1]** 87/14
**aided [1]** 2/23
**al [2]** 3/6 3/7
**alert [4]** 22/5 31/6
86/25 91/9
**AliKhan [2]** 59/24 92/3
**all [77]** 7/18 8/5 8/24
12/18 12/22 12/23
12/25 13/24 15/14
15/16 15/17 15/24
17/19 17/20 20/22 24/8
26/9 27/14 28/3 28/3
29/1 29/8 29/14 30/11
31/22 33/25 35/2 35/3
35/20 37/22 38/1 38/15
41/6 41/8 41/21 43/17
46/12 47/11 48/18
48/23 49/10 49/25 50/4
54/25 55/24 56/7 58/13
59/3 60/18 62/9 63/2
63/14 64/17 65/15
67/19 72/10 72/11
72/19 72/19 77/10 78/1
79/17 82/25 85/1 86/4
86/6 89/4 92/18 93/6
95/13 98/13 99/3 101/9
102/14 102/25 103/13
103/15
**allegation [1]** 34/15
**allegations [3]** 42/9
44/3 49/12
**alleged [1]** 44/2 55/9
**alleging [2]** 45/19
100/6
**Alliance [1]** 7/13
**allow [8]** 5/22 30/5
30/5 48/21 69/9 71/13
77/5 103/3
**allowed [1]** 68/24
**allowing [2]** 94/18
94/24
**almost [2]** 53/17 92/24
**along [7]** 7/10 36/7
73/5 75/9 75/25 78/17
100/10
**already [16]** 16/5 16/25
18/7 18/22 19/12 20/4
26/3 26/7 51/25 54/3
65/5 68/23 71/22 81/8
84/17 98/20
**also [20]** 4/1 6/17 6/18
9/14 12/10 14/24 16/23
17/22 22/14 23/18
34/25 40/22 51/21 56/4
66/15 81/17 90/22
98/24 100/13 100/18

**although [3]** 59/10
77/25 102/21
**am [10]** 6/6 23/1 29/16
40/3 47/9 94/2 96/13
97/2 99/8 103/14
**amazing [1]** 49/6
**ambiguity [1]** 60/16
**amenable [3]** 11/4 11/5
30/8
**Amendment [5]** 96/19
100/4 100/8 100/12
100/14
**AMERICA [3]** 1/18
51/17 51/19
**Americans [1]** 7/13
**amongst [1]** 29/18
**amount [3]** 75/19 75/20
96/9
**amply [1]** 76/2
**analogizing [1]** 46/8
**analogy [1]** 57/3
**analysis [1]** 23/9
**analysts [1]** 18/10
**announce [2]** 20/16
22/1
**announced [1]** 49/1
**anonymity [3]** 81/10
81/20 82/21
**anonymous [1]** 54/8
**another [9]** 6/8 16/13
18/1 54/1 78/22 79/9
79/17 80/22 85/25
**answer [12]** 11/12 42/4
42/14 63/17 89/24 90/3
90/5 95/9 101/2 101/5
101/8 101/10
**answers [2]** 24/12 88/4
**anticipate [1]** 91/16
**anticipated [1]** 78/11
**anticipating [1]** 14/8
**anticipation [1]** 15/11
**any [60]** 4/6 4/16 4/23
7/6 7/20 7/24 7/25 8/14
11/24 15/8 16/12 20/3
22/18 29/24 30/19 31/4
32/5 32/10 32/16 33/6
33/21 34/11 36/11
36/12 39/19 41/19
42/20 43/4 45/24 46/13
46/14 47/16 47/16
48/25 53/13 55/20
56/13 56/25 62/17
69/10 69/18 70/4 71/4
71/11 72/10 72/11 79/9
79/10 84/15 85/3 85/8
86/24 87/3 88/16 89/25
92/7 93/18 94/15 99/6
100/20
**any-action [1]** 87/3
**anyone [8]** 4/15 11/21
16/10 31/1 39/10 54/13
61/5 101/4
**anyone's [2]** 34/18
63/3
**anything [24]** 6/21
11/15 25/5 25/6 25/8
27/3 28/21 29/1 29/1
30/21 31/2 56/17 57/4

57/9 71/16 77/1 87/14
87/18 91/19 94/16
100/2 103/5 103/8
103/11
**anyway [2]** 20/2 41/15
**anywhere [1]** 47/3
**apologize [2]** 72/2
81/16 98/9
**apparent [1]** 17/11
**appear [3]** 18/12 36/21
44/24
**appearance [2]** 3/9
51/19
**APPEARANCES [1]**
1/23
**appeared [1]** 56/4
**appearing [2]** 3/11
3/20
**appease [1]** 8/11
**applicability [1]** 94/11
**applies [1]** 60/21
**apply [2]** 27/11 27/13
**appointees [4]** 57/11
58/11 58/12 92/21
**appreciate [7]** 4/18
10/24 22/12 22/14 34/8
43/15 103/14
**approach [4]** 3/8 8/23
54/17 60/17
**appropriate [3]** 24/11
27/4 84/8
**approve [1]** 90/10
**are [115]**
**aren't [2]** 15/8 49/2
**argue [3]** 52/17 56/14
92/25
**argued [2]** 40/11 88/13
89/5
**arguing [2]** 61/10 89/5
**argument [14]** 6/20 7/4
11/16 22/9 22/13 34/9
56/23 57/9 60/6 96/15
99/24 100/19 102/20
103/6
**arguments [11]** 41/12
52/6 65/15 79/18 84/13
85/1 96/6 96/14 96/17
96/19 97/10
**arms [1]** 87/15
**around [4]** 14/7 43/22
51/22 87/15
**art [1]** 53/10
**article [1]** 49/21
**articles [1]** 50/24
**as [77]** 4/24 5/4 5/24
6/8 7/4 8/15 8/19 8/21
9/8 10/7 10/13 10/19
10/22 11/1 14/13 17/14
17/15 17/22 17/23 18/4
18/13 18/23 21/8 21/24
24/10 24/19 26/5 30/17
31/10 32/22 32/8 32/17
37/9 37/9 38/14 41/3
42/16 44/3 45/1 45/5
45/6 45/8 46/12 49/12
49/19 50/4 51/7 51/19
51/19 52/8 52/11 52/11
55/1 57/1 62/5 65/12

68/1 68/13 68/15 69/16
72/23 73/17 73/23 74/7
75/2 84/20 85/4 87/21
89/17 90/25 90/25 92/4
92/23 94/20 102/9
102/15 102/15
**ascertain [1]** 100/8
**aside [1]** 45/9
**ask [20]** 9/1 15/25
17/13 24/18 30/11 37/5
43/13 49/14 57/8 58/21
59/1 65/1 66/15 71/3
81/15 82/5 89/25 91/5
95/12 101/11
**asked [5]** 25/1 51/25
81/17 83/23 88/16
**asking [13]** 19/8 20/3
26/13 33/10 41/13
52/16 69/10 75/10 79/6
81/4 84/14 85/12 87/16
**asks [1]** 20/12
**aspect [3]** 16/6 58/19
84/12
**assent [1]** 5/21
**assertion [1]** 43/5
**assess [2]** 71/16 75/14
**assigned [1]** 71/7
**assist [1]** 90/7
**assisted [1]** 71/7
**associated [3]** 13/24
19/18 43/11
**ASSOCIATION [3]** 1/12
3/6 3/11
**assume [1]** 25/15
**assurance [3]** 84/18
87/11 94/17
**assurances [2]** 15/6
15/7
**assure [1]** 63/4
**attempt [3]** 30/6 31/10
89/3
**attempted [1]** 30/15
**attention [2]** 7/12
90/12
**attorney [20]** 1/9 16/11
24/23 25/9 38/8 38/9
39/14 39/25 50/18
50/25 55/8 58/22 69/1
69/2 69/2 69/3 69/5
70/9 75/11 77/12
**ATTORNEY'S [3]** 2/17
3/23 4/2
**attorneys [1]** 51/18
**auspices [1]** 7/12
**authority [12]** 22/16
29/24 30/9 61/8 69/10
76/6 79/18 80/21 86/8
94/7 94/10 94/21
**authorization [12]** 32/5
33/2 33/3 38/19 39/9
80/1 85/21 85/22 89/9
89/12 89/13 89/15
**authorized [5]** 36/16
73/7 78/18 98/15 98/19
**available [5]** 90/2 90/19
96/9
**Avenue [4]** 2/3 2/6 2/9
2/12

**averring [1]** 102/4
**await [1]** 86/8
**awaiting [2]** 15/2 89/9
**award [1]** 42/25
**aware [6]** 4/6 26/6
89/17 93/7 99/6 99/22
**away [6]** 13/7 13/15
13/17 15/24 16/7 52/18

**B**

**back [44]** 10/12 16/6
17/5 17/6 18/15 19/19
20/19 22/7 22/11 22/14
27/25 28/9 28/14 28/18
29/8 29/14 29/17 31/24
35/22 36/3 39/21 51/22
55/9 55/12 56/11 61/1
64/7 65/15 66/5 67/11
72/9 77/18 86/1 86/4
86/6 87/5 90/17 91/17
94/3 94/14 94/18 95/8
95/11 96/22
**back-door [1]** 77/18
**background [1]** 81/13
**bad [1]** 23/25
**bag [1]** 20/8
**balancing [6]** 26/5
26/11 27/9 27/13 54/19
59/8
**bandied [1]** 65/7
**based [7]** 6/3 23/19
26/13 29/20 36/9 37/18
37/23 43/19 52/15
70/16 73/20 73/21
74/24 76/9 85/20 89/13
102/12
**basically [2]** 60/20
92/9
**basis [8]** 22/25 42/24
52/11 66/9 66/11 86/14
99/19 100/1
**be [170]**
**Beast [1]** 49/22
**beautiful [1]** 35/7
**because [52]** 4/10 9/5
11/8 12/11 12/16 14/4
16/5 20/15 21/17 23/3
33/25 37/7 39/23 41/4
42/7 43/7 52/1 54/9
55/9 56/2 56/9 56/12
57/10 59/2 59/19 61/8
62/9 63/14 64/4 65/6
66/11 71/20 79/7 81/14
82/5 82/25 84/15 84/16
87/23 88/9 91/21 92/3
92/12 94/14 97/1 97/5
99/10 100/22 101/24
**becoming [1]** 14/14
**been [71]** 7/10 13/19
15/1 16/23 16/24 16/25
17/6 17/10 18/2 18/12
18/22 19/13 19/19 20/7
25/13 26/7 27/2 31/13
34/16 34/16 37/1 39/17
40/2 40/4 40/12 40/17
43/11 43/12 43/21
44/17 44/19 45/24

Case 1:25-cv-00325-JMC   Document 12   Filed 02/07/25   Page 107 of 120

**B**

been... **[39]** 45/25 49/15 51/23 51/24 51/25 52/2 52/16 53/25 54/5 54/6 62/2 62/14 64/10 66/7 67/1 67/6 68/2 68/13 68/15 69/1 71/22 73/24 75/3 75/6 76/9 76/18 76/24 79/1 82/12 87/8 89/18 90/11 90/14 93/15 97/10 101/13 102/4 102/9 103/13
**before [29]** 1/22 5/5 9/1 9/11 9/17 9/21 19/6 21/2 22/23 25/4 25/5 34/20 37/19 37/24 42/23 43/7 56/4 57/13 58/6 65/20 67/22 70/16 75/9 78/13 78/25 80/4 87/7 87/8 91/20
**beforehand [1]** 16/14
**behalf [11]** 1/4 5/3 6/1 23/25 24/16 36/18 36/22 47/13 51/19 61/11 88/2
**behind [1]** 21/8
**being [28]** 9/21 11/8 13/16 13/17 16/6 16/12 34/2 34/12 46/21 47/21 52/12 53/18 55/24 65/6 65/7 65/8 65/19 65/25 67/21 68/14 69/22 72/10 77/13 91/13 93/15 100/19 100/25 102/11
**belief [2]** 86/14 100/1
**believe [28]** 5/15 12/15 12/16 14/10 14/20 15/3 16/4 17/22 23/14 32/16 35/14 40/7 42/1 42/16 44/5 44/24 48/2 52/3 63/19 68/10 69/6 71/24 76/6 76/23 76/24 77/3 88/13 99/25
**below [2]** 56/13 56/16
**bench [1]** 92/7
**benefit [2]** 30/13 48/22
**benevolent [1]** 16/21
**Bessent [1]** 7/14
**best [3]** 38/20 60/6 63/10
**better [2]** 9/25 95/2
**between [5]** 17/19 26/17 57/3 85/20 91/13
**beyond [16]** 39/17 40/2 40/12 40/12 41/10 41/19 61/5 61/8 62/11 63/25 70/4 72/13 72/21 72/25 76/18 93/25
**BIEDER [1]** 2/11
**big [1]** 36/24
**bigger [1]** 9/13
**bind [1]** 61/5
**binds [2]** 12/8 65/12
**biographical [1]** 81/13
**bit [10]** 16/4 19/7 24/7

25/28 27/25 38/3 39/11 55/13 81/9 81/13
**blatant [1]** 56/1
**blatantly [2]** 55/17 55/21
**blown [1]** 29/4
**Board [1]** 50/11
**Boasberg [5]** 10/18 81/11 81/19 82/22 83/12
**bodily [1]** 59/11
**body [1]** 71/5
**Bondi [1]** 75/11
**both [3]** 3/23 4/22 6/1
**bottle [1]** 16/7
**bottom [1]** 59/9
**bound [4]** 36/25 39/18 64/5 79/10
**Bove [1]** 21/9
**Brad [1]** 3/14
**branch [1]** 41/20
**breadth [1]** 26/12
**break [10]** 8/5 10/3 10/12 10/19 11/2 24/1 24/2 28/4 36/24 80/2
**bridge [1]** 98/7
**Bridgeport [1]** 2/13
**brief [13]** 9/11 25/6 29/20 30/16 48/21 53/8 59/25 75/14 75/20 79/22 92/14 94/5 94/9
**briefed [3]** 79/1 88/12 92/15
**briefing [23]** 5/21 6/10 6/23 7/5 7/15 11/1 11/18 12/1 12/6 14/21 27/22 32/12 53/3 53/12 65/9 87/2 90/22 90/25 91/1 91/3 91/18 95/16 103/16
**briefings [1]** 100/7
**briefly [1]** 38/1
**briefs [1]** 29/20
**broad [5]** 18/10 27/17 69/11 78/14 79/1
**broad-ranging [1]** 27/17
**broader [2]** 11/16 19/7
**broadly [2]** 61/11 66/1
**broke [2]** 39/1 43/13
**bucket [1]** 66/14
**bulletin [1]** 22/15
**burden [4]** 47/6 47/25 48/1 48/3
**Bureau [5]** 1/4 1/12 3/6 50/19 58/18
**business [2]** 36/13 78/7

**C**

**cafeteria [1]** 5/5
**call [4]** 41/20 65/25 74/10 92/9
**called [2]** 14/5 51/5
**calling [2]** 14/25 74/4
**Calstrom [1]** 52/10
**came [4]** 29/19 50/20 50/20 53/22

**can [154]**
**can't [17]** 6/24 28/16 28/23 36/21 40/6 42/2 42/18 45/19 45/21 51/2 58/19 61/1 63/3 63/15 68/18 93/21 102/12
**cannot [7]** 18/6 21/5 22/10 38/18 64/1 65/10 77/22
**capacity [1]** 21/5
**care [1]** 14/12
**career [1]** 57/11
**careful [1]** 62/10
**case [58]** 3/4 3/5 4/12 5/10 6/8 7/5 7/12 9/14 10/5 10/6 18/13 18/17 19/8 24/8 27/7 27/7 27/13 28/5 30/14 31/5 31/10 40/3 47/22 47/24 49/13 51/18 52/9 52/10 54/2 54/3 60/1 60/14 61/9 61/13 61/14 61/15 65/13 65/16 65/17 65/20 72/21 81/8 82/10 84/9 85/9 85/11 86/24 90/20 92/4 92/16 93/6 93/23 94/8 94/8 94/9 94/14 97/3 103/16
**cases [19]** 3/23 4/5 7/11 18/11 21/4 25/21 29/10 29/12 34/5 43/19 43/24 55/23 55/25 56/1 61/3 61/19 70/23 71/8 74/7
**cat [1]** 20/8
**categorical [3]** 27/9 27/11 27/12
**category [1]** 45/2
**cause [3]** 12/13 34/6 61/22
**caused [1]** 25/14
**causing [1]** 53/13
**caveat [3]** 78/9 102/16 102/17
**CCs [1]** 50/20
**CENTER [1]** 2/8
**certain [5]** 14/20 14/22 74/8 89/13 94/11
**certainly [23]** 6/16 8/17 11/5 11/15 11/17 11/18 17/13 18/18 20/17 26/1 26/1 26/10 32/3 44/2 50/1 52/3 53/11 64/7 92/17 93/24 94/7 97/10 101/18
**certify [1]** 104/3
**cetera [4]** 49/9 49/22 62/18 64/3
**chairs [1]** 91/13
**challenge [1]** 77/18
**challenged [3]** 47/22 65/20 77/13
**challenging [1]** 77/15
**chambers [1]** 28/13
**chance [3]** 5/5 15/23 87/15
**change [1]** 57/9
**changed [2]** 78/12 96/1

**changes [6]** 9/23 27/3 36/14 66/2 66/3 78/7
**changing [1]** 76/24
**channels [1]** 64/11
**characterization [1]** 47/12
**characterized [1]** 66/8
**charge [1]** 50/1
**charges [1]** 16/24
**check [1]** 50/2
**chief [4]** 2/6 65/23 81/10 81/19
**chooses [2]** 69/3 78/8
**CIA [4]** 44/19 54/3 54/4 72/1
**circle [1]** 51/21
**Circling [1]** 61/1
**Circuit [4]** 52/10 54/16 59/19 93/1
**Circuits [1]** 60/4
**circulation [1]** 73/24
**circumstance [1]** 33/8
**circumstances [4]** 23/10 25/12 65/2 75/25
**cite [1]** 45/5
**cited [3]** 9/15 93/7 94/8
**cites [1]** 94/10
**civil [10]** 1/3 1/12 3/4 3/5 50/3 50/8 57/11 57/18 57/19 93/8
**claim [2]** 24/24 100/4
**claiming [1]** 41/4
**claims [3]** 4/11 31/5 86/24
**clarification [1]** 83/10
**clarified [1]** 55/13
**clarify [3]** 30/18 84/13 98/12
**class [3]** 3/17 5/23 9/1
**clean [1]** 82/2
**clear [6]** 18/9 20/23 56/9 82/21 88/9 88/17
**clearly [1]** 60/9
**clerk [2]** 31/19 31/24
**clerk's [2]** 83/13 84/2
**client's [1]** 98/12
**clients [6]** 17/9 20/21 54/2 61/22 69/21 101/13
**close [7]** 18/2 59/4 63/21 64/25 89/10 92/18 103/15
**closeness [1]** 89/6
**co [1]** 18/22
**co-counsel [1]** 18/22
**COBB [1]** 1/22
**coffee [1]** 5/5
**cohesive [1]** 13/12
**colleague [5]** 5/23 17/23 23/7 59/23 60/13
**colleagues [4]** 5/25 22/3 60/3 88/2
**collected [5]** 24/19 47/1 68/13 68/15 68/22
**COLUMBIA [2]** 1/1 2/17
**combine [1]** 15/14
**come [26]** 10/12 10/24

25/15 28/9 28/14 28/17 29/8 41/2 42/13 46/22 58/17 66/5 79/14 86/1 86/4 87/5 90/17 90/22 92/18 93/20 94/13 94/18 95/8 95/11 96/22 101/21
**comes [3]** 41/13 60/2 78/1
**comfortable [1]** 92/12
**coming [3]** 12/7 16/19 94/3
**commence [1]** 25/2
**commencing [1]** 67/13
**commentary [1]** 59/19
**comments [1]** 51/1
**commitments [1]** 13/13
**committed [1]** 69/19
**communications [1]** 9/5
**community [2]** 54/7 57/17
**comparable [1]** 46/14
**compiled [1]** 13/25
**complaining [1]** 68/3
**complaint [4]** 21/2 63/21 75/21 87/9
**complete [2]** 42/4 47/24
**completed [2]** 18/25 20/6
**completely [3]** 17/2 40/8 45/2
**comply [5]** 21/14 21/16 25/8 55/11 84/20
**complying [1]** 102/16
**component [4]** 25/1 41/19 70/24 82/19
**components [2]** 62/7 82/17
**compressed [3]** 31/7 34/8 87/2
**comprise [1]** 54/8
**computer [2]** 2/23 15/7
**computer-aided [1]** 2/23
**concede [2]** 46/23 52/8
**concedes [1]** 23/20
**concern [18]** 9/13 9/15 9/19 11/25 15/20 38/7 38/25 39/3 40/15 40/24 43/5 54/1 61/16 61/20 69/20 69/22 86/11 91/22
**concerned [16]** 13/5 14/2 39/18 43/6 49/3 53/1 54/12 55/14 66/21 74/14 83/10 87/20 92/12 92/13 92/17 96/14
**concerning [1]** 21/13
**concerns [11]** 8/11 8/24 12/6 25/14 25/14 27/16 38/10 54/11 76/12 76/24 76/25
**concession [1]** 17/11
**concessions [1]** 23/24

Case 1:25-cv-00325-JMC    Document 13    Filed 02/07/25    Page 108 of 120

**C**

concluded [1] 103/18
concrete [2] 12/3 58/24
conduct [6] 5/11 21/11 21/12 24/23 25/9 25/10
conducting [2] 39/25 69/17
confer [4] 10/3 35/4 80/7 83/18
conferred [1] 5/14
confidence [1] 64/14
confident [1] 50/7
confidential [1] 9/15
confirm [6] 39/12 39/22 40/25 78/13 98/23 100/6
confirmed [2] 40/4 84/25
conjunction [1] 27/16
connected [1] 18/3
Connecticut [1] 2/6
consent [35] 5/15 6/8 6/9 7/10 7/24 10/20 10/21 10/21 46/23 61/2 61/6 66/3 66/5 67/17 67/22 69/14 70/21 72/5 72/6 72/24 77/23 78/16 79/20 79/25 86/17 90/24 91/8 94/3 95/10 95/11 96/24 98/5 98/16 98/25 99/23
consents [1] 15/22
consider [12] 27/20 30/10 33/13 60/17 76/20 90/13 95/4 95/5 97/4 102/9 103/2 103/6
consideration [4] 21/24 30/5 93/24 94/6
considered [2] 60/4 67/9
considering [2] 70/6 94/2
consistently [1] 22/21
consolidate [2] 29/9 29/12
consolidation [5] 4/7 5/24 8/17 8/18 10/15
constitute [1] 100/11
constitutes [1] 100/16
Constitutional [3] 40/11 42/9 77/19
constraint [1] 9/22
construed [1] 87/20
construing [1] 99/15
consult [7] 6/19 11/9 24/2 34/25 35/14 74/18 80/2
contact [1] 28/12
contained [2] 7/22 45/13
containing [1] 54/5
contains [1] 81/11
contemplated [1] 13/20
contend [1] 67/8
contention [1] 68/20
context [6] 6/25 20/14

contextual [1] 15/3
continue [13] 30/4 31/8 32/18 32/20 41/6 42/13 85/24 86/8 87/3 88/4 89/5 90/1 93/13
continued [4] 91/7 91/17 94/25 95/5
continuing [1] 30/11
contrary [2] 5/10 43/6
control [1] 12/12
convene [1] 28/13
conversation [3] 5/19 6/2 28/2
conversations [3] 9/5 30/7 85/20
converted [1] 13/2
conveying [1] 51/7
conviction [1] 18/15
convince [1] 15/15
convinced [2] 96/14 97/2
copy [7] 31/19 31/19 31/20 57/24 57/25 73/16 84/4
correct [7] 18/24 19/22 24/21 33/5 33/7 79/2 95/18
corrected [1] 35/10
correctly [1] 92/10
corrupt [2] 55/17 55/20
could [43] 5/17 6/22 7/9 7/23 9/7 9/20 10/25 12/13 14/22 20/2 22/6 22/20 22/22 26/20 27/18 28/4 28/17 30/24 34/22 39/20 45/24 48/19 49/3 49/4 49/7 52/19 53/3 53/12 53/14 54/18 54/22 54/25 58/19 67/21 70/17 75/9 78/24 79/23 79/25 89/14 92/1 92/3 98/11
couldn't [1] 97/20
Council [2] 59/24 94/9
counsel [22] 3/8 4/11 10/4 18/22 24/1 38/2 50/17 57/23 61/25 63/16 65/23 71/14 80/20 81/5 81/5 81/6 86/7 86/11 88/15 92/17 98/22 101/2
counsel's [1] 4/1
counterintelligence [1] 54/11
couple [2] 53/8 92/4
course [5] 17/9 17/10 49/16 55/7 56/11
court [113]
Court's [3] 10/18 23/18 90/2
courthouse [1] 36/20
courtroom [5] 9/9 18/13 91/12 91/15 91/15
courts [5] 26/10 27/10 56/9 94/7 94/10
cover [3] 37/3 38/16

covers [2] 38/15 63/12
Covert [1] 54/3
create [2] 11/11 27/16
creating [1] 101/21
credible [2] 96/17 97/10
cross [1] 98/7
CT [1] 2/13
cv [1] 1/4 1/13 7/13 94/9

**D**

D.C [1] 1/8
Daily [1] 49/21
damage [2] 15/21 22/7
damages [1] 55/6
danger [2] 23/21 97/8
darn [2] 21/16 59/11
date [2] 20/18 104/8
dates [1] 96/1
David [1] 16/13
day [5] 56/7 79/13 92/6 98/9 103/14
days [1] 12/2 40/18
days' [7] 36/13 64/2 72/7 72/25 73/10 78/7 78/24
DC [5] 2/4 2/7 2/10 2/15 2/18
deadline [8] 28/22 90/7
deal [2] 64/7 79/15
death [1] 59/11
debate [1] 59/13
debating [1] 49/7
decide [7] 28/12 29/1 54/20 60/5 60/21 83/17 97/16
decided [2] 28/21 54/16
decision [13] 4/6 9/2 13/20 28/22 32/4 35/15 38/22 52/24 60/13 92/5 96/13 99/1 99/18
decisions [1] 32/10
declaration [13] 80/25 81/11 81/20 81/21 81/23 82/18 82/25 83/2 83/5 85/13 101/15 101/21 102/3
dedicated [1] 5/12
deemed [1] 46/9
defamation [1] 100/11
defamatory [1] 100/9
defendant [9] 1/10 51/17 52/17 61/3 61/9 65/13 65/17 74/6 74/7
defendant's [2] 21/7 23/11
defendants [11] 1/19 2/14 9/23 38/15 51/15 52/15 80/23 81/21 82/19 83/1 83/19
DEFENDERS [1] 2/2
defense [7] 21/19 22/24 80/20 81/4 81/5 81/6 103/11

defer [1] 99/18
deference [1] 23/18
deferring [1] 7/14
defiance [1] 56/1
defied [2] 55/17 55/21
define [1] 24/7
definitely [3] 17/21 60/24 62/23
definitive [3] 42/2 47/13 47/19
defy [1] 64/5
degree [2] 10/18 91/22
DEI [1] 18/3
delimitation [1] 88/24
delivered [1] 91/13
delve [1] 60/18
DEMOCRACY [1] 2/2
demonstrate [2] 58/24 75/15
demonstrated [2] 48/4 48/6
denied [5] 79/15 81/21 82/13 83/1 83/23
deny [5] 32/13 76/11 77/4 78/9 97/2
denying [1] 95/5
department [37] 1/8 1/17 3/5 3/7 5/10 13/23 14/16 15/4 15/6 15/9 19/2 21/11 36/18 36/20 36/25 37/2 38/13 38/22 39/13 39/25 47/13 51/17 51/20 54/14 55/18 55/22 56/2 61/13 62/2 62/6 67/10 68/4 70/13 73/21 74/18 78/12 93/16
Department's [1] 73/22
dependent [1] 23/10
depending [1] 83/25
depends [1] 27/9
deposition [1] 58/21
deputy [7] 4/2 16/11 50/18 50/25 55/8 58/22 65/23
derive [1] 21/5
derived [1] 20/25
described [2] 17/24 68/2
desire [1] 86/21
desires [2] 30/1 31/14
despite [1] 36/19
detail [4] 7/16 17/12 18/7 18/19
detailed [1] 101/3
details [1] 20/22
determination [2] 53/12 75/17
determine [1] 30/4
developed [2] 71/13 77/5
dialogue [1] 32/3
dictating [1] 13/13
did [24] 4/13 5/4 5/7 6/1 18/12 20/22 24/2 37/10 38/12 47/21 51/15 55/9 55/23 58/17 59/1 63/6 79/3 79/10

86/15 83/8 83/13 87/10 87/13 92/5
didn't [15] 4/23 30/19 34/7 43/14 43/15 45/23 48/3 48/3 49/16 55/12 68/18 81/15 83/1 85/5 92/9
difference [1] 26/17
different [5] 17/7 45/2 45/8 46/6 49/20
difficult [3] 20/15 22/13 74/18
dig [1] 96/20
digest [1] 96/10
diligently [1] 36/23
Dimitar [2] 2/16 4/1
direct [5] 7/12 49/15 50/22 63/19 64/20
directed [1] 69/1
directing [1] 24/23
direction [2] 25/1 25/8
directly [5] 24/18 36/10 36/17 47/14 70/1
director [6] 12/17 13/1 50/19 51/5 51/9 58/21
disagree [2] 34/9 71/14
discipline [1] 69/19
disciplining [1] 69/18
disclose [9] 25/24 36/10 36/18 47/15 66/2 70/19 78/6 79/3 93/15
disclosed [17] 12/4 25/19 25/20 34/2 45/25 46/11 46/12 62/11 66/14 66/19 77/21 81/4 87/8 99/5 100/2 101/18 102/4
disclosing [4] 7/21 12/9 34/4 79/4
disclosure [18] 13/6 14/3 27/15 27/19 34/3 38/25 44/6 45/10 45/11 48/2 48/11 56/5 62/2 62/6 66/22 71/19 77/1 101/14
disclosures [7] 46/14 98/14 98/15 98/15 98/18 98/19 99/6
discovery [2] 17/14 58/19
discretion [4] 10/18 55/18 55/22 69/5
discuss [12] 6/13 6/15 9/23 10/19 11/2 11/2 11/18 36/9 42/8 42/8 42/9 87/23 96/24
discussed [2] 49/24 97/24
discussing [1] 39/1
discussion [4] 58/18 80/18 98/14 99/9
dismissal [1] 35/24
dispense [1] 102/22
dispersal [1] 88/17
dispute [1] 64/9
disputing [3] 34/7 44/3 49/12
disseminate [5] 37/14

**D**

**disseminate... [4]** 40/6 64/1 72/24 102/12
**disseminated [17]** 24/5 39/17 40/1 40/2 40/5 40/12 41/18 46/21 48/24 51/23 61/21 63/9 63/24 68/15 69/22 79/8 102/11
**disseminating [3]** 47/3 61/23 74/12
**dissemination [5]** 10/10 24/21 43/18 48/15 74/25
**dissent [1]** 59/5
**disservice [1]** 87/10
**distinction [3]** 19/15 26/21 46/7
**distressing [1]** 86/13
**distribute [1]** 71/6
**distributing [1]** 73/25
**distribution [1]** 75/3
**district [9]** 1/1 1/1 1/23 2/17 55/24 59/25 60/2 94/8 94/10
**division [1]** 41/20
**do [94]** 4/17 4/22 5/14 8/19 11/9 12/6 12/15 14/13 15/5 15/7 19/13 19/23 20/2 20/13 23/8 23/12 23/14 24/13 25/7 25/25 28/4 29/23 30/1 32/4 32/18 33/25 34/9 39/9 41/24 42/8 42/19 43/13 44/11 44/14 47/9 47/9 49/1 50/8 51/10 51/21 51/22 51/24 52/2 53/3 55/1 55/3 55/7 57/4 59/6 61/6 61/9 62/15 62/16 63/4 63/7 63/10 64/8 64/18 67/8 69/20 70/10 72/10 72/18 78/2 78/25 79/7 79/9 79/19 80/4 80/12 80/13 80/13 87/18 89/10 90/3 91/2 91/4 91/20 91/24 93/25 94/21 95/4 95/4 97/5 98/6 98/21 100/21 100/24 101/4 101/5 101/9 102/12 103/3 103/8
**docket [5]** 30/1 82/6 82/11 82/24 85/2
**dockets [2]** 83/13 84/3
**document [2]** 17/7 85/6
**documentation [2]** 17/15 45/6
**DOE [3]** 1/13 1/14 3/14
**does [40]** 1/3 3/4 3/17 3/20 7/6 7/20 8/18 8/25 10/17 11/21 15/4 15/6 29/9 30/9 38/16 40/5 46/16 47/5 49/20 53/16 55/4 55/20 55/20 55/21 57/9 57/23 62/4 70/4

18/17 70/21 70/25 71/4 71/11 73/13 81/1 84/6 84/11 97/22 98/1 103/3
**doesn't [22]** 13/3 26/23 37/3 37/7 39/5 48/25 51/14 51/14 60/9 64/4 68/5 71/4 72/9 72/10 72/11 72/14 93/24 94/6 94/15 94/22 95/3 97/9
**DOGE [4]** 14/5 15/6 64/23 74/2
**doing [9]** 31/1 38/9 51/6 54/25 77/18 79/12 87/10 94/16 95/5
**DOJ [78]** 2/14 19/12 19/19 24/25 34/17 37/6 37/13 37/15 37/20 38/4 38/16 39/11 39/13 39/17 39/18 39/20 39/23 40/5 40/12 41/9 41/15 41/17 41/19 42/22 48/12 48/24 61/5 61/8 62/10 62/11 62/12 62/16 62/17 63/8 63/24 63/24 63/25 63/25 64/1 65/12 66/12 66/16 66/22 67/2 67/14 68/16 68/17 68/19 68/21 69/25 69/25 70/5 71/3 71/10 71/18 72/4 72/14 72/23 72/25 73/6 73/8 73/8 73/8 73/10 73/12 73/13 78/5 78/17 78/19 78/20 78/21 78/25 79/8 79/12 79/21 86/16 86/18 99/5
**DOJ-USAO [1]** 2/14
**domain [2]** 26/22 45/2
**don't [87]** 8/12 11/6 11/11 11/21 15/25 19/20 21/19 21/20 25/23 27/1 30/25 32/14 32/16 33/2 33/6 33/14 33/21 35/17 37/22 40/1 42/1 42/3 42/4 42/5 42/16 43/14 44/8 44/12 45/17 45/22 45/24 46/1 46/1 46/23 47/3 48/4 48/11 49/25 51/3 51/8 51/9 51/12 53/2 56/10 56/18 56/25 57/6 58/3 58/15 61/7 61/7 62/13 63/3 64/15 67/6 68/10 69/6 69/14 71/24 73/3 73/23 74/5 74/9 75/3 76/5 76/16 77/13 77/14 77/17 79/9 80/1 82/23 83/22 85/24 88/22 88/23 89/23 90/13 90/14 97/3 99/17 99/18 99/23 101/4 101/16 101/22 103/5
**done [12]** 7/10 16/5 19/13 22/7 27/10 27/12 56/12 64/10 77/3 77/10 81/8 91/19
**Donovan [6]** 2/11 3/11 12/5 63/18 64/20 75/24

**door [3]** 63/21 64/25 77/18
**doubts [1]** 59/16
**down [9]** 9/6 13/16 14/15 17/13 22/23 23/2 23/6 44/14 59/21
**doxxing [1]** 15/13
**draft [1]** 7/9
**drill [6]** 13/16 14/15 22/23 23/2 23/6 44/14
**Driscoll [2]** 12/17 13/1
**Drug [1]** 73/25
**due [3]** 16/12 57/20 100/5
**Duncan [2]** 28/10 83/4
**dunk [1]** 44/12
**during [3]** 11/18 13/25
**duties [3]** 47/23 69/3 77/11

**E**

**each [2]** 40/21 60/11
**eager [1]** 9/22
**earlier [2]** 28/6 31/7 49/18 87/1 87/17 87/19 98/14
**early [2]** 69/23 84/9
**Earth [1]** 75/18
**easier [1]** 60/10
**easily [1]** 50/2
**easy [3]** 49/16 50/24 57/5
**ECF [3]** 81/24 82/4 83/11
**effect [4]** 92/13 97/13 97/21 101/15
**effectively [1]** 92/10
**Efficiency [1]** 14/17
**effort [2]** 21/17 38/21
**efforts [1]** 20/3
**eight [6]** 16/11 17/5 56/22 64/17 64/19 75/6
**Eisen [6]** 2/2 3/19 5/2 9/14 23/8 23/12
**either [11]** 32/12 42/14 44/9 44/17 60/21 77/4 78/22 84/16 91/9 93/12 101/15
**element [1]** 88/5
**elements [1]** 76/17
**eligible [2]** 50/12 50/16
**Elon [2]** 14/5 15/5
**eloquently [1]** 10/8 73/23
**else [11]** 28/4 42/21 47/24 62/13 65/11 98/12 101/4 101/9 103/5 103/8 103/11
**email [8]** 19/18 34/22 34/25 54/4 55/8 61/18 67/13 67/16
**emailed [1]** 51/2
**emails [1]** 42/17 68/10
**emerge [1]** 75/7
**emergency [1]** 94/11
**emotions [1]** 40/16
**emphasize [1]** 23/9
**employee [10]** 13/2

13/23 19/20 37/2 51/7 61/17 62/12 63/5 68/6 68/23
**employees [4]** 1/3 18/3 25/13 49/8
**Employees/Agents [1]** 1/3
**employment [5]** 2/8 25/2 34/17 64/6 67/15
**end [6]** 9/21 18/15 55/19 60/10 64/7 67/11
**endeavor [3]** 6/23 101/20 102/14
**endeavoring [1]** 93/20
**ended [1]** 88/22
**ending [1]** 65/18
**enforcement [2]** 43/11 52/12
**enjoin [9]** 19/9 19/10 20/3 22/6 40/21 69/17 76/5 76/6 79/12
**enjoined [1]** 31/1
**enjoins [1]** 93/18
**enough [7]** 27/10 27/12 50/2 50/24 52/9 57/5 90/13
**ensuring [1]** 11/7
**enter [3]** 16/1 30/9 90/21
**entered [2]** 12/7 51/18
**entering [1]** 27/17
**enters [1]** 15/22
**entertain [2]** 8/10 33/4
**entire [1]** 66/9
**entirely [3]** 16/18 42/22 88/15
**entities [2]** 74/8 74/14
**entitled [4]** 50/3 57/12 69/8 104/5
**entity [5]** 39/20 47/20 71/5 72/17 79/17
**environment [1]** 92/20
**equal [1]** 60/11
**equivalent [2]** 46/15 46/17
**Erica [1]** 90/16
**especially [2]** 59/3 92/19
**Esq [7]** 2/2 2/5 2/8 2/11 2/14 2/16 2/19
**essence [2]** 76/21 76/22
**essentially [1]** 73/2
**establish [1]** 38/24
**established [7]** 32/17 45/9 48/15 63/17 71/2 76/2 88/13
**esteemed [1]** 17/23
**estimate [1]** 33/15
**et [6]** 3/6 3/7 49/9 49/22 62/18 64/2
**eternity [1]** 92/23
**evaluating [1]** 59/21
**even [24]** 17/2 23/4 28/5 28/9 28/17 32/6 45/10 48/11 48/12 50/25 55/25 56/14 59/6 59/15 60/10 68/5 68/16

18/23 19/20 37/2 51/7 61/17 62/12 63/5 68/6 68/23

86/15 81/14 91/22 92/18 101/22 102/2 102/18
**evening [1]** 95/2
**event [2]** 58/9 98/25
**ever [1]** 61/3
**every [8]** 12/18 14/9 53/2 54/5 60/1 63/4 74/5 74/10
**everybody [4]** 10/25 24/1 38/11 51/2
**everyone [3]** 4/4 10/25 91/16
**everyone's [1]** 63/1
**everything [6]** 47/24 48/25 53/25 54/12 63/22 76/1
**evidence [18]** 11/25 13/18 20/13 22/21 23/16 24/10 26/9 45/6 48/23 63/18 63/20 64/15 64/20 65/20 75/22 75/24 87/7 87/8
**evidentiary [1]** 75/15
**ex [10]** 81/17 84/5 84/8 84/12 84/14 85/2 85/7 85/12 85/17 101/25
**exact [2]** 21/22 39/8
**exactly [6]** 6/15 8/15 37/10 38/4 38/12 40/20
**examiners [1]** 18/9
**example [6]** 14/16 44/23 45/5 46/16 49/19 54/1
**examples [11]** 18/18 25/11 43/8 43/10 44/16 44/21 46/17 46/21 47/6 47/7 48/6
**except [1]** 76/1
**exceptions [1]** 67/25
**excluded [2]** 50/16 74/25
**Excuse [1]** 57/23
**exec [1]** 49/25
**execs [1]** 50/5
**executive [21]** 17/4 21/12 21/21 24/22 24/24 25/1 25/8 44/24 47/21 49/19 57/16 65/18 67/5 67/6 67/7 69/8 69/9 69/11 70/15 71/21 77/11
**executive's [1]** 69/12
**executives [1]** 45/7
**exemption [1]** 100/23
**exercised [2]** 55/18 55/22
**exhaustion [1]** 98/11
**Exhibit [2]** 21/2 85/6
**Exhibit 1 [1]** 21/2
**Exhibit 4 [1]** 85/6
**exhibits [1]** 68/3
**exist [1]** 5/15
**exists [2]** 50/13 92/20
**expect [2]** 50/15 101/9
**expectations [1]** 11/11
**expected [1]** 6/22
**expedite [1]** 98/3

**E**

**expedited [2]** 12/1 98/5
**expedition [1]** 87/7
**experience [1]** 15/12
**explained [1]** 32/2
**explaining [1]** 22/25
**explanation [1]** 6/18
**explore [2]** 96/18 97/11
**exploring [1]** 61/21
**expose [1]** 5/12
**exposed [1]** 75/22
**expressed [3]** 10/8 38/25 73/23
**extensive [2]** 6/17 71/13
**extent [1]** 20/3
**extraordinary [2]** 22/18 42/25
**extreme [2]** 22/10 87/6

**F**

**face [4]** 55/5 63/1 66/12 100/20
**facilitate [1]** 99/2
**facing [1]** 46/10
**fact [7]** 5/16 20/20 27/1 58/7 60/13 75/2 77/10
**factor [4]** 52/4 52/20 54/18 54/20
**factors [4]** 24/9 59/9 60/18 97/9
**factual [2]** 52/11
**fair [1]** 20/7
**Fairfield [1]** 2/12
**faith [2]** 10/11 14/9
**fall [1]** 97/20
**falls [1]** 67/24
**familiar [2]** 6/6 93/23
**families [3]** 55/3 65/7 75/23
**far [4]** 52/11 72/21 102/13 103/3
**fashion [2]** 24/13 93/18
**fast [1]** 53/25
**favorite [4]** 35/9 35/11 35/24 35/25
**FBI [59]** 3/11 5/10 16/12 18/9 18/17 19/10 19/21 20/3 21/13 21/16 25/1 25/17 25/22 26/3 26/18 27/5 31/13 34/4 34/10 34/17 37/20 39/12 40/17 41/15 41/19 43/18 43/23 44/17 45/5 45/7 46/5 46/13 47/2 48/12 49/8 50/8 51/5 51/9 54/14 55/2 55/10 55/10 55/19 55/23 56/2 56/5 56/22 58/4 58/4 58/21 61/16 68/18 68/19 69/21 70/22 71/6 87/6 88/20 97/7
**FBIAA [1]** 12/5
**fear [4]** 23/3 23/4 48/2 57/3
**feasible [1]** 11/6

February [11]** 1/6 18/23 30/2 53/20 71/21 86/22 95/17 95/22 96/2 96/3 104/8
**February 20th for [1]** 95/17
**February 24th [3]** 95/22 96/2 96/3
**February 5th [2]** 30/2 86/22
**February 6th [2]** 53/20 71/21
**fed [1]** 17/10
**federal [7]** 1/3 1/12 3/5 50/19 65/19 66/9 93/8
**feel [2]** 27/24 87/10
**few [1]** 35/14
**field [1]** 16/24
**Fifth [1]** 100/8
**figure [3]** 4/25 28/14 28/16
**figures [1]** 64/17
**file [4]** 11/24 81/3 85/17 91/9
**filed [13]** 4/5 4/18 29/21 81/10 81/11 81/14 81/15 81/16 83/21 85/14 85/15 89/18 92/5
**filing [4]** 17/22 85/4 85/12 95/17
**filings [2]** 18/18 43/20
**fill [2]** 12/24 61/16
**filled [2]** 13/19 18/22
**finalized [1]** 13/20
**find [6]** 20/19 42/6 49/6 57/6 86/12 86/18
**finding [3]** 22/17 22/25 48/14
**findings [3]** 34/1 93/19 102/10
**fine [8]** 28/6 58/23 61/4 69/13 78/16 80/16 92/12 98/10
**finished [1]** 15/17
**firm [1]** 38/3
**first [17]** 9/21 14/16 17/3 20/19 22/6 22/7 22/10 47/11 48/14 51/22 61/12 68/1 76/4 96/19 100/4 100/12
**five [2]** 34/23 35/3
**five minutes [2]** 34/23 35/3
**fleshed [1]** 53/14
**flip [1]** 55/2
**fluid [1]** 53/25
**focus [2]** 49/14 99/24
**focuses [1]** 71/15
**FOIA [11]** 25/17 25/25 26/6 26/9 27/7 27/7 27/16 46/8 56/6 56/6 56/11
**fold [1]** 10/20
**follow [2]** 34/12 54/23
**following [2]** 36/7 96/6
**Food [1]** 73/25

**force [3]** 56/5 67/1 70/20
**forced [1]** 12/24
**foregoing [1]** 104/3
**forgive [1]** 40/16
**form [1]** 4/16
**forms [1]** 93/9
**forth [1]** 10/9
**forthcoming [2]** 52/24 91/10
**forward [10]** 4/7 7/2 9/3 29/10 29/13 33/11 33/13 45/3 64/25 67/3
**found [1]** 22/3
**four [3]** 52/5 60/8 83/9
**fourth [1]** 95/20
**frame [3]** 6/8 6/25 34/8
**frankly [2]** 63/6 66/3
**free [1]** 66/24
**frequently [1]** 26/2
**friends [1]** 36/19
**fulfilling [1]** 69/12
**full [4]** 29/4 42/3 86/2 98/25
**full-blown [1]** 29/4
**fuller [1]** 48/22
**fullest [1]** 32/10
**fulsome [4]** 43/2 76/11 76/20 77/5
**functions [1]** 69/10
**FUND [1]** 2/2
**fundamental [1]** 42/19
**further [11]** 6/13 6/15 17/14 41/18 42/17 59/6 85/3 85/8 94/2 95/12 100/3
**future [1]** 53/1

**G**

**gain [1]** 26/20
**gallery [1]** 99/1
**gap [1]** 103/15
**gather [2]** 20/4 67/10
**gathered [2]** 20/4 100/16
**gathering [1]** 19/11
**gave [5]** 9/10 12/2 52/10 92/13 101/25
**general [1]** 1/9 15/13 16/11 24/23 25/10 38/8 38/9 39/14 39/25 50/18 50/25 55/8 58/22 69/1 69/2 69/3 69/6 75/1 77/12
**General's [1]** 69/3
**generally [2]** 25/19 77/25
**genie [1]** 16/6
**gentlemen [1]** 95/18
**Georgiev [2]** 2/16 4/1
**Georgiev-Remmel [1]** 2/16
**get [50]** 6/20 9/24 13/11 13/11 14/10 20/2 25/16 32/14 33/3 33/25 36/13 36/24 38/21 41/6 41/14 42/7 42/11 42/14 43/8 44/11 46/8 48/20

**gets [1]** 55/4
**getting [8]** 13/8 15/23 27/24 43/1 43/13 59/5 75/23 90/12
**give [18]** 31/24 32/4 34/22 35/19 38/8 53/25 56/20 66/4 73/16 78/7 79/7 79/13 79/16 79/23 83/25 85/22 87/11 99/22
**given [14]** 9/11 25/11 43/8 47/7 50/21 60/11 60/16 75/2 86/15 87/6 88/19 89/5 93/20 96/24
**giving [3]** 28/22 64/2 94/17
**go [23]** 8/14 9/3 17/12 17/13 18/7 18/18 32/14 33/13 35/3 35/4 55/5 56/7 56/11 57/18 58/23 59/21 60/22 80/12 80/14 83/19 90/25 93/1 97/23
**goalposts [1]** 76/24
**going [59]** 4/7 8/13 9/6 11/12 12/3 13/21 15/23 17/17 20/11 20/16 20/17 22/1 22/2 22/5 24/4 28/19 29/3 29/10 29/13 35/3 35/4 39/5 41/6 41/14 44/11 47/1 52/17 53/2 54/9 56/14 56/21 57/20 59/14 59/16 60/22 63/2 63/3 63/7 63/7 64/25 65/14 67/3 67/12 70/19 70/20 71/3 73/24 79/21 79/24 80/23 87/4 88/22 89/21 89/24 93/17 95/12 97/1 102/18 102/21
**gone [5]** 16/25 41/9 42/12 42/21 56/18
**good [22]** 3/3 3/10 3/13 3/16 3/19 3/22 3/24 3/25 4/4 8/19 10/11 14/9 16/3 16/17 16/17 21/16 24/12 29/3 34/21 59/20 59/21 84/10
**good-faith [1]** 14/9
**Google [1]** 58/9
**got [7]** 10/6 22/5 24/7 45/12 58/14 74/22 87/15
**gotten [2]** 44/13 99/25
**government [177]**
**government's [15]** 5/16 6/3 6/18 8/1 9/8 11/23 13/13 25/15 25/21 33/10 35/23 56/23 85/21 88/23 89/1

**52/5 53/14 56/21 58/10 59/10 68/14 70/10 72/9 74/5 74/14 77/19 79/25 80/21 83/3 84/4 87/22 88/3 89/1 89/7 89/12 89/15 89/24 90/11 90/23 91/17 91/23 98/7 101/15**
**gets [1]** 55/4
**gratified [1]** 8/9
**grave [1]** 91/22
**great [1]** 85/10
**grounds [1]** 19/7
**GS [3]** 50/2 56/13 56/16
**GS-13 [1]** 56/13
**GS-13s [1]** 56/16
**GS-15s [1]** 50/2
**guess [12]** 7/3 32/21 37/12 39/10 46/8 46/16 52/25 60/6 68/12 97/15 102/8 102/25
**guys [1]** 74/14

**government-wide [1]** 76/16
**governmental [2]** 9/16 9/17
**grant [12]** 4/25 22/17 53/11 54/21 83/13 85/1 85/16 96/11 97/2 97/12 98/1 98/4
**granted [9]** 81/11 81/20 82/8 82/22 82/22 83/2 84/17 89/19 92/10
**granting [3]** 30/19 81/22 92/9
**grants [1]** 93/23

**H**

**habit [1]** 20/15
**had [33]** 5/5 5/18 7/15 10/7 12/21 12/23 12/25 14/19 14/23 14/23 15/17 17/4 17/6 18/17 30/7 34/8 39/23 45/25 51/10 53/25 72/21 74/19 74/21 87/15 92/6 94/19 99/5 99/5 99/9 99/11 101/11 101/12 101/13
**hadn't [3]** 5/5 16/14 87/15
**hallway [1]** 35/14
**hammer [1]** 10/7
**hamstring [1]** 72/10
**hamstrung [1]** 72/11
**hand [5]** 30/12 30/16 31/16 57/12 73/15
**handful [1]** 74/13
**handled [1]** 92/4
**hands [1]** 64/23
**happen [13]** 6/22 22/5 22/10 44/8 48/19 48/20 49/3 53/2 54/14 55/12 60/21 81/8 93/2
**happened [12]** 9/17 22/6 44/7 53/24 54/13 54/13 63/13 62/13 64/14 64/14 64/15 65/8 64/14 64/14 64/15 65/8 64/21 79/14 82/16
**happening [15]** 8/3 9/18 14/4 17/15 23/3 30/24 44/15 44/20 54/13 57/3 58/14 63/2 64/21 79/14 82/16
**happens [7]** 9/21 15/20 15/21 20/18 21/25 22/22 74/6

**H**

**happy [5]** 7/2 8/5 39/9 56/6 56/17
**harassment [1]** 59/11
**hard [4]** 16/19 17/20 35/16 61/14
**harm [29]** 12/14 13/10 16/6 18/6 23/1 34/6 38/24 42/8 42/20 43/5 43/25 49/7 52/7 52/9 52/13 52/18 53/13 54/21 54/22 54/25 55/2 59/2 59/7 59/11 61/22 63/19 65/6 88/14 96/16
**harms [1]** 34/12
**harping [1]** 65/15
**has [93]** 7/10 7/20 10/8 10/9 10/13 13/23 16/25 17/10 18/2 18/2 19/15 19/19 21/17 21/24 25/13 26/7 27/12 30/12 34/16 34/17 34/18 35/15 37/5 37/13 37/15 37/16 38/4 38/12 39/11 39/14 40/4 40/12 40/18 40/20 41/17 41/22 41/24 42/1 42/12 42/21 44/1 44/7 46/15 47/8 48/24 49/21 50/25 51/23 51/24 51/25 53/24 53/25 54/13 54/16 60/5 62/1 62/10 62/17 63/8 63/15 63/20 63/24 64/20 65/3 67/1 67/5 67/6 68/15 69/1 70/1 70/25 71/10 71/22 73/6 73/7 73/23 73/24 74/19 75/2 75/24 76/6 76/12 77/6 78/5 78/5 78/12 78/18 78/20 78/25 86/9 93/14 102/4 102/9
**hasn't [5]** 20/7 27/10 58/7 64/14 90/14
**have [218]**
**haven't [9]** 20/6 44/13 46/1 48/11 48/15 58/6 84/15 84/16 96/13
**having [6]** 29/6 51/6 63/17 64/9 86/19 92/19
**he [14]** 4/2 16/14 16/14 21/22 37/2 51/2 51/5 63/1 63/3 63/10 82/8 82/25 83/1 83/23
**he's [2]** 37/1 84/4
**heading [1]** 98/16
**heads [7]** 4/19 69/9 72/19 79/7 79/13 79/24 99/22
**hear [28]** 4/7 6/5 6/11 8/10 11/3 22/23 23/5 31/15 31/22 35/7 37/16 38/14 48/17 49/16 62/21 77/14 85/9 85/19 89/8 94/21 100/3
**heard [11]** 36/20 45/23 49/11 49/14 52/8 56/25

63/8
**hearing [43]** 1/22 4/5 4/9 4/13 4/19 7/3 9/4 9/11 13/14 29/4 30/3 30/14 30/22 30/25 31/5 31/7 31/7 32/19 32/20 33/11 33/20 38/24 39/6 41/2 41/13 44/4 65/9 67/9 86/10 86/25 87/1 87/16 87/19 87/23 87/25 89/14 90/1 90/24 91/8 91/10 91/17 93/14 95/5
**heat [1]** 40/16
**heated [1]** 29/6
**held [4]** 19/19 36/8 73/20 78/10
**Hello [1]** 76/3
**help [2]** 57/21 74/9
**helpful [5]** 4/19 16/8 38/12 95/1 101/18
**her [3]** 31/24 60/14 92/4
**here [35]** 4/4 15/25 16/1 18/6 20/23 21/25 23/21 24/24 26/13 29/21 38/2 41/21 42/18 51/18 57/4 59/4 61/10 66/5 66/11 69/23 70/10 70/25 76/23 77/9 80/2 89/2 89/4 92/18 96/14 99/1 99/2 100/5 101/5 101/5 101/9
**here's [3]** 7/3 62/25 99/21
**hesitant [1]** 72/3
**high [9]** 45/7 45/8 46/5 46/5 46/9 48/10 48/13 56/24 57/2
**high-level [6]** 45/7 45/8 46/5 46/9 48/10 56/24
**high-ranking [2]** 46/5 57/2
**higher [3]** 18/6 56/11 57/8
**higher-ranking [1]** 57/8
**highly [2]** 40/9 86/18
**him [1]** 63/8
**hired [1]** 54/5
**his [5]** 13/2 18/17 21/22 38/2 51/2
**hold [8]** 8/14 14/13 32/12 48/1 76/10 77/4 78/8 86/9
**holding [1]** 78/16
**home [1]** 49/8
**honestly [1]** 92/24
**Honor [105]**
**HONORABLE [1]** 1/22
**hope [2]** 52/7 90/5
**hopeful [2]** 95/9 103/15
**Hopefully [2]** 84/12 94/3
**horrendous [1]** 75/21
**hour [6]** 27/23 28/5 28/17 35/19 87/5 89/7

89/1
**hours [3]** 72/22 98/15 99/1
**house [20]** 54/5 55/4 62/18 63/9 64/22 65/22 66/13 66/14 66/17 66/17 66/19 67/15 70/15 70/17 72/1 74/1 75/12 76/5 76/6 78/23
**housekeeping [3]** 4/21 10/16 81/9
**how [15]** 28/18 32/21 45/17 46/2 53/24 54/6 55/23 57/1 71/18 80/13 92/5 99/15 100/8 101/17 102/6
**How's [1]** 102/24
**however [3]** 11/14 60/12 60/15
**huddled [1]** 29/18
**huge [1]** 15/25
**husher [3]** 80/11 80/15 80/16
**hypothetical [1]** 38/6
**hypothetically [1]** 48/19

**I**

**I'd [4]** 62/24 68/1 98/24 101/24
**I'll [26]** 4/7 18/15 23/5 29/23 31/3 31/22 32/15 36/16 51/21 52/5 53/25 58/16 62/23 68/11 73/4 73/15 73/16 85/9 85/19 90/24 91/10 91/16 92/24 99/21 101/7 102/24
**I'm [90]** 4/25 7/2 8/5 8/13 13/16 16/17 22/12 22/23 22/24 22/25 22/25 23/2 23/5 23/12 25/3 27/6 27/7 28/3 28/21 28/25 33/17 34/19 34/20 35/3 35/4 35/25 39/4 41/6 41/11 41/13 43/6 44/10 46/23 49/2 50/6 51/21 53/9 55/13 56/6 56/17 59/16 60/22 61/7 63/2 65/14 70/7 70/20 71/2 71/3 72/2 73/3 77/17 78/14 79/6 79/11 79/12 79/15 79/20 79/24 82/4 82/5 85/5 87/20 91/20 91/20 91/21 92/4 92/10 92/17 93/23 95/7 95/8 95/11 95/21 95/25 96/14 97/1 97/1 97/23 98/20 98/21 99/15 99/23 100/22 102/5 102/8 102/16 102/25 103/1 103/1
**I've [15]** 4/6 32/8 36/20 38/18 48/24 56/18 57/15 57/15 57/25 58/5 72/21 76/9 81/8 84/25 99/25
**ID [5]** 13/23 13/24 19/20 51/7 61/18

**idea [1]** 25/19
**identification [5]** 34/17 41/16 67/16 68/7 84/19
**identified [8]** 6/21 11/15 23/14 23/15 25/4 34/1 46/13 56/22
**identifies [1]** 21/3 21/4 81/1
**identify [3]** 20/23 40/20 68/5
**identifying [1]** 19/2 19/16 40/9 61/17 68/6 68/23
**identities [3]** 49/8 56/7 83/18
**identity [1]** 10/17
**IDs [1]** 13/2
**ignoring [1]** 77/10
**illustrates [1]** 38/6
**imagine [2]** 54/10 58/20
**immediate [6]** 7/6 8/3 53/1 53/17 71/15 97/7
**immediately [5]** 5/14 15/10 31/6 87/1 97/3
**imminence [8]** 13/7 15/16 32/16 33/24 52/22 52/22 53/10 76/18
**imminency [7]** 17/11 17/23 52/2 52/4 52/4 52/18 102/18
**imminent [16]** 6/22 8/3 11/15 11/22 12/15 12/16 14/3 20/13 23/9 30/23 38/24 42/20 43/5 71/14 71/17 71/19
**impact [2]** 27/18 49/20
**impacts [1]** 52/1
**impair [1]** 27/18
**implicating [1]** 77/15
**implicit [1]** 82/1
**importance [1]** 13/9
**important [9]** 10/16 10/22 20/14 21/7 21/15 23/23 23/24 46/4 101/17
**impose [2]** 28/18 89/3
**impression [1]** 31/1
**include [2]** 78/22 90/22
**included [1]** 68/23
**includes [2]** 41/12 68/22
**including [4]** 49/9 77/10 79/18 100/19
**inclusive [1]** 39/14
**incorporate [2]** 30/15 38/11
**incredibly [2]** 74/14 76/15
**indicate [7]** 24/19 25/6 41/7 41/9 41/22 76/19 84/7
**indicated [2]** 16/13 44/4
**indicates [1]** 83/10
**indication [2]** 50/21 100/20

**indicative [1]** 25/7
**indirectly [4]** 36/10 36/18 47/14 70/2
**indiv [1]** 58/2
**individual [3]** 18/16 54/5 81/12
**individuals [26]** 14/6 14/23 23/17 40/8 40/22 43/11 44/25 45/3 45/25 46/12 47/23 50/22 54/7 54/23 55/13 55/14 56/8 57/2 58/17 64/16 64/19 65/3 74/24 75/6 75/22 83/19
**indulgence [1]** 98/9
**inform [1]** 90/8
**information [126]**
**ingredients [2]** 5/15 23/19
**initially [2]** 5/24 69/16
**initiated [1]** 55/15
**injunction [16]** 4/23 6/9 11/20 11/24 12/7 24/10 32/11 36/13 40/7 47/18 66/9 69/11 70/3 75/14 76/16 78/11
**injunctions [1]** 93/10
**injunctive [4]** 59/22 87/21 93/10 94/2
**injured [1]** 55/4
**injury [2]** 65/5 102/20
**inside [4]** 16/20 17/9 57/17 58/18
**instead [1]** 51/7
**instructions [1]** 58/22
**insubordination [4]** 51/6 51/8 51/12 55/10
**insult [1]** 5/13
**intelligence [4]** 17/4 54/7 57/17 57/17
**intend [4]** 4/22 30/19 72/8 87/13
**intended [2]** 21/22 79/7
**intending [2]** 87/17 88/6
**intends [5]** 5/9 31/4 62/16 78/21 78/25 86/23 86/23
**intent [20]** 7/6 11/24 21/20 21/20 36/10 36/17 47/14 55/17 55/21 70/5 70/22 71/1 71/4 71/5 73/22 78/6 78/6 78/12 78/20 87/24
**intention [8]** 20/23 21/8 25/7 59/6 70/1 79/3 93/15 94/16
**interest [2]** 30/10 61/13 100/22
**interested [2]** 99/23 100/22
**interesting [1]** 57/21
**Interestingly [1]** 71/24
**interests [1]** 100/6
**interim [1]** 33/12
**internal [13]** 5/12 8/22 9/20 10/9 23/22 24/6 24/20 39/25 40/13 50/12 57/20 69/18

Case 1:25-cv-00325-JMC    Document 13    Filed 02/07/25    Page 112 of 120

**I**

internal... [1] 80/21
internally [1] 18/25
intervene [1] 97/3
intervention [1] 13/1
investigate [1] 69/19
investigated [1] 100/25
investigation [6] 1/4
1/12 3/6 41/4 50/19
72/11
investigations [4]
21/24 25/18 27/5 43/22
investigative [2] 13/25
25/24
involve [1] 95/3
involved [3] 4/12 21/23
27/2
involves [1] 48/6
involving [1] 48/10
ironic [1] 56/4
irreparable [17] 12/13
13/10 13/10 15/21 16/5
18/6 52/7 52/9 52/13
52/18 63/19 65/5 65/6
71/15 88/14 96/16
102/19
irreparably [1] 55/2
is [365]
isn't [1] 22/1
issue [31] 11/22 19/24
19/24 34/20 36/11 41/6
43/7 47/12 47/16 49/19
62/3 62/25 68/12 69/11
70/25 73/1 74/9 74/15
75/1 76/17 77/2 79/23
80/22 81/9 83/9 89/25
90/24 92/8 93/12 93/18
100/14
issued [7] 16/11 17/4
17/7 52/6 67/6 71/21
92/7
issues [8] 5/24 20/1
27/22 43/3 75/15 77/6
77/9 97/5
issuing [1] 95/3
it [276]
it's [93] 6/17 7/21 7/25
10/13 12/10 12/11 14/3
16/19 16/19 18/8 20/7
20/14 20/15 21/7 21/15
23/11 24/1 24/4 24/6
27/4 28/18 32/15 35/8
37/7 39/17 40/24 41/1
41/2 41/9 41/25 42/3
42/7 42/13 44/12 47/6
49/6 51/2 51/3 51/14
53/6 53/6 54/6 56/4
58/8 58/14 59/15 60/1
60/9 60/10 61/4 61/14
64/25 65/19 66/3 66/15
66/18 67/17 67/18
68/12 71/17 72/6 72/16
72/17 73/3 73/14 78/10
81/5 82/1 82/9 82/10
82/12 82/21 82/23 83/5
83/9 84/3 84/8 84/22
86/1 86/16 88/23 90/12

91/9 94/12 94/12 94/18
94/23 98/8 98/10 99/20
101/16 102/10 103/13
its [10] 8/1 16/9 25/1
30/15 37/1 40/19 66/12
69/9 78/12 86/12
itself [3] 23/20 66/18
100/18

**J**

J6 [1] 61/19
jam [1] 36/19
James [1] 1/8
JANE [5] 1/3 1/14 3/4
8/25 81/1
January [19] 12/19
12/22 14/7 15/1 15/11
16/10 18/11 18/16 34/4
43/19 43/24 52/17
53/23 53/24 55/15
55/24 70/23 71/8 92/6
January 20th [2] 53/23
53/24
January 28th [1] 92/6
January 31st [2] 16/10
55/15
January 6th [14] 12/19
12/22 14/7 15/1 15/11
18/11 18/16 34/4 43/19
43/24 52/17 55/24
70/23 71/8
Jeremy [2] 2/14 3/22
JIA [1] 1/22
JMC [2] 1/4 1/13
JOHN [10] 1/3 1/13
2/19 3/4 4/2 8/25 10/17
34/21 81/1 84/10
Johns [4] 2/21 104/3
104/8 104/9
joint [1] 8/24
JUDGE [12] 1/23 10/18
24/3 37/10 49/16 59/23
81/10 81/19 82/22
83/12 84/2 92/3
judges [1] 35/7
judicial [1] 9/22
just [104] 4/5 4/14 4/21
5/2 5/17 6/9 7/25 8/15
9/6 9/15 11/6 11/14
14/11 15/21 16/7 17/23
17/24 18/8 18/20 24/2
24/4 24/6 24/18 26/22
27/8 27/14 28/9 30/10
30/18 30/21 31/3 33/5
33/14 33/24 34/19
34/22 35/18 35/23 38/1
38/16 39/4 46/6 47/11
48/18 49/24 51/7 53/3
53/7 56/9 58/25 59/9
63/15 64/13 70/18
70/24 75/12 75/23
76/16 76/21 77/9 77/20
78/13 78/14 79/6 79/12
79/20 80/13 82/1 82/24
83/10 84/9 84/17 84/22
87/16 87/22 87/24 88/9
88/25 89/9 90/1 90/9
90/12 91/5 92/4 92/5

93/1 93/21 93/24 94/10
94/23 95/7 95/11 96/11
96/21 97/4 98/11 98/12
98/21 98/24 99/10
99/21 100/4 100/6
103/6
JUSTICE [23] 1/8 1/17
2/8 3/5 3/7 13/23 15/4
15/7 15/9 19/2 21/11
36/21 36/25 38/13
38/23 51/24 54/15 56/2
61/13 67/10 68/4 70/13
74/18

**K**

keep [7] 30/11 59/18
60/3 65/15 83/16 83/18
89/2
keeping [1] 31/2
keeps [1] 68/19
Keith [6] 2/8 3/16 5/23
10/8 10/13 19/6
key [1] 54/20
kick [1] 9/6
kill [1] 18/17
kind [8] 10/21 33/24
42/12 43/21 47/4 47/7
82/23 89/6
know [111]
knowing [1] 93/2
knowledge [1] 88/16
known [3] 26/4 98/18
98/19
knows [1] 90/10
Kollar [2] 24/3 37/11
Kollar-Kotelly [2] 24/3
37/11
KOSKOFF [2] 2/11
2/11
Kotelly [2] 24/3 37/11

**L**

land [1] 52/25
language [23] 8/24
29/19 30/16 36/7 39/8
39/15 40/5 40/8 40/21
43/22 47/15 62/10 64/1
66/22 69/15 73/5 73/10
78/15 87/20 89/12 90/9
92/11 92/13
large [2] 19/14 20/5
last [10] 10/23 13/5
16/18 17/24 39/1 54/2
54/6 56/4 75/24 98/9
late [1] 98/8
law [7] 2/5 43/11 52/9
52/12 54/23 59/20
93/23
lawful [2] 67/9 72/11
lawsuit [1] 56/6
lawyers [2] 62/10 63/3
leadership [7] 21/14
21/16 24/25 37/20
55/10 55/18 55/22
leading [1] 13/13
leak [1] 20/16
leaked [5] 16/16 16/20
43/9 45/16 62/12

leaking [2] 64/6 64/16
learn [1] 88/23
least [22] 16/23 17/11
25/15 25/22 26/16
27/21 33/20 35/25 43/7
43/10 52/8 59/4 60/15
69/15 77/4 78/23 79/13
83/17 86/16 97/13
97/15 101/12
leave [3] 31/1 85/17
101/7
leaving [1] 88/5
led [1] 51/12
left [3] 10/18 33/23
74/20
legal [3] 7/24 20/1
60/15
legitimate [1] 41/5
leisure [1] 5/22
Lempert [1] 3/17
Lexus [1] 72/21
let [30] 4/21 6/11 8/5
22/13 24/18 28/6 29/9
29/23 30/24 32/23
36/16 37/5 37/16 38/14
57/8 62/8 62/23 63/23
65/14 73/5 77/6 78/13
80/4 84/17 87/4 87/16
91/16 91/17 99/22
101/11
Let's [1] 90/16
letter [3] 17/5 17/6 45/1
letting [2] 22/10 87/18
level [7] 16/9 17/16
21/3 23/16 45/7 45/8
46/5 46/9 46/9 46/11
46/15 46/17 48/7 48/10
48/13 56/24 58/11
leverage [1] 98/22
levied [1] 43/21
Lexus [1] 59/25
life [3] 64/18 64/19
65/4
light [3] 11/23 47/6
86/18
lightly [1] 57/19
like [38] 6/12 14/10
14/24 15/5 16/1 18/19
19/12 22/1 22/24 23/7
24/2 24/13 27/24 30/16
31/16 32/18 32/22
33/20 38/3 38/4 39/5
50/11 53/23 57/13 58/8
62/24 64/6 64/18 64/19
65/21 68/1 73/4 75/5
80/22 82/9 82/12 89/6
97/1
likelihood [6] 22/17
22/20 23/1 34/2 42/10
44/14
likely [5] 48/20 49/4
100/2 101/24 102/10
limitations [1] 89/3
limited [3] 17/14 74/23
75/5
limiting [1] 79/8
line [4] 4/13 13/9 35/15
46/13

lines [7] 7/10 36/8 73/6
75/9 76/1 78/17 100/10
list [35] 5/9 5/11 12/21
13/3 13/23 16/11 18/5
18/14 34/16 36/11
36/11 36/18 37/1 38/8
43/23 47/15 47/16
47/20 56/15 62/3 63/20
68/4 69/25 70/12 70/14
70/25 74/1 74/19 74/19
86/12 86/15 86/19 87/5
93/16 100/10
listed [1] 18/4
listening [2] 4/14 4/15
litany [2] 83/20 83/22
literally [2] 57/5 82/19
litigate [1] 40/22
litigated [1] 92/19
litigation [2] 26/1 26/2
little [11] 9/10 16/4
19/7 24/7 27/22 38/3
53/14 55/13 59/10 81/9
81/13
local [1] 84/20
logically [1] 97/19
long [7] 26/16 28/15
37/9 56/7 56/12 90/13
103/13
long-standing [1]
26/16
longer [1] 12/2
longest [1] 52/16
look [8] 19/9 39/5
53/23 53/24 58/14
68/11 73/4 84/17
looked [1] 57/25
looking [2] 17/23 92/4
looks [2] 65/21 82/12
loosely [1] 57/19
lose [3] 56/10 93/1
97/19
loses [1] 12/12
lost [1] 97/18
lot [9] 7/16 11/1 18/10
43/15 56/15 77/8 77/9
89/21 94/14
love [1] 35/7
lower [1] 46/11
lower-level [1] 46/11
lunch [2] 28/10 36/23

**M**

made [26] 4/6 4/10
11/16 17/6 18/12 20/22
23/21 25/6 34/10 34/13
34/16 38/21 46/1 48/12
51/1 53/11 56/1 56/9
61/2 66/7 69/4 74/23
86/19 86/20 93/15
96/13
mainly [1] 100/11
maintaining [1] 94/1
make [42] 5/9 7/8 18/9
18/20 22/17 28/22
28/24 29/9 32/10 32/23
34/1 34/16 36/17 36/21
38/18 39/2 39/23 41/11
42/2 47/4 47/5 47/12

**M**

**make... [20]** 48/14 59/10 61/10 70/7 72/3 72/14 75/4 75/17 76/15 79/18 82/24 83/5 84/18 85/3 89/10 91/6 92/11 95/14 95/15 97/22
**maker [2]** 99/1 99/18
**makers [3]** 32/4 35/15 38/22
**makes [8]** 4/8 8/19 22/13 28/23 37/1 45/2 94/14 96/24
**making [4]** 22/25 35/13 72/4 75/11
**malicious [1]** 16/21
**management [2]** 5/10 20/22
**many [9]** 36/20 54/2 55/23 56/19 57/17 74/7 80/13 92/19 94/16
**March [8]** 95/19 95/22 95/23 96/2 96/2 96/4 96/4 97/14
**March 14th [4]** 95/19 95/22 96/2 96/4
**March 21st [3]** 95/23 96/2 97/14
**Margaret [3]** 2/11 3/10 12/5
**Mark [4]** 2/5 2/5 3/13 16/3
**Massachusetts [1]** 2/9
**massive [1]** 76/15
**matter [12]** 4/22 8/15 13/10 25/23 32/10 40/14 51/14 60/9 71/21 86/15 94/4 104/5
**matters [2]** 10/16 88/5
**may [26]** 4/14 4/15 5/15 8/7 14/10 20/5 22/15 27/2 30/12 30/17 31/24 35/6 36/5 46/12 50/24 64/10 64/10 73/15 74/17 80/6 80/19 82/10 87/5 89/17 91/11 99/2
**maybe [5]** 26/19 44/19 63/14 92/2 101/13
**McHenry [1]** 1/8
**me [61]** 4/21 6/11 19/8 20/3 22/14 22/16 24/18 25/11 28/6 28/20 29/2 29/9 30/24 31/2 32/17 32/23 34/20 37/5 37/16 38/8 38/14 39/8 39/11 39/23 43/7 48/21 48/22 55/25 57/8 57/23 59/21 61/22 62/8 63/23 65/20 70/11 70/16 70/17 72/18 78/13 80/4 83/24 83/25 84/7 84/17 86/20 87/16 87/18 90/7 91/9 91/17 95/3 95/18 96/1 96/23 99/22 101/11 102/8 102/16 103/2 103/3
**mean [35]** 4/8 9/10

13/24 19/24 26/23 27/1 28/4 37/25 39/2 39/22 40/6 41/1 43/22 43/23 48/18 55/5 55/20 55/20 55/21 57/15 57/15 60/1 60/3 62/4 62/9 62/19 70/20 72/9 77/18 86/17 95/4 97/9 97/18 97/19 102/2
**meaning [2]** 10/8 87/14
**means [6]** 8/22 8/22 59/6 62/5 62/6 64/1
**meant [1]** 66/8
**meantime [1]** 80/21
**measure [3]** 19/14 20/5 31/12
**mechanical [1]** 2/22
**media [5]** 14/7 15/1 15/12 15/14 64/21
**medias [1]** 17/1
**meet [3]** 48/3 60/8 60/10
**meets [1]** 8/24
**memo [12]** 16/15 16/21 16/22 45/15 49/18 49/23 50/18 51/9 55/15 56/22 57/12 75/7
**memorandum [3]** 21/9 45/14 45/18
**memorializing [1]** 8/1
**men [2]** 31/12 40/16
**mention [1]** 34/11
**mentioned [6]** 22/3 56/21 60/13 68/10 101/11 101/12
**mere [1]** 58/11
**merit [3]** 50/11 59/13 84/14
**merits [25]** 27/24 29/4 32/14 32/15 33/13 41/2 41/3 41/5 42/7 42/8 43/1 59/16 60/8 60/16 77/8 77/19 78/1 87/22 92/25 93/24 94/6 94/12 94/23 95/12 101/5
**message [1]** 50/22
**met [3]** 29/21 76/18 97/10
**midst [1]** 85/23
**might [24]** 8/4 9/23 12/1 15/8 17/2 20/1 34/12 44/5 46/11 48/5 50/1 52/22 54/14 55/1 57/19 58/9 60/21 62/9 79/15 81/7 82/8 86/12 92/23 93/2
**mind [1]** 46/7
**mindset [1]** 11/8
**minimum [2]** 43/14 68/23
**minute [6]** 8/5 30/1 85/25 86/22 87/13 100/5
**minutes [9]** 11/6 11/10 11/12 29/22 34/23 35/3 35/14 57/6 86/2
**misconduct [4]** 26/9 46/19 69/19 100/21

**mockery [1]** 7/4
**moment [3]** 29/24 71/2 80/6
**Monday [4]** 12/24 15/16 19/1 95/25
**monkey [1]** 91/21
**month [3]** 52/19 102/19 102/24
**moot [3]** 11/20 19/23 20/9
**mooted [1]** 20/10
**more [29]** 6/17 7/16 16/4 17/12 18/7 18/18 22/13 27/22 28/17 30/23 35/14 38/3 43/2 43/6 52/5 53/14 57/4 58/24 58/25 60/24 63/14 71/13 76/11 76/20 77/5 81/9 83/25 92/11 101/1
**morning [13]** 3/3 3/13 3/16 3/19 3/22 3/24 3/25 4/4 16/3 87/12 90/1 92/22 93/22
**Moss [3]** 3/14 3/20
**most [2]** 32/9 35/6
**mostly [1]** 54/8
**motion [26]** 11/24 32/11 47/17 53/2 70/3 70/6 78/11 81/10 81/14 81/16 81/19 81/20 81/22 82/2 82/5 82/6 82/7 82/11 82/17 82/22 82/25 83/1 83/21 84/14 95/18 96/4
**MOTIONS [1]** 1/22
**move [7]** 4/23 7/2 31/14 33/11 60/12 102/22 103/15
**moving [2]** 53/25 71/23
**Mr [1]** 74/3
**Mr. [22]** 3/20 3/20 9/14 14/19 15/12 21/9 21/22 23/8 23/12 37/1 61/14 61/25 64/23 65/14 71/24 71/25 74/4 74/9 74/16 98/6 101/7 101/11
**Mr. Bove [1]** 21/9
**Mr. Eisen [3]** 9/14 23/8 23/12
**Mr. Moss [1]** 3/20
**Mr. Musk [4]** 14/19 15/12 37/1 64/23
**Mr. Simon [5]** 65/14 74/9 74/16 98/6 101/7
**Mr. Simon's [1]** 74/4
**Mr. Trump [1]** 21/22
**Mr. Zaid [6]** 3/20 61/14 61/25 71/24 71/25 101/11
**Ms. [9]** 10/8 10/13 19/6 28/10 63/18 64/20 75/11 75/24 83/4
**Ms. Bondi [1]** 75/11
**Ms. Donovan [3]** 63/18 64/20 75/24
**Ms. Duncan [2]** 28/10

**63/4**
**Ms. Keith [3]** 10/8 10/13 19/6
**MSPB [2]** 50/17 57/20
**much [6]** 6/17 16/18 20/8 31/13 59/10 102/15
**Musk [6]** 14/5 14/19 15/5 15/12 37/1 64/23
**must [5]** 53/23 60/15 96/1
**my [55]** 5/5 7/8 8/12 17/23 18/21 19/5 20/21 22/3 23/7 26/15 30/21 30/24 32/8 32/15 32/25 35/9 35/25 36/19 37/12 37/18 38/20 40/16 41/15 41/17 43/7 45/13 52/24 54/2 55/15 60/6 62/1 63/7 68/9 68/17 68/19 69/22 69/24 70/21 72/18 77/20 78/5 79/18 80/2 82/6 87/15 87/24 88/2 91/15 94/22 95/12 98/12 98/13 100/6 101/2 102/10
**myself [1]** 92/25

**N**

**name [6]** 16/13 17/7 19/17 26/7 26/7 58/9
**named [1]** 49/24
**Namely [1]** 100/8
**names [79]** 7/7 7/21 12/18 12/22 13/2 13/4 13/8 13/11 13/16 13/17 13/18 14/6 14/8 14/10 14/12 14/20 14/21 15/10 15/13 15/19 16/11 17/1 17/19 18/3 18/11 19/3 19/17 19/20 22/3 23/15 25/12 25/17 25/22 26/2 26/18 26/19 27/4 34/2 34/4 34/12 34/18 38/9 41/16 43/10 43/12 43/18 44/17 44/24 45/1 45/3 46/20 47/2 51/6 54/5 54/23 56/14 57/22 58/2 58/3 58/6 58/8 61/17 64/16 64/17 65/6 67/15 68/5 68/17 68/18 68/22 69/21 70/22 71/6 72/15 75/6 75/13 81/12 87/7 100/10
**naming [1]** 17/4
**narrow [2]** 40/20 40/23
**national [3]** 22/9 59/24 94/9
**nature [3]** 6/2 6/7 30/2
**nearby [1]** 99/2
**necessarily [4]** 17/17 27/8 44/13 49/25
**necessary [6]** 8/4 53/18 79/14 90/14 90/15 93/20
**need [33]** 6/14 6/18 10/24 11/20 12/8 13/12

**26/17 33/3 35/2 40/1 42/8 42/11 53/2 59/9 61/9 70/10 73/22 78/2 80/2 87/19 87/22 88/4 89/25 91/10 93/19 95/14 96/9 96/18 97/3 97/10 98/21 101/4 103/8**
**needed [4]** 15/18 17/12 87/17 87/24
**needs [8]** 38/11 42/17 48/1 71/16 82/6 90/10 91/19 93/11
**nefarious [1]** 63/6
**negotiate [4]** 5/17 30/6 31/10 32/6
**negotiated [2]** 10/22 97/24
**negotiating [1]** 86/17
**negotiation [1]** 94/25
**never [2]** 58/5 58/6 92/18
**nevertheless [1]** 88/19
**news [2]** 17/1 22/4
**next [4]** 5/1 11/15 52/1 53/7
**night [6]** 10/23 17/3 75/24
**no [61]** 1/3 1/12 7/20 8/16 10/9 10/14 15/23 29/10 29/11 36/10 36/17 37/14 39/13 41/5 43/6 47/14 50/20 50/21 55/7 57/10 57/10 57/15 59/5 59/7 65/10 65/19 66/6 66/9 67/1 69/13 69/13 69/13 70/1 71/11 71/14 74/19 75/18 78/5 78/20 81/6 81/22 82/2 83/24 84/13 84/25 88/16 89/24 91/10 91/11 93/15 94/24 95/11 95/24 95/24 96/22 97/6 98/18 98/19 98/21 102/18 103/12
**No. [1]** 85/12
**No. 325 [1]** 85/12
**nobody [2]** 54/9 75/13
**non [2]** 31/9 56/20
**non-speculative [1]** 56/20
**non-TRO [1]** 31/9
**none [1]** 50/6
**nongovernmental [1]** 15/8
**Nonprofits [2]** 59/24 94/9
**noon [9]** 19/2 28/18 28/22 29/1 29/2 29/7 29/8 29/14 92/6
**normal [1]** 50/15
**Norman [3]** 2/2 3/19 5/2
**not [232]**
**note [5]** 5/7 30/1 98/24
**noted [1]** 8/19
**notes [1]** 21/15
**nothing [11]** 5/8 8/3

**N**

nothing... [9] 8/3 28/4 41/8 41/22 42/23 54/24 54/25 84/19 100/20
notice [11] 27/23 36/14 51/2 64/2 66/4 72/7 72/25 73/10 78/7 78/12 78/24
notification [1] 31/9 58/16
November [1] 18/16
now [45] 12/17 13/4 13/22 16/22 21/19 21/19 25/3 28/7 28/24 33/13 35/20 37/6 40/18 43/7 44/16 50/23 51/8 52/20 53/20 53/24 54/17 58/8 58/19 59/13 59/17 60/6 62/1 64/13 66/6 66/11 70/15 76/14 80/2 83/17 86/16 87/20 91/4 91/22 92/20 92/22 94/19 99/13 102/19 102/19 102/22
number [14] 4/17 19/9 19/11 19/23 21/4 74/23 81/24 82/9 82/11 83/7 83/11 85/2 89/1 97/7
number 4 [2] 83/7 85/2
number 7 [1] 82/9
numbers [11] 13/23 13/24 19/3 19/20 34/18 41/16 51/7 61/18 67/16 68/7 68/24
NW [4] 2/6 2/9 2/15 2/18

**O**

objection [4] 8/17 10/14 29/10 29/11
obligated [1] 14/13
obligation [2] 27/19 31/9
obligations [2] 27/15 69/12
obtain [1] 72/20
obtained [3] 38/18 45/17 63/5
obviously [18] 6/19 17/16 28/12 33/25 36/23 36/24 40/9 40/24 59/1 59/14 67/24 78/3 86/10 92/15 96/9 97/18 101/24 102/5
occur [1] 54/22
occurred [7] 41/23 41/24 41/25 42/22 42/3 46/2 46/15
occurs [1] 32/13
ODNI [1] 44/24
off [5] 33/23 56/13 80/18 99/19 100/20
offer [1] 11/1
offered [1] 30/15
offhand [1] 57/7
office [9] 2/17 3/23 4/3

6/19 11/9 56/17 62/16 83/13 84/3
officers [5] 17/4 54/3 67/16 69/18 69/19
offices [2] 2/5 16/24
official [10] 2/21 47/22 62/2 63/1 69/3 77/11 88/17 98/14 98/18 104/9
officially [6] 16/15 16/20 51/4 51/13 73/6 78/18
officially-released [1] 16/15
officials [15] 16/12 25/12 25/17 44/18 44/24 45/9 46/5 46/9 48/8 48/10 49/24 51/11 56/24 57/9 58/4
often [2] 25/16 26/4
oh [2] 65/11 82/13
okay [59] 3/12 3/15 3/18 3/21 3/24 4/17 6/5 7/2 10/1 11/3 11/21 16/2 19/6 20/9 20/11 23/13 24/15 24/17 29/12 31/15 33/16 33/18 33/23 35/12 35/17 35/20 35/22 37/21 37/25 38/14 39/18 40/25 48/17 50/14 55/10 58/11 62/8 63/2 64/12 80/24 81/2 81/24 82/4 82/14 82/20 83/15 84/6 84/22 85/16 86/1 88/9 91/15 93/3 96/7 97/17 99/4 103/11 103/13 103/16
OMB [2] 59/24 94/9
once [2] 15/20 66/18
one [60] 13/7 13/15 13/17 16/4 16/7 17/21 18/4 18/20 19/6 19/9 19/23 23/4 24/8 26/12 33/6 36/4 36/15 37/4 37/14 38/10 39/13 40/23 44/23 48/6 52/14 52/16 54/18 55/3 55/16 55/25 57/1 60/5 60/20 61/3 63/20 63/22 65/1 65/12 67/24 68/3 71/2 73/17 73/19 75/23 76/1 80/13 81/8 81/9 82/17 84/22 92/2 92/2 94/24 95/15 96/12 96/22 97/12 97/18 98/9 101/13
only [25] 10/2 10/9 13/1 13/3 19/19 34/15 35/2 36/16 38/17 42/8 48/22 49/18 51/10 51/23 55/13 55/14 60/18 65/12 69/22 74/12 74/13 76/17 79/2 84/19 92/25
open [4] 4/13 35/15 86/10 88/22
open-ended [1] 88/22

operate [1] 49/3
operating [2] 15/9 64/5
operational [1] 54/10
opportunity [1] 9/18 23/8 27/21 77/7 96/23 98/22
oppose [1] 8/18
opposed [1] 33/1
opposing [1] 54/21
opposite [1] 51/13
opposition [1] 96/4
option [1] 33/21
oral [1] 96/6
order [105]
ordered [1] 25/9
ordering [1] 103/1
orderly [1] 24/13
orders [4] 55/17 55/21 64/5 71/21
organization [2] 18/1 20/16
OSC [1] 50/17
other [61] 5/24 10/22 14/4 15/8 16/23 18/18 19/8 20/1 23/3 23/23 24/8 25/14 25/21 26/3 26/14 27/15 27/19 29/4 31/2 32/19 33/6 33/21 39/19 42/16 42/21 43/21 44/18 45/5 46/4 48/7 54/13 54/19 57/1 58/13 59/12 60/5 61/25 62/6 62/18 65/15 66/23 68/10 70/4 71/4 71/11 73/10 79/4 79/4 84/3 87/7 87/14 87/18 89/17 90/15 92/11 94/7 94/10 95/15 96/15 97/9 101/8
others [1] 75/23
otherwise [4] 22/16 40/17 91/11 93/17
ought [1] 89/6
our [42] 5/22 5/24 6/16 6/17 6/19 6/21 8/24 11/9 13/6 13/8 14/21 15/20 18/18 22/9 23/23 23/25 24/12 25/6 30/10 30/14 31/8 31/11 38/7 38/10 39/4 39/6 40/11 54/1 54/16 59/25 60/2 60/7 62/10 63/21 68/3 69/21 75/21 80/19 84/20 87/9 91/12 102/17
ours [1] 59/10
out [50] 4/25 7/5 8/10 8/23 8/24 10/7 12/24 13/11 13/11 13/19 14/10 15/23 16/19 17/17 17/18 18/1 18/23 20/6 20/8 20/17 20/19 21/9 23/15 27/21 28/14 28/16 33/12 33/12 41/13 42/6 45/12 48/7 50/20 50/25 53/15 54/19 57/6 58/8 60/2 61/16 68/14 72/18 72/19 73/5 75/3 75/13

76/4 76/16 78/5 93/3
outcome [1] 60/19
outlining [1] 102/4
outside [21] 37/6 37/15 39/10 39/13 39/20 40/5 41/9 48/12 48/24 49/4 62/2 62/14 64/5 67/2 67/23 73/8 73/9 73/13 74/25 78/19 79/21
outstanding [2] 82/5 90/9
over [9] 10/19 12/24 15/14 19/1 23/7 55/25 56/19 59/10 77/10
overall [1] 54/2
overcome [1] 59/12
overlap [1] 4/11
overlaps [1] 4/10
overnight [8] 86/12 91/19 91/25 93/2 93/25 94/16 95/8 96/22
overt [1] 54/3
overwhelmed [1] 55/24
own [3] 21/7 21/22 45/6

**P**

P.C [1] 2/5
p.m [3] 15/16 19/1 92/6
page [4] 5/7 24/8 33/25 84/22
Page 12 [1] 5/7
pages [1] 84/22
Pam [1] 5/23
Pamela [2] 2/8 3/16
paper [2] 64/17 99/19
papers [16] 4/24 5/4 5/6 5/7 6/4 18/1 23/24 24/5 24/7 24/11 24/12 24/18 34/7 40/12 40/14 43/15
paperwork [1] 16/9
paragraph [2] 5/16 60/1
parameters [3] 9/2 9/23 10/4
pardonees [1] 14/25
pardons [3] 14/7 15/1 15/12
part [15] 6/17 10/14 24/19 31/8 53/19 55/1 68/13 68/15 72/23 75/19 76/25 82/24 83/16 86/11 102/9
parte [10] 81/17 84/5 84/8 84/12 84/14 84/22 85/7 85/12 85/17 101/25
particular [2] 4/10 21/11
particularly [2] 81/5 100/22
parties [34] 4/6 4/7 5/3 5/22 6/23 7/16 11/7 11/18 11/19 12/11 12/11 27/21 29/5 36/4 41/13 48/23 49/10 65/18 77/6 78/7 83/18

85/19 85/19 85/21 90/19 92/14 94/25 95/2 96/18 96/20 96/23 97/11 99/22 101/9
parties' [2] 11/23 100/1
partisan [4] 20/24 21/6 55/17 55/21
parts [1] 89/13
party [4] 12/12 54/22 61/12 84/3
party's [1] 7/12
past [3] 15/12 15/14 40/18
path [1] 29/4
pattern [5] 22/20 23/15 48/5 48/6 64/16
pausing [1] 92/8
pending [5] 6/9 9/4 30/3 52/24 73/13
Pennsylvania [1] 2/3
people [20] 4/14 15/18 18/11 18/14 20/6 20/23 38/22 46/10 46/14 46/17 46/20 48/6 50/6 51/10 56/15 56/15 58/5 65/4 74/19 87/9
people's [1] 68/5
perform [1] 69/9
perhaps [8] 8/23 9/16 17/22 35/1 57/21 89/14 92/2 98/24
period [6] 48/21 73/9 75/13 79/22 93/25 98/18
permissible [1] 68/21
permission [1] 81/15
permit [2] 21/10 77/4
permits [1] 96/5
permitted [1] 66/16
person [5] 21/6 26/20 55/3 71/5 74/10
person's [2] 26/7 26/7
personal [6] 40/9 61/17 67/15 67/23 68/6 68/23
personally [2] 4/8 40/21
personnel [6] 15/8 18/9 26/3 48/10 55/2 88/20
perspective [1] 13/8
pertain [1] 102/15
petition [1] 87/10
ph [1] 52/10
phenomenon [1] 15/13
photographs [1] 18/3
physical [1] 34/11
PI [37] 5/21 6/23 6/24 7/15 8/4 11/18 13/14 27/22 30/7 39/7 40/22 40/22 43/2 43/3 52/24 53/2 53/3 53/12 53/18 60/1 70/6 73/13 75/20 78/25 79/23 90/23 91/1 91/2 91/7 91/18 95/16 97/16 97/18 97/20 97/22 102/23 103/16
pieces [2] 20/19 22/7
place [10] 17/20 30/6

**P**

**place... [8]** 39/21 48/21 52/23 53/18 54/18 59/2 59/3 98/6
**plaintiff [12]** 26/12 27/10 27/12 34/15 36/1 44/1 60/15 66/4 76/25 78/24 93/7 94/17
**plaintiff's [5]** 3/8 7/4 43/20 67/22 71/18
**plaintiffs [51]** 1/6 1/15 2/2 3/14 4/22 5/8 6/13 6/15 7/9 8/2 8/9 8/16 9/19 11/25 16/1 19/8 24/16 26/10 28/1 29/18 30/12 32/3 32/18 33/19 43/5 43/8 44/12 47/15 48/18 60/25 61/20 61/25 62/21 62/22 71/1 72/8 76/21 77/9 77/23 78/14 81/12 84/13 84/21 85/11 86/11 88/2 90/8 95/17 99/25 100/6 100/12
**plaintiffs' [4]** 30/17 34/5 76/23 103/9
**plan [6]** 49/1 65/21 71/8 72/14 78/20 102/11
**plans [5]** 7/20 71/11 79/9 100/24 101/3
**plates [1]** 30/11
**pleading [2]** 8/1 9/8
**please [2]** 3/8 15/18
**pleasing [1]** 16/8
**plot [1]** 18/16
**plus [1]** 47/7
**PM [4]** 35/5 36/2 86/5 103/18
**podium [1]** 3/9
**point [25]** 5/8 6/6 7/23 14/21 16/21 18/4 22/16 26/15 32/6 34/16 37/7 37/17 44/7 46/4 57/21 58/10 58/10 58/13 61/2 68/9 74/4 76/4 78/5 84/7 100/15
**pointed [2]** 7/5 75/2
**points [1]** 26/14
**policy [1]** 65/23
**political [4]** 57/10 58/11 58/12 92/21
**political-level [1]** 58/11
**Politico [1]** 49/21
**popped [1]** 75/24
**pose [2]** 38/6 101/10
**position [31]** 4/20 5/16 6/18 7/25 25/15 25/16 25/21 26/2 32/24 33/20 40/25 41/7 41/11 59/19 60/7 61/6 61/18 66/15 70/7 80/23 81/6 83/24 84/7 84/11 87/4 88/21 88/23 89/1 90/9 102/17 103/9
**positions [5]** 49/9 50/4 57/6 90/12 100/1

**possible [6]** 6/3 6/25 10/13 75/18 88/15 98/16
**posting [1]** 47/2
**posture [1]** 7/1
**potential [5]** 86/17 96/19 96/24 97/25 100/23
**potentially [4]** 27/18 34/6 89/10 89/11
**practical [1]** 8/19
**precedent [1]** 26/16
**precipice [1]** 88/4
**predicate [2]** 63/18 88/14
**preference [1]** 28/10 31/11 33/10
**preferences [1]** 50/12
**prejudice [11]** 72/6 72/7 81/21 82/13 83/1 83/23 84/7 85/3 85/7 85/18 95/13
**prejudiced [2]** 94/24 96/23
**prejudicial [1]** 94/20
**preliminary [17]** 4/23 5/18 6/9 8/15 11/20 11/24 12/7 22/18 24/10 32/11 36/12 47/18 59/21 70/3 75/14 78/11 93/10
**premature [1]** 24/2
**prepared [14]** 6/12 29/25 31/9 31/11 32/3 32/19 32/21 39/2 47/5 47/12 69/25 89/2 95/7 101/2
**preparing [1]** 65/9
**present [21]** 22/21 24/10 36/10 36/17 47/14 60/15 70/1 70/5 70/22 71/1 71/4 71/5 73/22 78/6 78/19 79/9 86/7 92/17 99/1 99/18 101/2
**presented [1]** 103/3
**preserve [6]** 52/23 86/22 94/24 95/7 96/12 97/4
**preserving [3]** 94/13 94/17 96/21
**President [9]** 17/8 21/12 25/9 38/7 49/20 65/24 67/10 69/5 76/7
**press [3]** 50/23 50/23 79/24
**pressing [1]** 68/19
**presume [1]** 5/20
**pretty [3]** 20/8 50/6 59/11
**prevail [2]** 60/12 60/22
**prevent [3]** 9/18 61/22 66/12
**previewing [1]** 79/16
**previously [1]** 32/9
**primary [1]** 38/10
**principle [1]** 10/7
**prior [3]** 17/11 17/22

**privacy [24]** 25/17 26/16 26/25 27/15 42/11 54/24 55/6 56/7 56/10 66/16 66/18 67/14 67/20 67/22 67/24 68/7 68/20 68/24 69/6 77/22 78/2 96/18 100/14 100/23
**probably [4]** 11/10 28/17 64/14 92/2
**probationary [1]** 50/6
**problem [8]** 15/15 15/24 20/21 36/24 37/8 64/4 66/25 73/14
**problems [2]** 14/23 26/12
**Procedure [1]** 93/8
**proceed [14]** 6/25 9/25 10/13 24/3 24/9 28/1 29/25 31/11 32/11 32/17 32/21 33/21 33/22 76/8
**proceeding [2]** 26/8 56/3
**proceedings [7]** 2/22 4/14 4/16 16/10 27/3 103/18 104/4
**process [14]** 16/13 14/20 50/12 50/16 55/15 57/18 57/20 67/12 67/12 67/13 69/18 86/17 100/6 101/1
**produce [1]** 26/24
**produced [1]** 2/23
**proffer [3]** 101/15 101/22 102/2
**profound [2]** 24/11 86/11
**profoundly [1]** 86/13
**programs [1]** 18/4
**progress [3]** 35/7 35/12 35/13
**prohibit [1]** 72/11
**prohibited [1]** 4/16
**prohibition [1]** 69/7
**promise [1]** 55/9
**promising [1]** 16/8
**prong [2]** 52/4 59/12
**prongs [1]** 60/8
**properly [1]** 82/24
**proposal [3]** 6/25 30/12 30/17
**propose [1]** 99/20
**proposed [15]** 6/7 11/8 19/9 19/10 29/19 30/5 30/10 31/16 33/1 33/2 76/1 86/9 90/20 90/21 90/22
**proposing [3]** 6/16 9/3 69/16
**propriety [1]** 79/18
**prosecution [1]** 71/7
**protected [2]** 54/24 77/22
**protection [3]** 50/11 57/12 66/20

**protections [2]** 50/4 50/9
**provide [14]** 25/2 31/12 42/18 43/2 67/14 68/18 68/21 69/1 72/7 76/10 78/23 80/14 88/3 103/1
**provided [11]** 20/7 31/20 34/17 41/15 41/18 44/16 61/17 66/8 68/4 68/16 102/9
**provides [3]** 78/12 93/8 100/20
**providing [2]** 19/12 96/23
**provision [2]** 78/9 93/7
**provisional [1]** 93/9
**public [62]** 4/13 5/9 5/12 7/22 10/10 12/4 12/10 13/6 14/6 14/14 14/20 14/22 16/22 17/6 18/12 22/4 23/16 23/22 24/20 25/19 25/20 25/24 26/4 26/7 26/22 26/25 27/2 34/10 34/13 36/12 38/25 43/17 43/25 44/25 45/1 45/4 45/10 45/11 45/17 46/3 46/10 47/17 48/9 48/15 56/21 58/7 64/17 65/4 66/12 66/22 69/22 71/25 77/1 77/21 79/3 81/23 82/3 82/18 82/23 83/2 86/12 86/19
**public-facing [1]** 46/10
**publication [3]** 8/22 9/20 100/10
**publicized [1]** 43/24
**publicly [31]** 14/18 17/1 17/18 20/17 22/15 24/5 26/18 34/3 39/19 45/15 47/2 47/3 48/7 49/9 51/24 61/24 61/23 66/2 66/14 66/24 70/2 70/19 70/22 71/6 74/13 75/13 78/6 78/21 78/23 87/8 93/16
**publishing [1]** 18/3
**pull [1]** 55/12
**pulled [1]** 55/9
**punitive [2]** 3/17 9/1
**purpose [14]** 5/11 21/10 39/24 39/24 40/20 41/3 41/5 43/4 46/25 52/22 67/19 72/11 94/1 94/13
**purposefully [1]** 62/12
**purposes [7]** 4/9 30/24 40/13 44/4 67/8 69/20 84/9
**pursuant [4]** 21/12 47/21 67/5 77/12
**push [1]** 52/18
**put [29]** 10/9 16/6 20/17 20/19 22/7 22/11 35/3 35/4 37/3 39/7 43/16 43/19 45/1 45/3 47/1 48/7 51/3 52/23 53/18 69/4 75/6 75/13

**puts [2]** 88/19 88/20
**Putting [1]** 88/12

**Q**

**quasi [1]** 9/16
**quasi-governmental [1]** 9/16
**question [33]** 16/17 16/17 18/20 20/13 20/14 20/15 33/24 37/5 37/12 40/18 40/23 41/2 41/3 41/17 42/14 44/20 45/8 47/6 48/12 49/15 51/22 51/25 52/25 60/16 63/16 68/20 70/21 72/16 72/17 73/25 77/25 97/6 97/12
**questioning [1]** 58/20
**questions [20]** 4/17 24/12 26/11 44/13 60/24 60/25 75/10 76/12 77/20 95/12 100/7 100/13 100/18 100/21 101/3 101/3 101/6 101/8 101/8 101/10
**quick [1]** 53/6
**quicker [2]** 28/12 99/2
**quickly [1]** 71/23
**quite [4]** 17/7 25/25 63/6 66/3
**quo [1]** 36/14 37/9 52/24 53/13 86/22 87/11 94/1 94/13 94/17 94/24 95/7 96/13 96/21
**quote [4]** 20/24 54/9 55/19 60/14
**quote/unquote [1]** 20/24
**quoting [1]** 55/14

**R**

**raise [4]** 26/10 47/5 80/22 85/8
**raised [3]** 76/13 77/1 77/6
**raises [1]** 63/16
**ranging [1]** 27/17
**ranking [4]** 46/5 56/11 57/2 57/8
**rather [5]** 6/25 19/3 78/9 92/24 92/25
**RCR [2]** 2/21 104/9
**reach [10]** 10/4 11/19 32/4 38/22 48/12 62/1 62/22 72/18 72/19 91/8
**reached [1]** 20/21
**reaching [2]** 8/21 95/13
**read [1]** 48/25
**reading [1]** 92/10
**ready [4]** 28/6 31/13 43/13 89/5
**real [3]** 11/12 65/8 96/14
**realize [1]** 98/8
**really [13]** 9/22 11/6

**R**

really... [11] 14/15 22/23 23/2 27/14 32/6 35/2 52/17 55/3 55/5 84/23 96/20

realm [1] 26/17

reappear [1] 9/1

reason [15] 12/11 12/16 13/3 14/2 14/9 14/9 21/17 32/21 42/1 42/16 52/21 63/14 70/12 75/18 94/20

reasons [6] 13/12 16/21 26/9 83/20 85/16 96/12

receive [1] 69/8

received [4] 5/4 9/7 18/8 34/22

receiving [2] 5/6 63/20

recent [4] 7/11 43/8 43/10 46/21

recently [4] 6/8 44/16 69/15 89/18

recess [7] 11/4 29/16 34/23 35/5 36/2 85/25 86/5

recite [1] 39/8

recognition [1] 86/21

recognizing [1] 94/10

recommend [1] 29/5

recommendations [2] 69/4 75/11

record [60] 3/4 3/9 25/4 25/5 25/7 26/8 29/17 31/4 32/10 34/15 35/9 35/23 36/3 37/19 37/23 38/23 39/24 41/9 41/11 41/12 41/23 42/23 43/2 43/7 47/10 47/20 48/22 48/25 50/17 50/24 51/1 51/3 51/4 53/14 54/10 65/4 70/16 71/13 75/8 76/12 76/14 76/15 76/20 77/5 80/18 82/2 86/6 87/7 88/18 88/19 96/12 96/25 98/13 98/15 98/16 98/17 98/20 99/10 99/15 99/19

recorded [1] 2/22

recording [1] 4/15

records [4] 26/19 54/24 78/2 100/17

reference [4] 4/24 14/20 44/18 79/4

referenced [5] 10/5 10/6 49/19 49/23 55/16

referred [1] 65/18

referring [3] 14/17 34/14 59/18

reflect [3] 93/24 94/6 94/22

reflected [1] 42/17

reflection [1] 94/12

reflects [1] 47/20

refused [3] 21/14 21/16 55/11

regarding [1] 46/16

reiterate [1] 11/14

related [3] 14/16 31/4 86/24

relates [1] 85/4

relayed [1] 101/13

release [32] 7/6 14/5 15/5 15/10 17/19 20/13 22/2 27/4 39/19 39/20 43/17 45/20 46/2 51/12 54/23 64/24 66/24 70/2 70/5 70/22 71/9 72/8 72/14 73/7 73/9 73/12 78/19 78/20 78/21 79/21 86/19 87/4

released [36] 13/8 13/16 13/17 13/21 14/8 14/18 14/19 14/21 16/15 16/20 22/16 25/13 26/4 42/10 43/9 43/12 43/24 44/19 45/15 47/9 49/9 51/6 51/9 52/12 52/19 56/8 62/17 71/22 71/25 72/1 73/6 73/7 77/22 78/18 78/18 97/6

releases [1] 12/12

releasing [3] 15/13 17/25 26/18

relevant [6] 41/1 41/3 42/7 52/21 60/18 81/6

reliable [1] 17/21

relief [15] 4/10 22/18 42/25 52/23 53/11 53/17 59/22 59/22 65/12 85/8 85/18 87/22 93/10 94/2 94/11

remain [3] 30/6 85/2 85/7

remainder [1] 75/15

remains [2] 59/20 83/11

remember [4] 51/3 61/14 83/7 83/22

reminder [1] 4/15

Remmel [1] 2/16

remove [1] 43/4

renew [1] 23/25

renewing [1] 82/15

repeat [1] 58/3

repeatedly [1] 5/11

repercussion [1] 55/6

repercussions [1] 54/9

reply [2] 95/23 96/5

report [6] 28/18 36/5 67/5 67/11 69/1 69/4

reported [4] 17/1 37/1 54/6 65/22

Reporter [3] 2/21 2/21 104/9

reports [1] 48/9

represent [9] 9/20 17/5 23/17 36/19 37/23 38/17 58/4 62/1 70/1

representation [34] 7/8 11/23 23/11 23/20 28/24 29/20 36/9 36/17 36/22 38/18 38/19 39/2

regarding [1] 46/19 46/2 42/2 42/18 43/4 46/2 47/4 47/5 47/8 47/13 47/19 48/23 63/16 66/7 66/8 71/17 72/4 72/14 72/20 73/22 74/5 99/16 100/15

representations [14] 8/1 33/6 33/9 34/5 61/10 70/8 74/23 74/24 76/9 80/20 86/15 86/20 89/9 93/14

represented [5] 21/8 40/13 57/16 58/5 78/5

representing [2] 37/14 78/17

represents [2] 5/23 63/24

reputational [2] 25/14 34/12

request [15] 21/10 23/25 32/12 35/13 47/23 61/16 67/5 80/11 82/15 82/5 90/15 94/23 97/13 99/18 102/15

requested [2] 47/15 47/20

requesting [1] 84/4

requests [4] 25/17 56/12 85/4 85/8

require [2] 26/11 67/22 72/18

required [1] 61/6

requirement [1] 102/18

reserve [1] 79/17

resistance [3] 46/24 72/13 72/16

resolution [5] 36/5 93/21 95/3 97/25 99/2

resolve [6] 6/24 39/6 75/1 79/22 89/14 103/16

resolved [3] 35/8 35/9 94/4

resolves [4] 36/12 39/3 47/17 78/10

resolving [1] 70/3

resourceful [1] 26/20

respect [9] 8/21 10/17 23/17 27/3 38/2 54/11 60/17 75/10 93/6

Respectfully [1] 75/8

respite [1] 88/3

respond [4] 62/23 62/24 65/14 102/5

respondent [1] 21/4

respondents [7] 7/7 19/16

response [10] 4/18 7/3 41/19 43/16 53/19 56/23 69/24 85/22 95/21 100/19

responses [1] 25/16

restraining [2] 1/22 93/11

restrictions [1] 40/11

result [2] 50/4 72/9

results [4] 12/23 15/2 15/5 37/17

resume [1] 99/21

retaliation [2] 21/21 96/19

retired [2] 7/13 16/14

retribution [2] 21/18 21/20

return [1] 19/18

returning [1] 29/22

revealing [2] 56/14 102/1

revenge [1] 21/23

revert [1] 27/25

review [13] 5/12 10/9 21/11 23/22 24/6 24/20 24/23 25/2 25/9 39/25 40/13 69/18 101/1

revisit [1] 98/2

rhetoric [1] 43/22

ridicule [1] 5/13

right [40] 9/10 12/16 13/4 13/22 14/1 19/4 19/21 28/24 29/8 29/14 31/22 35/2 35/20 44/9 44/16 49/2 50/20 51/21 51/23 54/17 58/3 58/6 59/16 62/9 64/1 66/11 67/3 67/5 70/16 76/14 77/16 80/2 86/4 86/6 86/16 92/20 95/25 102/14 102/22 102/25

rights [2] 40/19 79/17

risk [19] 13/6 22/10 23/16 34/6 34/11 43/19 43/25 44/5 47/2 56/20 65/4 65/10 69/22 75/6 75/20 88/5 88/14 88/21 93/2

road [2] 9/6 59/21

roadblock [1] 13/6

robust [1] 13/12

rock [1] 17/19

rooftops [1] 17/18

room [5] 65/16 74/15 80/14 80/14 91/11

rooms [2] 80/12 80/13

route [1] 17/13

routine [5] 42/11 67/17 67/18 100/22 101/1

routinely [3] 48/9 58/3 58/4

RPR [2] 2/21 104/9

rule [6] 7/24 27/9 27/11 27/13 71/15 81/16

ruled [2] 79/1 82/6

rules [2] 84/20 93/8

ruling [2] 7/14 73/20 82/2 82/13 94/22 95/15

rumor [1] 58/25

rumored [1] 16/25

run [2] 22/6 93/2

rush [1] 35/17

**S**

safe [1] 14/13

safe-hold [1] 14/13

safety [2] 13/9 34/11

said [25] 8/12 10/13

15/15 14/24 16/9 18/22 27/10 32/25 42/16 48/2 48/2 48/5 51/24 52/8 65/25 71/25 71/25 73/2 81/19 82/25 85/6 91/24 97/1 99/14 102/13

same [11] 4/11 11/8 33/25 39/21 57/18 60/1 66/14 66/20 72/4 85/13 85/16

satisfied [2] 7/9 61/7

satisfy [3] 76/23 78/2 79/25

save [1] 10/25

saw [3] 54/3 63/1 64/17

say [53] 7/3 7/19 16/22 20/8 20/11 21/19 24/15 27/12 27/14 28/5 28/9 32/5 33/5 41/22 42/4 44/11 45/19 45/23 49/11 50/7 52/2 56/13 56/25 57/4 57/19 58/14 58/16 61/4 61/24 63/8 65/11 67/18 68/1 68/18 68/25 70/14 70/18 70/24 71/12 72/20 73/6 73/21 74/17 74/19 78/9 82/9 83/1 92/1 92/2 95/10 95/18 97/15 99/21

saying [24] 27/8 28/25 34/19 45/22 49/2 54/12 58/8 59/5 60/4 60/6 67/12 71/20 75/12 77/17 79/11 79/12 79/20 97/1 98/17 99/5 102/5 102/8 102/25 103/2

says [9] 24/5 24/6 27/12 60/16 63/1 63/24 66/12 67/13 99/10

scale [10] 54/17 59/8 59/15 59/19 60/5 60/7 60/7 60/9 60/11 60/12

schedule [21] 5/21 7/15 11/1 12/6 23/18 30/7 30/22 31/7 40/23 53/4 53/13 53/18 87/24 90/23 90/25 91/18 91/24 95/16 96/5 97/24 98/5

scheduled [1] 87/17

scheduling [3] 27/23 30/24 87/14

scissors [1] 31/25

scope [2] 64/6 72/21

Scott [2] 3/17 77/13

scream [1] 17/17

SE [1] 2/3

seal [29] 81/3 81/14 81/15 81/16 81/19 81/20 81/22 82/3 82/5 82/11 82/18 82/19 82/22 82/25 83/9 82/5 83/8 83/11 83/12 83/14 84/3 84/5 84/11 84/15 85/2 85/7 85/12 85/17 101/25

S

**sealed [4]** 81/11 83/9 83/9 85/6
**second [3]** 35/10 82/18 83/16
**secretly [1]** 63/5
**security [5]** 22/9 25/14 31/12 54/10 59/11
**see [17]** 4/23 6/24 10/20 21/3 34/7 43/14 60/1 62/22 66/1 79/24 80/4 90/16 92/3 92/5 97/3 99/18 101/20
**seeing [1]** 82/5
**seek [2]** 9/21 85/18
**seeking [6]** 10/2 15/19 15/19 76/5 89/12 94/11
**seem [2]** 33/19 48/25
**seems [3]** 89/6 93/19 96/15
**seen [11]** 14/4 14/5 14/6 16/5 16/18 17/24 20/18 50/23 65/3 84/15 84/16
**senior [11]** 24/25 45/7 45/7 46/5 48/7 49/24 49/25 50/5 51/11 57/16 57/16
**senior-level [1]** 48/7
**sense [17]** 4/8 4/10 8/19 19/16 23/20 28/23 29/9 39/23 44/3 50/10 52/19 57/19 79/2 94/14 96/24 97/22 101/21
**sensitive [1]** 40/9
**sent [1]** 54/4
**sentence [3]** 6/16 52/14 92/2
**sentences [1]** 52/16
**separate [1]** 81/14
**separately [1]** 76/7
**separates [3]** 36/4 36/15 40/24
**separating [1]** 65/1
**serious [4]** 12/6 15/15 23/4 60/15
**seriously [1]** 32/6
**servants [4]** 14/20 14/22 14/22 50/3
**service [9]** 14/6 50/8 57/11 57/16 57/17 57/18 57/19 64/23 74/2
**SES [1]** 57/16
**set [4]** 31/7 53/12 87/1 90/7
**sets [1]** 4/22
**setting [2]** 7/15 45/9
**settlement [1]** 6/2
**seven [1]** 57/22
**several [3]** 44/16 49/15 99/13
**shall [2]** 31/6 86/25
**shape [1]** 4/16
**share [1]** 66/16
**shared [6]** 29/21 29/22 67/21 67/23 68/2 68/13
**sharing [2]** 66/13 66/23

**she [5]** 63/20 92/3 92/5 92/6 92/13
**short [10]** 10/3 10/12 11/4 74/4 74/7 75/13 75/19 75/19 75/25 88/3
**shortly [1]** 94/4
**should [25]** 8/16 8/23 9/2 26/4 27/11 27/13 27/21 32/11 32/12 37/15 39/6 39/7 39/16 42/14 43/4 49/15 52/6 54/13 55/14 56/8 67/9 74/17 77/3 87/22 92/2
**shouldn't [3]** 23/10 25/19 45/12
**show [3]** 17/14 67/17 83/8
**showing [2]** 53/17 67/1
**showings [1]** 93/11
**shown [2]** 42/18 48/11
**shows [1]** 55/4
**side [4]** 55/2 88/8 88/12 96/16
**sides [1]** 6/1
**signed [2]** 17/5 44/25
**significant [3]** 56/20 96/16 97/7
**similar [3]** 52/11 74/21 85/12
**similarly [2]** 1/5 48/13
**Simon [7]** 2/14 3/22 65/14 74/9 74/16 98/6 101/7
**Simon's [1]** 74/4
**simple [1]** 14/11
**simply [11]** 6/23 7/14 7/19 7/25 15/22 30/5 31/2 46/24 64/23 72/4 103/1
**since [5]** 59/3 81/5 82/21 92/1 102/15
**single [1]** 74/10
**sit [2]** 55/23 85/24
**sits [1]** 73/8
**sitting [1]** 99/1
**situated [1]** 1/5 48/14
**situation [4]** 46/14 57/3 74/21 88/22
**situations [1]** 26/6
**skipping [1]** 77/9
**slam [1]** 44/12
**sliding [7]** 54/16 59/8 59/15 59/18 60/9 60/10 60/17
**slim [2]** 76/14 76/15
**smidgen [1]** 59/10
**so [181]**
**so-called [1]** 14/5
**social [5]** 14/7 15/1 15/12 15/14 64/21
**solely [1]** 26/13
**solution [2]** 8/11 73/19
**solve [5]** 37/7 64/4 72/25 73/14 74/15
**solved [1]** 15/24
**some [54]** 5/22 6/12 7/16 7/23 8/11 8/21 10/16 10/17 10/18

10/21 13/19 16/11 17/16 18/7 18/8 20/6 22/5 23/17 25/13 26/14 26/20 27/1 27/19 29/4 30/7 31/12 44/5 44/18 46/9 46/18 49/24 53/17 56/3 58/9 58/13 58/19 60/11 60/25 62/12 65/5 76/12 76/18 84/7 87/11 87/21 89/3 89/11 92/19 94/20 95/13 97/3 100/7 100/15 100/15
**somebody [3]** 15/5 63/15 95/25
**somehow [1]** 56/1
**someone [10]** 9/16 16/20 49/21 55/4 61/10 63/5 64/5 65/25 101/5 101/9
**someone's [2]** 63/6 90/12
**something [51]** 5/17 6/11 7/19 9/21 9/24 10/24 12/12 12/8 14/11 14/16 16/1 16/16 20/11 20/16 20/25 22/22 23/3 23/12 25/18 26/22 30/18 30/23 32/5 33/12 33/12 38/3 38/15 39/22 42/13 49/21 53/1 55/5 58/24 58/25 62/12 63/6 63/23 73/5 75/5 75/9 76/2 76/19 78/3 79/23 85/22 98/11 100/10 101/11 101/12 101/14 103/2
**something's [1]** 100/9
**Sometimes [2]** 27/10 27/11
**somewhat [2]** 4/21 17/19
**somewhere [4]** 42/21 62/13 64/22 65/11
**sorry [13]** 34/20 44/10 51/2 51/21 71/2 73/3 82/4 85/5 91/20 91/21 95/21 95/25 97/23
**sort [23]** 6/25 7/1 8/11 8/21 11/7 13/13 13/24 15/18 18/4 27/17 27/22 27/23 27/24 27/25 27/25 38/6 44/2 46/6 46/18 56/3 60/11 87/21 89/13
**sorts [3]** 26/9 49/10 50/4
**sought [1]** 4/10
**sounds [2]** 19/12 32/18
**source [1]** 102/1
**speak [13]** 5/23 9/14 11/22 24/11 29/23 36/16 44/21 48/17 49/5 61/3 61/8 88/1 92/24
**speaking [3]** 24/17 25/3 27/6
**special [5]** 5/12 16/23 37/2 50/1 50/17
**specific [4]** 11/25

3/12 23/15 33/1
**specifically [2]** 23/11 100/5
**speculation [4]** 26/13 42/21 47/25 76/18
**speculative [2]** 42/23 56/20
**speculativeness [1]** 58/16
**sphere [1]** 22/4
**spinning [1]** 30/11
**spirit [1]** 48/20
**squarely [1]** 41/5
**squishy [1]** 47/8
**Stacy [5]** 2/21 28/10 104/3 104/8 104/9
**staff [4]** 13/2 39/14 65/23 88/20
**stage [1]** 69/23
**stages [1]** 84/9
**stand [5]** 28/20 29/2 35/10 35/18 36/21
**standard [2]** 53/10 71/14
**standing [5]** 26/16 41/21 42/18 59/4 80/1
**standpoint [2]** 39/4 39/6
**start [2]** 4/21 19/6
**Starting [1]** 3/8
**state [3]** 2/2 3/9 41/8
**stated [4]** 21/10 25/7 32/8 39/23
**statement [1]** 25/6
**STATES [11]** 1/1 1/9 1/18 1/23 17/8 38/8 49/20 51/17 51/19 61/2 70/10
**stating [1]** 98/20
**status [14]** 36/14 37/9 50/6 52/24 53/13 86/22 87/11 94/1 94/13 94/17 94/24 95/7 96/13 96/21
**statutes [1]** 27/15
**statutory [2]** 40/10 42/9
**stay [8]** 35/3 35/4 87/21 89/2 92/7 93/9 94/5 97/21
**stays [3]** 37/10 94/11 94/22
**stenography [1]** 2/22
**step [6]** 6/7 13/7 13/15 13/17 16/7 22/14
**steps [2]** 5/1 52/1
**Steven [1]** 2/5
**stick [1]** 102/24
**still [14]** 8/4 22/17 50/3 51/14 53/6 54/18 55/12 57/11 60/12 80/20 84/4 91/22 98/25 102/20
**stipulated [1]** 35/24
**stop [1]** 63/7
**stopping [1]** 75/12
**stops [1]** 38/9
**Street [2]** 2/15 2/18
**stressed [1]** 5/11
**strike [1]** 32/16

**strikes [1]** 32/17
**strokes [2]** 78/14 79/1
**strong [1]** 59/11
**stronger [2]** 54/18 59/10
**struggle [1]** 58/15
**struggling [1]** 33/17
**subject [9]** 23/22 36/8 40/10 44/5 66/18 66/19 67/21 68/7 92/8
**subjected [1]** 87/9
**subjective [1]** 84/13
**submission [1]** 6/17
**submit [8]** 6/20 42/15 48/1 56/11 76/8 89/24 90/20 93/13
**submitted [2]** 18/23 19/17
**subordination [1]** 51/13
**subsequent [2]** 36/11 47/16
**substance [3]** 9/4 59/13 60/22
**substantive [5]** 52/6 60/8 81/9 84/19 85/1
**sue [2]** 55/6 58/4
**suffer [1]** 54/9
**suffering [1]** 65/5
**suffice [2]** 39/16 48/5
**sufficient [4]** 23/4 28/13 37/16 84/1
**suggest [3]** 27/11 42/24 47/4
**suggesting [1]** 53/9
**suggestion [1]** 71/18
**suggests [2]** 5/9 45/6
**suing [3]** 51/15 56/5 56/5
**Suite [3]** 2/6 2/9 2/12
**Sunday [1]** 12/24
**Sundberg [1]** 16/13
**superiors [2]** 6/19 98/23
**supervisor [2]** 72/19 80/3
**support [3]** 69/4 93/19 97/20
**supportive [1]** 71/18
**supposed [2]** 52/14 62/15
**Supreme [1]** 26/16
**sure [22]** 11/10 16/18 16/22 18/20 23/12 24/14 28/20 31/18 32/7 32/23 32/23 34/24 52/10 53/5 57/14 57/14 64/15 82/24 83/5 91/7 95/14 102/7
**survey [24]** 7/7 7/22 12/3 12/23 13/25 14/8 15/2 19/18 20/6 20/21 21/1 21/3 37/17 39/11 41/4 61/17 63/4 68/13 68/16 68/22 100/16 100/18 100/20 100/22
**surveys [6]** 13/19 15/17 18/22 19/17 37/6

**S**

surveys... [1] 41/19
suspect [1] 54/14
sympathetic [1] 22/12
system [3] 50/11 78/1
100/16
systems [2] 15/7 54/24

**T**

table [3] 4/1 24/1 56/13
take [20] 8/5 11/17
12/1 14/12 22/14 28/4
31/4 40/20 47/11 49/12
53/14 56/13 61/5 76/15
80/23 83/24 84/11
85/24 86/24 95/2
taken [6] 21/24 25/16
29/16 35/5 36/2 86/5
takes [2] 26/2 81/6
taking [1] 11/4
talk [20] 8/6 8/13 11/4
11/6 19/15 49/4 56/6
62/22 67/18 74/15
77/18 79/4 91/18 91/23
91/24 98/5 100/4 100/5
100/11 100/14
talked [2] 39/15 49/18
talking [14] 19/16
33/24 49/23 52/2 64/8
74/1 74/2 74/2 74/12
76/22 79/22 94/5 97/25
98/23
target [2] 18/5 21/17
targeted [2] 14/23
46/18
tease [1] 27/21
technically [3] 54/17
81/22 82/2
tell [10] 16/19 28/20
29/2 57/21 58/17 62/8
63/18 70/11 70/17 83/4
telling [2] 55/25 83/24
tells [1] 38/8
temporarily [1] 92/7
temporary [5] 1/22
4/25 52/23 53/17 93/10
Ten [1] 11/10
Ten minutes [1] 11/10
tend [1] 77/24
term [2] 14/25 53/10
terminated [5] 16/12
16/14 16/25 44/17
45/25
termination [1] 46/18
terms [14] 10/8 11/7
11/8 13/7 24/7 48/18
48/19 56/19 57/2 59/21
61/19 62/16 77/8 79/20
test [2] 26/5 27/13
testified [1] 27/2
testifying [1] 26/23
than [17] 6/25 11/16
19/3 19/7 27/22 30/23
31/2 38/3 42/16 42/22
49/21 54/18 58/25
72/22 78/9 87/14 87/18
Thank [7] 4/3 29/14

103/13 103/16
that [802]
that's [65] 12/10 13/16
14/25 19/12 20/9 20/10
20/14 22/23 23/1 23/5
25/5 25/16 25/20 28/6
31/14 32/21 33/17 37/9
37/22 37/23 37/25
38/10 38/11 40/3 40/23
41/5 47/19 47/21 48/3
49/12 49/17 52/21
53/16 55/16 59/20
62/13 62/19 63/9 65/1
66/7 66/21 67/7 68/2
69/22 70/14 70/25 73/2
76/21 76/22 78/3 79/2
79/13 80/16 82/11 83/7
88/17 92/12 95/23 99/9
99/7 99/14 99/14 99/15
102/15 103/2
their [40] 17/1 19/17
23/21 24/5 24/7 33/19
34/11 34/12 45/1 45/3
45/6 47/2 47/6 47/6
47/7 48/6 49/8 50/4
51/18 55/3 55/4 56/14
57/6 58/8 58/9 61/17
61/22 64/6 65/6 65/7
67/17 67/23 69/20
75/23 81/8 81/12 81/13
95/18 98/23 100/1
them [35] 8/14 9/10
9/11 14/23 14/25 17/5
29/23 36/16 43/19
44/23 45/2 45/23 46/11
48/1 49/14 51/7 51/12
56/5 58/6 58/7 58/7
63/7 65/5 68/3 77/7
79/7 79/13 79/23 79/24
79/25 80/12 87/18
90/13 92/19 94/20
themselves [7] 1/4
22/4 29/19 29/23 36/16
48/7 83/19
then [66] 5/20 6/24
10/7 11/1 11/19 19/1
19/11 20/19 22/7 22/11
24/9 28/6 29/14 30/25
32/21 33/11 33/21 35/3
37/7 37/15 39/15 39/21
40/3 40/6 46/22 47/7
53/2 55/6 59/6 60/12
62/5 62/23 63/25 66/13
66/15 66/23 66/24
67/11 67/18 70/18
70/18 72/23 76/11 78/8
79/24 81/9 81/16 87/5
90/24 91/4 91/18 91/24
92/13 93/1 95/9 95/11
96/5 97/13 98/2 98/6
98/20 99/7 101/4 101/8
102/22 103/5
theoretical [2] 27/7
27/7
there [105]
there's [53] 10/14
13/19 18/1 24/24 26/5

30/9 24/7 26/26 27/6
29/4 40/18 41/5 41/8
41/22 42/20 47/14
50/12 50/21 52/9 56/15
57/20 59/7 60/7 64/15
65/16 71/19 74/13 75/3
75/18 77/9 81/8 81/22
82/2 82/6 82/17 84/13
84/19 88/14 89/21
89/24 90/10 91/10
91/22 93/9 94/3 94/7
94/21 95/11 97/6 98/5
98/21 100/2 102/11
therefore [2] 46/10
48/13
these [35] 4/14 4/15
13/11 13/11 15/5 18/11
21/23 27/1 27/21 29/9
31/12 34/2 34/10 40/18
41/19 42/17 43/5 43/22
46/4 46/12 47/2 50/6
50/23 54/23 57/22 58/6
61/3 65/2 65/4 72/15
75/13 75/16 75/20
88/19 97/4
they [82] 6/16 6/21
6/24 6/24 7/5 8/4 9/21
12/22 14/12 14/12
14/13 18/25 19/17
19/19 19/20 20/22 21/4
21/19 21/20 22/5 22/5
25/4 27/18 29/23 30/24
32/20 33/20 36/21
37/13 38/24 40/6 43/1
44/4 44/5 44/5 44/16
45/5 45/9 45/23 45/25
46/1 46/11 46/20 46/22
47/25 48/4 48/5 48/11
48/13 48/15 49/11 50/5
50/10 50/11 55/12
55/13 58/2 61/18 61/22
62/14 63/4 65/7 65/11
67/6 67/7 68/8 69/10
69/15 73/1 75/23 76/14
77/1 79/10 79/11 79/14
80/4 83/24 84/3 86/20
87/5 88/16 98/23
they'll [1] 87/4
they're [38] 8/13 20/16
20/17 22/1 22/2 32/19
37/14 39/17 41/4 43/1
45/19 45/22 49/25 50/3
50/5 50/16 50/16 50/24
57/8 57/10 57/11 57/11
58/11 59/5 66/21 67/12
68/14 69/13 69/13
69/16 71/20 74/10 76/5
77/17 80/20 85/23
86/16 87/4
they've [8] 8/12 11/14
20/4 25/11 32/17 38/24
44/4 46/13
thing [5] 16/4 17/7
23/25 36/15 89/6
things [6] 28/20 29/2
56/19 68/10 71/22
71/25
think [112]

thinking [1] 9/23
third [3] 12/10 12/11
12/12
Thirteen [1] 81/25
this [194]
those [52] 1/4 9/2 9/23
13/2 13/3 13/8 13/11
13/24 14/10 14/12
14/22 15/10 15/14
15/16 15/17 15/18
15/19 21/11 21/23 22/3
24/7 26/11 26/14 26/19
33/9 34/6 40/21 43/3
43/25 44/3 44/21 44/25
45/6 46/20 47/23 49/12
55/16 56/1 56/23 57/2
58/2 58/3 64/19 66/23
74/24 75/6 75/25 83/18
87/6 93/12 100/10
101/8
though [2] 17/2 81/15
thought [11] 4/9 37/25
45/23 68/7 84/16 85/23
94/19 95/24 99/11
99/12 101/12
thoughts [1] 30/15
threat [2] 22/9 75/16
threatened [3] 18/16
65/7 65/8
threats [8] 18/7 23/16
43/21 63/19 64/20 65/3
75/23 87/9
three [4] 59/23 74/14
89/7 92/3
through [10] 3/4 3/17
8/25 26/23 31/13 36/23
57/18 65/22 84/12
88/25
throwing [1] 91/21
thus [1] 67/8
ties [1] 18/2
till [1] 52/5
time [33] 6/12 9/11
9/11 11/1 11/17 11/19
14/7 20/10 22/2 28/7
28/17 31/7 33/9 33/10
34/8 35/20 43/16 48/21
53/14 56/4 58/14 65/8
75/13 75/19 75/20
76/19 79/22 87/1 88/24
89/3 92/14 92/21 96/9
timeline [3] 53/6 53/7
90/10
times [5] 12/2 36/20
49/15 56/19 57/18
timing [2] 31/2 33/15
titles [2] 61/18 81/13
today [16] 4/9 28/5
32/20 33/21 39/6 41/21
53/7 59/4 64/19 76/10
89/19 89/24 90/14
95/25 98/14 100/15
today's [1] 43/4
together [6] 3/20 10/11
20/20 22/8 22/11
103/14
told [1] 16/24
tomorrow [29] 38/7

52/19 53/7 75/5 75/7
86/10 87/12 90/1 90/4
90/6 90/16 90/17 91/6
91/7 91/9 91/11 91/17
92/22 93/14 93/21 94/3
95/6 95/8 96/22 97/11
98/24 99/20 101/10
102/19
tomorrow's [2] 31/5
86/25
tonight [2] 91/9 98/23
too [2] 11/2 28/15
took [1] 89/1
tormented [1] 40/17
totality [1] 23/10
track [2] 39/7 43/3
transcript [1] 1/22 2/2
transcription [2] 2/23
104/4
transmitted [1] 39/12
Treasury [5] 30/14
31/10 74/22 74/24
74/25
treat [1] 102/6
treatment [1] 87/6
trial [1] 26/23
trials [1] 27/2
tried [5] 39/4 52/3
76/23 76/25 83/7
trigger [1] 36/9
TRO [82] 4/9 4/18 4/24
5/15 6/8 7/1 7/15 7/24
10/21 19/7 19/10 27/23
29/25 30/2 30/6 30/19
31/9 31/11 31/14 32/12
33/13 36/8 38/23 40/11
42/8 42/20 52/5 52/6
52/23 53/3 53/10 53/11
54/17 54/21 59/1 59/9
59/12 59/22 60/1 60/8
61/15 69/17 69/20
71/14 73/20 74/22
75/25 76/10 76/11
76/17 76/22 77/5 78/8
78/17 78/25 79/15
84/14 87/15 87/21
88/12 88/13 89/5 89/18
91/17 92/5 92/9 92/10
92/14 92/15 93/1 94/23
95/3 96/11 96/13 97/2
97/12 97/19 97/21 98/1
98/4 101/6 102/22
TRO/PI [1] 60/1
TROs [2] 4/5 89/18
truly [1] 24/4
Trump [1] 21/22
Trump's [1] 21/12
Truong [4] 2/19 4/2
34/21 84/10
try [6] 20/19 22/7 79/25
93/20 95/2 101/20
trying [10] 4/25 13/16
22/11 22/23 23/2 23/6
30/22 48/20 68/14
69/16
Tuesday [1] 19/2
turbulence [1] 31/13
turn [3] 23/7 32/15

**T**

**turn... [1]** 78/13
**turned [1]** 19/1
**Twenty [1]** 95/20
**Twenty-fourth [1]** 95/20
**Twitter [1]** 43/20
**two [23]** 4/5 12/1 16/23 19/12 36/13 52/15 53/23 53/23 54/6 64/2 72/7 72/25 73/10 74/13 78/7 78/24 79/13 82/17 84/22 89/7 93/9 95/24 95/25
**two days [1]** 52/15
**two days' [5]** 64/2 72/7 72/25 73/10 78/24
**two weeks [3]** 53/23 95/24 95/25
**two years [2]** 53/23 54/6
**two-day [1]** 79/13
**type [6]** 22/18 22/22 25/24 30/19 52/11 85/13

**U**

**U.S [7]** 2/17 3/23 4/2 51/14 59/25 64/23 74/2
**ultimate [1]** 65/21
**ultimately [1]** 67/11
**unable [1]** 10/3
**unauthorized [2]** 62/14 98/19
**unclassified [1]** 54/4
**uncomfortable [1]** 88/21
**under [33]** 26/25 27/15 42/10 55/6 65/2 66/16 67/14 67/20 68/20 68/20 68/24 75/16 75/25 77/11 77/11 77/22 81/3 81/15 83/5 83/8 83/11 83/12 83/14 84/3 84/5 84/11 84/14 85/2 85/7 85/12 85/17 100/23 101/25
**understand [37]** 6/15 7/4 8/2 8/18 18/21 21/7 22/19 25/20 28/25 32/23 34/15 34/19 37/12 38/23 45/1 45/5 46/13 62/5 62/9 62/19 63/1 63/23 67/6 68/2 68/3 69/17 69/24 77/14 88/6 88/15 89/16 89/20 89/22 98/15 98/17 99/15 102/14
**understanding [20]** 7/8 8/13 17/16 18/21 19/5 26/15 32/25 37/18 38/2 41/16 45/13 67/20 68/17 77/20 80/19 98/12 98/13 99/11 100/7 102/17
**understood [8]** 30/20 31/3 88/1 88/11 88/11

**unethical [1]** 20/24
**unfortunately [2]** 54/8 89/23
**UNITED [11]** 1/1 1/9 1/18 1/23 17/8 38/8 49/20 51/17 51/19 61/2 70/9
**unlawful [2]** 24/24 67/8
**unless [8]** 22/16 50/5 50/11 63/4 67/17 67/24 78/11 90/19
**unlikely [2]** 11/13 86/18
**unofficial [5]** 63/15 64/10 88/17 98/14 98/18
**unprofessional [2]** 20/24 21/6
**unquote [1]** 20/24
**unreasonable [2]** 65/1 88/24
**until [15]** 36/12 38/18 47/17 53/24 55/3 64/13 78/10 78/11 83/17 86/10 87/11 94/13 97/13 97/15 97/21
**up [24]** 4/19 6/7 9/21 10/24 13/14 20/18 29/19 30/12 30/17 31/16 36/21 41/2 42/13 55/4 61/25 64/13 73/15 74/22 79/7 79/13 79/24 93/1 99/22 101/21
**updated [1]** 31/2
**upon [7]** 28/18 29/20 66/22 79/1 82/6 82/12 89/3
**us [25]** 15/15 15/22 17/10 31/16 32/4 33/25 34/22 35/19 36/15 36/24 40/24 52/18 58/17 58/17 58/20 59/14 65/1 85/22 86/13 87/4 87/11 92/23 94/18 95/8 95/22
**USAO [1]** 2/14
**use [6]** 39/9 42/11 67/17 67/18 100/22 101/1
**used [2]** 71/16 100/19
**usually [2]** 56/13 74/6
**utmost [2]** 40/14 40/24

**V**

**vacate [2]** 90/24 91/10
**valid [1]** 51/25
**various [1]** 25/12
**vast [1]** 72/17
**vengeance [1]** 21/23
**verbal [1]** 23/11
**version [3]** 36/11 47/16 50/20
**versus [4]** 3/5 3/6 51/17 59/24
**very [27]** 5/18 8/19 9/7 9/10 10/16 10/21 13/5 13/12 14/7 14/11 15/15

6/6 18/10 20/18 24/11 34/8 51/25 56/9 59/9 60/14 60/15 62/10 65/4 74/21 77/6 82/21 88/20
**veterans [1]** 50/12
**veterans-eligible [1]** 50/12
**view [3]** 6/21 13/6 23/23
**violations [1]** 96/18
**voluntarily [1]** 45/3
**vs [2]** 1/7 1/16

**W**

**wait [3]** 44/8 52/5 55/3
**waiting [3]** 80/21 85/21 85/22
**walk [1]** 15/24
**walking [1]** 9/8
**want [66]** 6/1 11/11 11/21 14/15 18/9 23/8 27/25 28/1 28/3 28/5 30/18 30/25 32/14 32/18 32/20 33/24 34/25 35/4 35/17 39/10 41/20 44/8 44/11 44/14 48/17 52/2 52/18 55/1 55/3 55/5 58/3 58/15 58/23 61/22 62/21 64/13 64/24 64/25 65/12 69/21 70/17 71/11 76/4 76/15 80/14 82/9 82/24 83/4 83/25 86/2 88/9 91/23 95/14 96/20 98/3 98/21 100/3 100/4 100/5 100/11 100/14 100/24 100/25 101/5 102/8 103/2
**wanted [12]** 5/2 5/18 18/5 19/10 24/15 30/22 68/17 85/24 87/24 88/3 96/12 98/12
**wants [6]** 11/22 39/8 54/9 58/20 70/15 73/21
**warning [1]** 16/10
**was [112]**
**Washington [6]** 1/8 2/4 2/7 2/10 2/15 2/18
**wasn't [5]** 22/4 30/19 58/24 88/6 99/6
**way [20]** 4/16 9/25 17/18 25/13 28/1 32/17 33/6 37/1 42/14 57/1 60/5 60/21 76/8 77/3 82/23 86/12 90/23 95/15 97/4 103/16
**ways [1]** 94/16
**wayside [1]** 97/20
**we [321]**
**we'd [4]** 24/13 30/16 59/1 90/5
**we'll [17]** 10/12 11/1 11/2 29/8 35/22 36/9 43/8 67/18 87/5 91/12 91/16 91/18 91/24 92/3 92/8 98/6 99/10
**we're [69]** 10/2 11/5 11/12 13/15 14/25

17/16 17/17 27/24 29/6 29/17 29/25 30/7 31/10 32/21 35/13 35/15 36/3 38/23 39/2 39/5 39/21 44/7 47/1 47/12 49/23 51/15 52/25 54/12 56/13 59/4 59/4 61/20 62/9 62/10 63/2 63/21 64/8 64/9 66/14 67/13 71/20 74/1 74/1 74/2 74/12 75/12 75/12 76/2 76/22 79/22 81/3 85/21 86/6 88/22 89/2 89/4 89/5 89/10 89/11 89/12 89/23 91/17 92/12 92/13 92/15 93/20 94/2 94/5 99/19
**we've [20]** 11/16 16/5 16/18 23/14 23/15 29/21 30/7 30/15 31/20 56/12 58/14 63/17 76/25 77/3 88/12 88/13 88/13 89/4 90/11 92/15
**weaponization [3]** 21/13 21/21 65/15
**weaponized [2]** 20/25 56/3
**weaponizing [2]** 55/19 55/23
**website [1]** 18/1
**week [7]** 12/1 16/18 17/24 52/19 53/7 96/6 96/8
**weekend [1]** 12/24
**weeks [6]** 12/7 53/8 53/23 71/22 95/24 95/25
**weight [2]** 60/11 60/18
**weighty [1]** 97/5
**well [28]** 9/7 10/20 11/1 13/15 17/14 34/14 40/19 41/3 41/12 44/5 47/22 48/13 50/10 51/19 52/21 58/14 59/6 59/18 61/12 62/8 68/25 70/18 72/23 73/3 73/17 89/11 90/25 92/23
**went [4]** 21/9 37/19 83/22 88/25
**were [62]** 4/5 4/25 5/4 7/16 9/8 12/24 16/12 18/25 19/8 19/16 19/18 20/11 20/23 22/3 27/20 30/4 31/8 33/23 34/7 34/10 36/24 37/3 38/22 38/25 39/21 40/13 44/5 45/7 46/11 48/13 49/9 50/5 50/7 51/10 52/12 52/14 56/23 57/2 57/6 58/21 61/25 61/25 62/14 65/8 68/8 69/16 71/6 71/21 71/25 74/23 74/25 75/4 75/7 79/21 88/25 89/13 96/8 96/11 97/6 97/12 97/25 98/4
**weren't [1]** 49/11
**what [164]**
**what's [14]** 28/10

41/16 42/16 46/7 49/4 53/19 56/22 58/13 59/19 81/24 82/15 95/16 98/20 100/19
**whatever [13]** 25/23 41/20 43/9 60/20 63/25 69/4 73/10 80/17 87/5 90/9 92/21 92/22 96/9
**when [32]** 15/16 16/19 19/15 19/17 22/2 25/16 32/15 33/23 35/25 39/1 39/1 43/13 46/9 46/17 46/24 47/3 49/20 55/4 56/7 56/8 56/11 63/1 83/13 84/2 87/24 88/22 92/3 98/7
**where [24]** 28/14 28/20 29/2 36/5 38/23 41/1 41/7 42/12 44/7 44/17 49/13 50/20 51/12 53/1 55/5 59/4 70/14 76/1 86/7 88/22 89/4 89/13 97/3 97/4
**Where's [1]** 82/13
**wherever [1]** 35/4
**whether [40]** 10/13 11/22 20/2 21/5 27/3 29/3 29/4 32/5 33/3 42/20 42/21 43/9 44/3 45/8 45/24 47/9 49/7 50/5 51/11 51/24 54/20 59/20 59/20 60/7 62/12 62/13 63/5 66/1 66/15 68/12 71/16 78/1 79/24 83/4 83/25 100/8 100/9 100/15 102/10 102/11
**which [44]** 11/13 14/11 19/7 20/25 25/12 27/13 32/16 33/8 37/13 39/13 41/14 42/22 43/1 46/5 46/25 47/14 48/22 49/15 50/6 52/7 52/11 52/15 55/8 59/16 65/13 66/7 67/22 68/22 75/8 78/2 79/9 79/15 80/25 81/10 83/5 83/23 85/9 85/23 90/8 90/20 94/2 94/8 94/14 95/1
**whichever [1]** 60/20
**while [15]** 17/6 30/6 30/9 32/13 40/22 53/18 60/4 61/24 65/8 70/2 70/5 73/13 75/14 94/1 97/25
**whistleblower [1]** 102/1
**White [19]** 54/4 62/18 63/9 64/22 65/22 66/13 66/13 66/17 66/17 66/19 67/15 70/15 70/17 72/1 74/1 75/12 76/5 76/6 78/23
**who [67]** 4/15 5/23 9/16 11/22 12/18 12/22 13/17 13/19 14/23 16/12 16/13 16/24 17/4 18/11 18/12 18/13

## W

**who... [51]** 18/16 18/17 20/6 20/23 25/18 25/23 26/3 27/5 31/13 34/4 37/5 37/16 38/4 38/12 40/8 40/18 40/20 42/6 43/11 43/18 43/23 44/17 44/25 45/3 45/25 47/8 48/7 48/17 49/10 50/3 51/10 54/7 55/14 55/16 55/17 55/18 55/21 58/2 61/3 64/16 69/18 69/21 69/21 70/10 70/22 71/6 75/6 75/22 75/22 84/20 99/1
**who's [2]** 24/17 54/5
**who've [1]** 74/19
**whoever [1]** 90/10
**whole [2]** 55/24 61/13
**whom [2]** 33/3 49/25
**whose [4]** 18/11 20/7 43/12 44/24
**why [23]** 9/22 12/11 12/16 13/3 14/2 14/3 38/11 38/15 38/16 40/1 40/1 42/12 46/16 54/13 58/15 64/4 70/9 70/18 72/3 83/20 83/23 94/20 96/12
**wide [1]** 76/16
**will [59]** 5/23 5/24 14/12 14/13 15/4 16/22 21/3 23/12 23/21 23/22 28/17 29/12 29/14 31/6 36/8 36/13 36/19 41/2 42/10 42/13 43/23 47/9 48/24 57/21 60/17 60/24 61/21 64/24 66/1 72/9 72/23 72/25 73/9 75/4 76/19 78/7 78/23 81/7 81/7 83/13 84/3 85/1 85/7 85/16 87/1 90/14 90/21 90/25 94/4 95/4 95/4 95/4 95/9 95/10 98/22 100/3 102/3 102/6 102/14
**willing [9]** 7/7 8/10 8/13 8/17 33/4 46/23 71/10 81/3 87/3
**willingness [1]** 103/14
**win [1]** 79/11
**Winters [1]** 59/20
**wishes [1]** 76/10
**withdraw [3]** 7/23 66/4 72/6
**within [12]** 11/15 11/17 15/9 40/19 42/22 47/22 54/6 54/14 69/5 74/24 86/16 92/20
**without [22]** 16/10 16/12 53/13 64/2 67/16 67/21 69/10 72/5 72/6 72/25 73/10 77/23 81/21 82/13 83/1 83/23 84/7 85/3 85/7 85/17 90/12 95/13
**witness [4]** 18/13

**women [2]** 31/12 40/17
**won't [5]** 28/21 49/14 68/19 72/24 101/8
**word [12]** 35/7 35/11 35/24 35/25 36/4 37/4 52/22 63/22 65/1 65/12 73/20 76/2
**worded [3]** 82/8 82/23 82/25
**wording [1]** 51/16
**words [4]** 21/22 23/21 32/19 71/15
**wordsmithing [1]** 78/14
**work [12]** 8/23 10/11 33/11 33/12 40/6 63/10 63/11 73/5 78/15 95/3 99/20 103/14
**worked [17]** 8/24 12/19 12/22 18/11 18/13 18/17 21/4 25/23 27/5 31/10 34/4 36/23 43/18 43/24 61/19 70/23 71/7
**worked-out [1]** 8/24
**working [7]** 8/10 14/5 25/18 35/16 89/2 89/11 99/19
**works [2]** 10/25 27/16
**worried [2]** 74/8 74/11
**would [167]**
**wouldn't [8]** 19/24 19/24 38/15 58/15 66/12 66/19 79/10 103/6
**wrap [1]** 87/15
**wrench [1]** 91/21
**write [1]** 102/3
**writes [1]** 5/8
**writing [2]** 22/24 23/1
**written [2]** 36/14 43/16
**wrong [4]** 40/3 72/2 95/18 99/8

## Y

**Yeah [4]** 19/25 28/3 35/9 57/15
**year [3]** 15/14 102/19 102/21
**years [5]** 53/23 54/3 54/6 58/5 92/20
**yes [26]** 8/8 18/25 20/12 33/14 36/6 41/21 44/22 49/16 53/21 56/18 62/20 63/13 63/21 68/9 80/8 80/10 80/12 84/6 84/11 84/24 85/10 86/3 90/18 93/5 98/4 99/7
**yesterday [6]** 21/9 24/3 24/8 30/14 74/21 88/25
**yet [8]** 44/14 51/3 54/16 60/5 68/13 68/16 85/14 85/15
**you [255]**
**you'd [1]** 18/19
**you'll [4]** 40/16 66/4 66/4 90/3

28/23 30/15 80/14
**you're [20]** 9/7 13/17 20/3 28/6 33/1 47/5 53/1 55/25 56/10 59/8 61/6 61/10 70/9 74/8 74/14 79/8 82/15 83/10 89/8 101/14
**you've [5]** 28/21 34/1 39/15 102/13 103/3
**you-all [6]** 7/18 8/5 28/3 35/3 95/13 103/15
**your [150]**

## Z

**Zaid [10]** 2/5 2/5 3/13 3/20 16/3 61/14 61/25 71/24 71/25 101/11