# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**John and Jane Does 1-9 Employees/Agents of the Federal Bureau of Investigations, on behalf of themselves and those similarly situated**

Plaintiff(s),

VS.

**Department of Justice, James McHenry, Acting Attorney General of the United States, United States Department of Justice, et al.**

Defendant(s).

Attorney: Pamela M. Keith

Center for Employment Justice
650 Massachusetts Ave., NW, #600
Washington DC 20001



*330392*

**Case Number: 1:25-cv-00325**

Legal documents received by Same Day Process Service, Inc. on **02/05/2025** at **9:28 AM** to be served upon **Civil Process Clerk, U.S. Attorney's Office for D.C. at 601 D St., NW, 7th Fl., Washington, DC 20530**

I, **Maya Morrell**, swear and affirm that on **February 05, 2025** at **11:34 AM**, I did the following:

Served **Civil Process Clerk, U.S. Attorney's Office for D.C.** by delivering a conformed copy of the **Summons in a Civil Action; Class Action Complaint Jury Trial Demanded; Plaintiffs' Motion to Proceed Under Pseudonym and Memorandum in Support; [Proposed] Protective Order Granting Plaintiff's Motion for Leave to Proceed Under Pseudonym; Plaintiffs' Motion for a Temporary Restraining Order; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order; Proposed Order; Civil Cover Sheet; Exhibit 1** to **Alicia R. Dupree** as **Paralegal Specialist & Authorized Agent** of **Civil Process Clerk, U.S. Attorney's Office for D.C.** at **601 D St., NW, 7th Fl., Washington, DC 20530.**

**Description of Person Accepting Service:**
Sex: Female Age: 30-40 Height: Sitting Weight: 131-160 lbs Skin Color: Dark Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Maya Morrell**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:330392

