UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0328 (JMC) |

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

The above-captioned consolidated Plaintiffs hereby move for expedited discovery in the above-captioned matter.[1] As explained in the supporting memorandum of law attached hereto, the requested discovery materials are limited in scope, for good cause, and should be easily retrievable by the Government. Plaintiffs' specific discovery requests are attached hereto as Exhibit A, with

---

[1] This motion is styled as "expedited" in order to accommodate the current agreed-upon briefing schedule.  *See* ECF No. 14 (Order directing briefing deadlines of February 24, 2025 (Plaintiffs' motion), March 14, 2025 (Defendants' response), March 21, 2025 (Plaintiffs' reply) and hearing date of March 27, 2025).  Should the Government request additional time to respond beyond the proposed expedited timeline, the Plaintiffs would agree to a reasonable extension of the current briefing schedule.

a request for a response within five (5) calendar days of this filing. Counsel for the Government has been consulted prior to the filing of this request and has not yet indicated a position.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order allowing for such limited expedited discovery, as set forth in the attached Proposed Order.

February 17, 2025

Respectfully submitted,

| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
|---|---|
| By: _____*Mark S. Zaid*_____<br>MARK S. ZAID, D.C. Bar #440532<br>BRADLEY P. MOSS, D.C. Bar #975905<br>1250 Connecticut Avenue, NW, Suite 700<br>Washington, D.C. 20036<br>(202) 498-0011<br>Mark@MarkZaid.com<br>Brad@MarkZaid.com<br>*Attorneys for John and Janes Does 1-4* | By: _____*Pamela M. Keith*_____<br>PAMELA M. KEITH, D.C. Bar #448421<br>SCOTT M. LEMPERT, D.C. Bar #1045184<br>650 Massachusetts Ave., NW, Suite 600<br>Washington, DC 20001<br>(202) 800-0292<br>pamkeith@centerforemploymentjustice.com<br>Slempert@centerforemploymentjustice.com<br>*Attorneys for John and Janes Does 1-9, et al.* |
| STATE DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
| By: _____*Norman L. Eisen*_____<br>Norman L. Eisen D.C. Bar # 435051<br>600 Pennsylvania Avenue, SE, #15180<br>Washington, D.C. 20003<br>(202) 594-9958<br>norman@statedemocracydefenders.org<br>*Attorney for John and Janes Does 1-4* | By: _____*Margaret Donovan*_____<br>Christopher Mattei, Bar # 27500 (*pro hac vice*)<br>Margaret Donovan, Bar # 31787 (*pro hac vice*)<br>350 Fairfield Ave., Suite 501<br>Bridgeport, CT 06604<br>(203) 336-4421<br>cmattei@koskoff.com<br>mdonovan@koskoff.com<br>*Attorneys for Federal Bureau of Investigation Agents Association* |

*Attorneys for Plaintiffs*