UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 25-0328 (JMC) |

## [PROPOSED] ORDER

Upon review of the consolidated Plaintiffs' Motion for Expedited Discovery, Exhibit A, and Supporting Memorandum of Law, the Court hereby GRANTS the Plaintiffs' Motion.

Defendants are ordered to respond to Plaintiffs' discovery requests, as detailed in Exhibit A to the Plaintiffs' Motion and Memorandum, no later than five (5) calendar days after the date of Plaintiffs' filing.

SO ORDERED:

_____           _____
Dated                                                                    JIA M. COBB
                                                                                      United States District Judge