UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>  Defendants. | Civil Action No. 25-0328 (JMC) |

**PLAINTIFFS' SUPPLEMENTAL FILING RE:
MOTION FOR EXPEDITED DISCOVERY (ECF NO. 20)**

The above-captioned consolidated Plaintiffs respectfully submit this supplemental filing to their previously filed motion for expedited discovery (ECF No. 20) in accordance with Local Civil Rule 7(m) and pursuant to the Court's February 18, 2025 Order.

On February 18, 2025, at approximately 2:00 p.m., the parties met via video conference to discuss the Government's position on the consolidated Plaintiffs' motion for expedited discovery. Defendants requested that Plaintiffs include in their Local Rule 7(m) statement the following position: "Defendants oppose Plaintiffs' request for expedited discovery because Plaintiffs lack standing, see Opp'n to TRO (ECF No. 19-1) at 8-11 (arguing that Plaintiffs lack standing, and as

a result, the Court is without subject-matter jurisdiction), and Defendants intend to move to dismiss for lack of standing as part of their opposition to Plaintiffs' preliminary injunction motion. Furthermore, Plaintiffs conclusory allegations do 'not unlock the doors of discovery[.]' *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Finally, Plaintiffs' need for expedited discovery rings hollow because Plaintiffs failed to raise this issue at the hearing on their motion for temporary restraining order, and waited another ten days and just a week before their preliminary injunction motion is due to raise this issue. For these reasons, there is no basis for the Court to expedite briefing on Plaintiff's untimely motion. Defendants intend to file their opposition consistent with Local Civil Rule 7(b) or by any other date ordered by the Court."

For the reasons outlined in the underlying briefing (ECF No. 20), the Plaintiffs maintain that the discovery they seek is directly material to the issues that will be argued before this Court, is limited in scope, and is easily retrievable by the Government. It is further consistent with the Court's own instructions to the Defendants at the close of the February 6, 2025 hearing as to what type of information would be relevant to a merits briefing. An order for formal discovery disclosures ahead of the arguments in this case will avoid the nearly-certain inefficiencies of a hearing where Government counsel will be unauthorized to confirm any relevant information related to the Department of Justice's creation, use, and intent of the January 6 Survey.

February 18, 2025

                                          Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
| By: _/s/ Mark S. Zaid_<br>MARK S. ZAID, D.C. Bar #440532<br>BRADLEY P. MOSS, D.C. Bar #975905<br>1250 Connecticut Avenue, NW, Suite 700<br>Washington, D.C. 20036<br>(202) 498-0011<br>Mark@MarkZaid.com<br>Brad@MarkZaid.com<br>*Attorneys for John and Janes Does 1-4* | By: _/s/ Pamela M. Keith_<br>PAMELA M. KEITH, D.C. Bar #448421<br>SCOTT M. LEMPERT, D.C. Bar #1045184<br>650 Massachusetts Ave., NW, Suite 600<br>Washington, DC 20001<br>(202) 800-0292<br>pamkeith@centerforemploymentjustice.com<br>Slempert@centerforemploymentjustice.com<br>*Attorneys for John and Janes Does 1-9, et al.* |
| STATE DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
| By: _/s/ Norman L. Eisen_<br>Norman L. Eisen D.C. Bar # 435051<br>600 Pennsylvania Avenue, SE, #15180<br>Washington, D.C. 20003<br>(202) 594-9958<br>norman@statedemocracydefenders.org<br>*Attorney for John and Janes Does 1-4* | By: _/s/ Margaret Donovan_<br>Christopher Mattei, Bar # 27500 (*pro hac vice*)<br>Margaret Donovan, Bar # 31787 (*pro hac vice*)<br>350 Fairfield Ave., Suite 501<br>Bridgeport, CT 06604<br>(203) 336-4421<br>cmattei@koskoff.com<br>mdonovan@koskoff.com<br>*Attorneys for Federal Bureau of Investigation Agents Association* |