**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-0328 (JMC) |

**MOTION TO SEAL DECLARANT'S IDENTIFYING INFORMATION**

The plaintiff Federal Bureau of Association Agents Association ("FBIAA"), by and through its undersigned counsel, move to file under seal the declaration of a FBIAA staff member, which is being filed in support of the Plaintiffs' Motion for Preliminary Injunction (to be filed), and to file publicly a redacted version of the declaration that redacts the identifying information of the declarant. Maintaining the confidentiality of the declarant is necessary to protect the declarant's safety, which, as underscored by the Complaint, would likely be at risk if his/her employment with the FBIAA and, formerly, the FBI is publicly disclosed.

Pursuant to the Local Rules, defense counsel were advised of this Motion, and have informed undersigned counsel that the Defendants do not object to the relief requested herein. The granting

of this Motion will not delay or impact any other currently scheduled matters in this proceeding.

A proposed order is attached as Exhibit A.

                                        KOSKOFF, KOSKOFF & BIEDER

                          By:    */s/ Christopher M. Mattei*
                                  Christopher M. Mattei # 27500 (pro hac vice)
                                  Margaret Donovan #31787 (pro hac vice)
                                  350 Fairfield Avenue
                                  Bridgeport, CT 06604
                                  203-336-4421
                                  cmattei@koskoff.com
                                  mdonovan@koskoff.com
                                  *Attorneys for the Federal Bureau of*
                                  *Investigation Agents Association*