**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0328 (JMC) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

　　NOW COMES the consolidated Plaintiffs, by and through their undersigned counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure to hereby respectfully move for a preliminary injunction against the Defendants.

　　To the extent the Local Rules required the Plaintiffs to consult with the Defendants concerning the non-dispositive portions of this Motion, the Defendants have signified their opposition and a briefing schedule is already in place.

　　A Memorandum of Law and proposed Order are attached.

Dated: February 24, 2025

Respectfully submitted,

| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
|---|---|
| By: *Mark S. Zaid* | By: *Pamela M. Keith* |
| MARK S. ZAID, D.C. Bar #440532 | PAMELA M. KEITH, D.C. Bar #448421 |
| BRADLEY P. MOSS, D.C. Bar #975905 | SCOTT M. LEMPERT, D.C. Bar #1045184 |
| 1250 Connecticut Avenue, NW, Suite 700 | 650 Massachusetts Ave., NW, Suite 600 |
| Washington, D.C. 20036 | Washington, DC 20001 |
| (202) 498-0011 | (202) 800-0292 |
| Mark@MarkZaid.com | pamkeith@centerforemploymentjustice.com |
| Brad@MarkZaid.com | Slempert@centerforemploymentjustice.com |
| *Attorneys for John Does 1,3-4, Jane Does 1-3 (25-328)* | *Attorneys for John and Janes Does 1-9, et al. (25-325)* |

| STATE DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
|---|---|
| By: *Norman L. Eisen* | By: *Margaret Donovan* |
| Norman L. Eisen D.C. Bar # 435051 | Christopher Mattei, Bar # 27500 (*pro hac vice*) |
| Pooja Chaudhuri, D.C. Bar # 888314523 | Margaret Donovan, Bar # 31787 (*pro hac vice*) |
| 600 Pennsylvania Avenue, SE, #15180 | 350 Fairfield Ave., Suite 501 |
| Washington, D.C. 20003 | Bridgeport, CT 06604 |
| (202) 594-9958 | (203) 336-4421 |
| norman@statedemocracydefenders.org | cmattei@koskoff.com |
| pooja@statedemocracydefenders.org | mdonovan@koskoff.com |
| *Attorneys for John Does 1,3-4, Jane Does 1-3 (25-328)* | *Attorneys for Federal Bureau of Investigation Agents Association (25-328)* |