UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0328 (JMC) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, and the entire record herein, it is this _____ day of _____ 2025, hereby,

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the United States Department of Justice and the United States of America are **ENJOINED** from publicly disclosing the Plaintiffs' identities, along with the identities of those similarly situated, either directly or indirectly, to any third parties.

1

**ORDERED** that the United States Department of Justice and the United States of America are **ENJOINED** from taking any additional action which would infringe on Plaintiffs' Constitutional rights, as the Court determines.

 

                                                                            Hon. Jia M. Cobb
                                                                            United States District Judge