# EXHIBIT 3

**U.S. Department of Justice**

Office of the Deputy Attorney General

---

The Deputy Attorney General

Washington, D.C. 20530

January 31, 2025

MEMORANDUM FOR    ACTING DIRECTOR, FEDERAL BUREAU OF INVESTIGATION

FROM:    THE ACTING DEPUTY ATTORNEY GENERAL *EB3 1/31/25*

SUBJECT:    Terminations

    This memorandum sets forth a series of directives, authorized by the Acting Attorney General, regarding personnel matters to be addressed at the Federal Bureau of Investigation.

    Pursuant to the Constitution and laws of the United States, you are directed to take all steps necessary to effectuate the termination of the seven FBI employees identified below, effective 5:30 p.m. on February 3, 2025, to the extent those employees have not retired beforehand. As President Trump declared on his first day back in Office, "[t]he American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions." This includes the FBI. For example, the FBI—including the Bureau's prior leadership—actively participated in what President Trump appropriately described as "a grave national injustice that has been perpetrated upon the American people over the last four years" with respect to events that occurred at or near the United States Capitol on January 6, 2021. The weaponization of the FBI's security clearance process is similarly troubling. So too are issues relating to the FBI's reticence to address instructions and requests from, among other places, the Justice Department.

    These problems are symptomatic of deficiencies in previous leadership that must now be addressed. I do not believe that the current leadership of the Justice Department can trust these FBI employees to assist in implementing the President's agenda faithfully. Furthermore, I deem these terminations necessary, pursuant to President Trump's January 20, 2025 Executive Order entitled, "Ending The Weaponization Of The Federal Government," in order to continue the process of restoring a culture of integrity, credibility, accountability, and responsiveness to the leadership and directives of President Trump and the Justice Department.

Employees To Be Terminated Pursuant To The Foregoing:



- 
- 
- 
- 
- 
- 

For the same reasons, you are directed to take all steps necessary to effectuate the termination of ▮▮▮▮▮ effective 5:30 p.m. on February 10, 2025, to the extent ▮▮▮ has not retired beforehand.

You are also directed to identify to the Office of the Deputy Attorney General, by noon on February 4, 2025, all current and former FBI personnel assigned at any time to investigations and/or prosecutions relating to (1) events that occurred at or near the United States Capitol on January 6, 2021; and (2) *United States v. Haniyeh, et al.*, 24 Mag. 438 (S.D.N.Y.). These lists should include relevant supervisory personnel in FBI regional offices and field divisions, as well as at FBI headquarters. For each employee included in the list, provide the current title, office to which the person is assigned, role in the investigation or prosecution, and date of last activity relating to the investigation or prosecution. Upon timely receipt of the requested information, the Office of the Deputy Attorney General will commence a review process to determine whether any additional personnel actions are necessary.