# EXHIBIT 4

**From:** FBI_COMMUNICATIONS <FBI_COMMUNICATIONS@FBI.GOV>
**Sent:** Wednesday, February 5, 2025 11:47:20 AM
**To:** FBI-ALL <FBI-ALL@IC.FBI.GOV>
**Subject:** Message from the Acting Deputy Attorney General



Acting Deputy Attorney General Emil Bove asked that we send the below email out to you.

**Thank you** for your continued commitment to our mission. I continue to be humbled by the incredible work you do every day to keep the American people safe, and I am honored to serve alongside you.

Stay safe,
***Brian J. Driscoll, Jr.***
Acting Director

**From:** The Deputy Attorney General <The.Deputy.Attorney.General@usdoj.gov>
**Subject:** Follow-Up to 1/31/2025 Memo to FBI Acting Director

Colleagues:

I write with additional information regarding the memo that I sent to the FBI's acting director on January 31, 2025.

Multiple times during the week of January 27, 2025, I asked the FBI's acting leadership to identify the core team in Washington, D.C. responsible for the investigation relating to events on January 6, 2021. The purpose of the requests was to permit the Justice Department to conduct a review of those particular agents' conduct pursuant to President Trump's Executive Order concerning weaponization in the prior administration. FBI acting leadership refused to comply. That insubordination necessitated, among other things, the directive in my January 31, 2025 memo to identify all agents assigned to investigations relating to January 6, 2021. In light of acting leadership's refusal to comply with the narrower request, the written directive was intended to obtain a complete data set that the Justice Department can reliably pare down to the core team that will be the focus of the weaponization review pursuant to the Executive Order. The memo stated unambiguously, and I stand by these words, that the information requested was intended to "commence a review _process_" that will be used to "determine _whether_ any additional personnel actions are necessary."

Let me be clear: No FBI employee who simply followed orders and carried out their duties in an ethical manner with respect to January 6 investigations is at risk of termination or other penalties. The only individuals who should be concerned about the process initiated by my January 31, 2025 memo are those who acted with corrupt or partisan intent, who blatantly defied orders from Department leadership, or who exercised discretion in weaponizing the FBI. There is no honor in the ongoing efforts to distort that simple truth or protect culpable actors from scrutiny on these issues, which have politicized the Bureau, harmed its credibility, and distracted the public from the excellent work being done every day. If you have witnessed such behavior, I encourage you to report it through appropriate channels.

In closing, I am extremely grateful for the service and sacrifices of those in the FBI's ranks who have done the right thing for the right reasons. You will be empowered to do justice as we work together to make America safe again. I very much look forward to continuing that work with you.

Thanks,
Emil

Bcc: All FBI Federal Employees

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.