# EXHIBIT 6



U.S. Department of Justice

Edward R. Martin, Jr.
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 7, 2025

Mr. Elon Musk
Mr. Steve Davis
DOGE
Sent via X only: @elonmusk

Dear Steve and Elon,

Thank you for the referral of individuals and networks who appear to be stealing government property and/or threatening government employees. After your referral, as is my practice, I will begin an inquiry.

Please let me reiterate again: if people are discovered to have broken the law or even acted simply unethically, we will investigate them and we will **chase them to the end of the Earth to hold them accountable.** We will not rest or cease in this. No one should abuse American taxpayer dollars nor American taxpayer workers. **Noone is above the law.**

I am proud that we have been able to assist local law-enforcement in protecting the DOGE workers and others over the past week or so. A safe DC is a priority for President Trump and all of us.

Please keep in touch and continue to refer matters to me as soon as possible.

All the best,

Edward R. Martin, Jr