**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION et al. <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE et al. <br><br> Defendants. | Case Nos. 25-0325-JMC (Consolidated Case) & 25-328-JMC (Lead case) |

## DECLARATION OF JOHN DOE #1 (25-328)

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of the Plaintiffs Motion for Preliminary Injunction.

2. I am currently employed by the Federal Bureau of Investigation ("FBI"). Pursuant to the Court's Minute Order issued February 6, 2025, my identity and other identifying information as to my employment is being protected under seal and *ex parte* so I will refrain from providing any details here that could identify me. Of course, my true name, and relevant background information is contained in my legal counsel's sealed declaration. (25-328, Dkt. 4). I am more than willing to supplement that information under seal as requested by the Court.

3. I am a career service employee, and not a political appointee. I did not exercise policy making authority with respect to any FBI personnel. I specifically worked on cases related to the events that took place on January 6, 2021 (hereinafter "January 6 Cases").

4. For the period of January 2021 and until the last time I worked on January 6 Cases, I executed my investigative and law enforcement duties at the direction of my supervisors, and in cooperation with personnel from the Department of Justice ("DOJ"), including with the relevant U.S. Attorney's Office handling the prosecution and various Assistant United States Attorneys.

5. As a direct result of my efforts, and those of my colleagues with whom I coordinated, DOJ secured grand jury indictments and convictions on multiple defendants.

6. During the entire time that I worked on January 6 Cases, I was never accused of violating FBI policies or procedures, accused of using excessive force or improper investigative techniques, or of executing my duties in a partisan or biased fashion.

7. During the entire time that I worked on January 6 Cases, I was never reprimanded by anyone in my chain of command for poor performance or unethical behavior.

8. To the best of my knowledge, each of the individual criminal defendants in the January 6 Cases that I worked on were afforded all of the due process rights that any other defendant would receive.

9. During my entire FBI career, I have never been accused of being biased, weaponized or partisan in the execution of my duties.

10. During the time I was assigned to work on January 6 Cases, I was never given the option to decline such assignment because of my political views or opinions. In fact, to my knowledge, the topic of my political views or opinions played no role whatsoever in the assignment of these cases. In other words, I was given direct orders to investigate and execute my duties to the best of my abilities and in accordance with FBI policies, and that is precisely what I did.

11. On or about February 2, 2025, I received an e-mail from my superiors with instructions that I fill out a survey that was disseminated by the FBI, in which I was to identify what kinds of tasks I executed in relation to January 6 Cases.

12. I have never before in my tenure with the FBI received such a survey.

13. Although I question the request for and purpose of the survey, I filled it out as I was directed to do so by my superiors.

14. I am aware that the survey information I provided was forwarded by the FBI to DOJ in accordance with instructions from Acting Deputy Attorney General Emil Bove III.

15. I was never given a reason, other than the fact that I worked on January 6 Cases, as to why I should be included on this survey list.

16. If I were asked if I am or ever was under investigation for misconduct, I would not know how to answer that in the context of this matter, but I do believe that whatever the current circumstances are with respect to the so-called "weaponization review" it will potentially have an immediate or future negative impact on what assignments I can currently take or will be assigned, and that I would be obligated to reveal this fact to a prosecutor if asked. I have received no direction from my superiors or the DOJ to the contrary.

17. Because not all FBI personnel were assigned January 6 Cases, and I understand that some who were did not have to fill out the survey and are not on the list sent to DOJ, I believe that I am now at a distinct disadvantage vis-à-vis those FBI personnel who share the same title or responsibilities as I do with respect to competitive career moves.

18. To be clear, any accusation that I undertook my duties for partisan or weaponized reasons is defamatory and patently false. My actions with respect to any January 6 Cases were strictly driven by the execution of my duties in accordance with my training, in furtherance of the rule of law and enforcement of federal statute(s) and had nothing to do with my personal views or allegiance to any political party.

19. In every January 6 case I worked on, there was ample reliable evidence that a violation of federal criminal statute(s) had occurred.

20. I firmly believe that my name being on this survey list of all FBI January 6 Case personnel will cause me reputational harm that may or will impact me for the remainder of my federal career. I view the harm to my current ability to perform my duties as real and tangible.

21. I am also extremely worried about the future impact this investigation will have on my job prospects, as it is entirely likely I will have to disclose the existence of this investigation and certainly any final adverse determination, even if false, on any future security clearance or employment forms.

22. I am well aware that several pardoned January 6 convicted felons, and those who support them, have been actively seeking information about the FBI personnel who worked on their and other cases and have been active on social media demanding information about us.

23. I am extremely worried and anxious about my personal safety and that of my family should the fact that I worked on January 6 Cases be publicly disclosed. My concern extends not only to the actions of January 6 convicted felons and their supporters, but also to other malign actors whom I have investigated over the years.

24. Finally, to say that these actions by DOJ have demoralized me and that of many of my colleagues who were simply doing our jobs would be an understatement.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: February 23, 2025

_____
John Doe #1