**SWORN DECLARATION OF JANE DOE** (25-325)

I, Jane Doe, being of sound mind and over the age of eighteen (18), do hereby state that I have personal knowledge of the matters asserted herein, and should I be called to testify in a court of competent jurisdiction, would state the following:

1. I am currently employed as an FBI special agent in the headquarters office. I have been employed with the FBI since 2016.

2. I am a career service employee, and not a political appointee. I did not exercise policy making authority with respect to any of my fellow agents and FBI personnel.

3. On or about January 10, 2021, I was first assigned to work on cases related to the events that took place on January 6, 2021 (hereinafter "January 6 Cases"). At that time, I was working in the Washington Field Office.

4. For the period of January 2021 to October of 2022, I executed my investigative and law enforcement duties at the direction of my supervisors, and in cooperation with personnel from the Department of Justice, for example, with Assistant United States Attorneys.

5. As a direct result of my efforts, and those of the persons with whom I coordinated, DOJ secured grand jury indictments on multiple defendants, and convictions of more than 100 people.

6. During the entire time that I worked on January 6 Cases, I was never accused of violating FBI policies or procedures, accused of using excessive force, or of executing my duties in a partisan or biased fashion.

7. During the entire time that I worked on January 6 Cases, I was never reprimanded by anyone in my chain of command for poor performance or unethical behavior.

8. Of the cases I worked on, none of the defendants asserted in court that my actions were biased, partisan or weaponized. To the best of my knowledge, each of the defendants were afforded all of the due process rights that any other defendant would receive.

9. During my entire FBI career, I have never been accused of being biased, weaponized or partisan in the execution of my duties.

10. I also assert that when I was assigned January 6 Cases to investigate, I was not given the option to decline investigating because of my political views or opinions. In fact, to my knowledge, the topic of my political views or opinions played no role whatsoever in the assignment of these cases. In other words, I was given direct orders to investigate and execute my duties to the best of my abilities and in accordance with FBI policies, and that is precisely what I did.

11. On or about February 2, 2025, I received an email from my superiors instructing me to fill out a survey that was disseminated by the DOJ, in which I was to identify what kinds of tasks I executed in relation to January 6 Cases.

12. Never before in my tenure with the FBI was I ever sent such a survey.

13. Although I had a great deal of trepidation about filling out the survey and its purposes, I filled it out as I was directed to do by my superiors.

14. I am aware that the survey I filled out was forwarded by the FBI to DOJ in accordance with instructions from Acting Deputy Attorney General, Mr. Emil Bove III.

15. I was never given a reason as to why I should be included on this list, other than the fact that I worked on January 6 Cases.

16. It is my understanding that at this time, if I were asked if I am under investigation for misconduct, I would not know how to answer, and would have to disclose the "review" being conducted by DOJ of my actions on January 6 Cases.

17. I believe that this has a current, immediate negative impact on what assignments I can currently take, and that I would be obligated to reveal this fact to a prosecutor if asked. I have received no direction from my superiors or the DOJ to the contrary.

18. I am no longer being assigned to any tasks associated with the investigation of domestic terrorism and extremist activity.

19. Because not all agents were assigned January 6 Cases, and some who were did not have to fill out the survey and are not on the list sent to DOJ, I believe that I am now at a distinct disadvantage vis-à-vis those agents with respect to competitive career moves.

20. I also assert that the accusation that I undertook my duties for partisan and weaponized reasons is defamatory and patently false. My actions with respect to the January 6 Cases were strictly driven by the execution of my duties in accordance with my training, and had nothing to do with my personal views or allegiance to any political party.

21. In every January 6 case I worked on, there was ample reliable evidence that a violation of the federal criminal code had occurred.

22. I attest to the fact that being on Mr. Bove's list will cause me reputational harm that may impact me for the remainder of my career. The harm to my current ability to do my duties is real and tangible.

23. I am also extremely worried about what impact this investigation will have on my future job prospects, as I will likely have to disclose the existence of this investigation on any future security clearance or job inquiries.

24. I am aware of the fact that several pardoned January 6 convicted felons, and those who support them, have been actively seeking information about the agents who worked on those cases and have been active on social media demanding information about us.

25. I am extremely worried and anxious about my personal safety and that of my family should the fact that I worked on January 6 Cases be publicly disclosed. My concern extends not only to the actions of January 6 convicted felons, but also to other malign actors whom I have investigated over the years.

26. Finally, since this investigative process began, I have been deeply negatively impacted emotionally and mentally. These actions by DOJ have demoralized me and many of my colleagues who were simply doing our jobs.

And further Affiant sayeth not.

I, Jane Doe, do swear and/or affirm under the federal penalties for perjury that the foregoing statements are true to the best of my knowledge and recollection.

2-21-2025
Date

_____
Jane Doe