Outlook

## Message from the Acting Director

**From** FBI_COMMUNICATIONS < ███████████████ >
**Date** Thu 2/6/2025 7:46 PM
**To** FBI-ALL < ███████████ >



Colleagues,

As promised, I'm reaching out to keep you up to date on our engagement with the Department of Justice regarding their requirement that we provide lists of personnel assigned to investigations or prosecutions relating to the events that occurred at or near the United States Capitol on January 6, 2021, and *United States v. Haniyeh, et al.*, 24 Mag. 438 (S.D.N.Y.). Earlier today, we were directed by the Office of the Deputy Attorney General to provide the lists identifying employees by name.

Given our significant concerns regarding your personal safety and security, we provided the lists on the classified enclave with caveats that appropriately identify the information as law enforcement sensitive. We also reiterated once again our concerns for the safety of our personnel, and the risks posed to you and your families should these lists become public.

With any release of identifying information of FBI personnel, I am well aware there is a possibility we may be targeted for doxing, SWATing, and other threats. To mitigate these risks and ensure you are best equipped to address any potential challenges that may arise, we encourage you to utilize the newly developed [Digital Exhaust Triage Guide 5.0](#) and the [Digital Exhaust Opt-Out Guide 5.0](#) to help mitigate your digital footprint. And of course you can always contact your CSO to discuss any specific security concerns you may have.

I want to be clear that as of now we do not have information indicating the Department of Justice intends to disseminate these lists publicly, and they are fully aware of the risks we believe are inherent in doing so. We are providing these recommendations to you only out of an abundance of caution as best practices for all FBI employees. We will let you know immediately if we learn the Department's intentions regarding these lists change.

We understand that some employees have also been contacted by the media. As a reminder, per the [FBI's Media Policy](#), you must direct any media inquiries to your public affairs officer (PAO) and report that contact to your PAO immediately.

Every day that I have the honor of representing you in this role, I am more and more inspired by the extraordinary work you are doing on behalf of the American people across this country and

around the world. **Thank you** for your continued dedication to our mission, to our partners, and to each other. I continue to be humbled to serve alongside you.

Stay safe,
***Brian J. Driscoll, Jr.***
Acting Director