# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 25-0328 (JMC) |

**PLAINTIFFS' MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

In accordance with the Court's Minute Order dated March 11, 2025, the parties have conferred and Defendants do not object to the following modified briefing schedule to address Defendants' Motion to Dismiss (ECF No. 28). Accordingly, Plaintiffs respectfully request the Court approve the following modified briefing schedule:

Plaintiffs' Response to Motion to Dismiss:   March 17, 2025

Defendants' Reply to Plaintiffs' Response:   March 24, 2025

March 12, 2025

| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
|---|---|
| By: *Mark S. Zaid* <br> MARK S. ZAID, D.C. Bar #440532 <br> BRADLEY P. MOSS, D.C. Bar #975905 <br> 1250 Connecticut Avenue, NW, Suite 700 <br> Washington, D.C. 20036 <br> (202) 498-0011 <br> Mark@MarkZaid.com <br> Brad@MarkZaid.com <br> *Attorneys for John Does 1,3-4,* <br> *Jane Does 1-3 (25-328)* | By: *Pamela M. Keith* <br> PAMELA M. KEITH, D.C. Bar #448421 <br> SCOTT M. LEMPERT, D.C. Bar #1045184 <br> 650 Massachusetts Ave., NW, Suite 600 <br> Washington, DC 20001 <br> (202) 800-0292 <br> pamkeith@centerforemploymentjustice.com <br> Slempert@centerforemploymentjustice.com <br> *Attorneys for John and Janes Does 1-9, et al.* <br> *(25-325)* |
| STATE DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
| By: *Norman L. Eisen* <br> Norman L. Eisen D.C. Bar # 435051 <br> Pooja Chaudhuri, D.C. Bar # 888314523 <br> 600 Pennsylvania Avenue, SE, #15180 <br> Washington, D.C. 20003 <br> (202) 594-9958 <br> norman@statedemocracydefenders.org <br> pooja@statedemocracydefenders.org <br> *Attorneys for John Does 1,3-4,* <br> *Jane Does 1-3 (25-328)* | By: *Margaret Donovan* <br> Christopher Mattei, Bar # 27500 (*pro hac vice*) <br> Margaret Donovan, Bar # 31787 (*pro hac vice*) <br> 350 Fairfield Ave., Suite 501 <br> Bridgeport, CT 06604 <br> (203) 336-4421 <br> cmattei@koskoff.com <br> mdonovan@koskoff.com <br> *Attorneys for Federal Bureau of Investigation* <br> *Agents Association (25-328)* |