UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-0328 (JMC) |

**NOTICE RE: DISCOVERY DISCLOSURES**

The above-captioned consolidated Plaintiffs respectfully submit this Notice to the Court as an update regarding the discovery ordered at Doc. 38.

At 11:55 p.m. on Monday, April 14, 2025, the Government sent the attached 7-page response to the Court's discovery order to undersigned counsel. *See* Exhibit 1 (Government's April 14, 2025 Discovery Response). Undersigned counsel collectively reviewed the response shortly thereafter and identified two narrow issues for which they requested clarification from the Government. At 10:36 a.m. on Tuesday, April 15, undersigned counsel sent the following two inquiries to the Government:

1. Interrogatory 1 references people who "[are] known to have, or had, access to the data collected pursuant to the Survey." The Government's response does not address access and instead states that "it has not shared" the relevant information. Can you please confirm whether you interpret "share" to equate with known access?

2. The Court's Order referred to DOJ's Leadership Offices (plural) and the "offices at Main Justice . . . relevant to this suit" (also plural). ECF 38 at 15. The Government's response only accounts for O/DAG. Has the Government confirmed that there is no process underway or contemplated, or any responsive documents related thereto, in any office other than O/DAG?

On that same day, April 15, Government counsel responded via email to confirm receipt of Plaintiffs' inquiries and indicated that they would try to provide a response "within the next day or so." On April 16, 2025, in response to Plaintiffs' request for a prompt response, Government counsel indicated that they were "working on preparing written responses" to the inquiries and would provide them "soon." On April 17, 2025, following a request by Plaintiffs for a more specific timeline, Government counsel indicated, in sum and substance, that they have been unable to obtain the proper approval to provide the written response to these inquiries, that they do intend to provide a response, and that they are continuing to attempt to do so.

Plaintiffs are hopeful that these limited requests for clarification can be resolved without court intervention. In an abundance of caution, and out of consideration for the abbreviated timeline leading up to the hearing scheduled for April 30, 2025, Doc. 42, and out of further consideration for instances in this case where the Government has alleged that Plaintiffs have not acted promptly with regard to discovery, Plaintiffs are submitting this Notice to provide an update on the status of court-ordered discovery.

April 17, 2025

                                              Respectfully submitted,

| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
|---|---|
| By: *Mark S. Zaid* <br> MARK S. ZAID, D.C. Bar #440532 <br> BRADLEY P. MOSS, D.C. Bar #975905 <br> 1250 Connecticut Avenue, NW, Suite 700 <br> Washington, D.C. 20036 <br> (202) 498-0011 <br> Mark@MarkZaid.com <br> Brad@MarkZaid.com <br> *Attorneys for John Does 1,3-4,* <br> *Jane Does 1-3 (25-328)* | By: *Pamela M. Keith* <br> PAMELA M. KEITH, D.C. Bar #448421 <br> SCOTT M. LEMPERT, D.C. Bar #1045184 <br> 650 Massachusetts Ave., NW, Suite 600 <br> Washington, DC 20001 <br> (202) 800-0292 <br> pamkeith@centerforemploymentjustice.com <br> Slempert@centerforemploymentjustice.com <br> *Attorneys for John and Janes Does 1-9, et al.* <br> *(25-325)* |
| STATE DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
| By: *Norman L. Eisen* <br> Norman L. Eisen D.C. Bar # 435051 <br> Pooja Chaudhuri, D.C. Bar # 888314523 <br> 600 Pennsylvania Avenue, SE, #15180 <br> Washington, D.C. 20003 <br> (202) 594-9958 <br> norman@statedemocracydefenders.org <br> pooja@statedemocracydefenders.org <br> *Attorneys for John Does 1,3-4,* <br> *Jane Does 1-3 (25-328)* <br> <br> *Attorneys for Plaintiffs* | By: *Margaret Donovan* <br> Christopher Mattei, Bar # 27500 (*pro hac vice*) <br> Margaret Donovan, Bar # 31787 (*pro hac vice*) <br> 350 Fairfield Ave., Suite 501 <br> Bridgeport, CT 06604 <br> (203) 336-4421 <br> cmattei@koskoff.com <br> mdonovan@koskoff.com <br> *Attorneys for Federal Bureau of Investigation* <br> *Agents Association (25-328)* |