

U. S. Department of Justice

Edward R. Martin, Jr.
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, NW*
*Washington, DC 20530*

April 18, 2025

**VIA EMAIL**

Christopher Mattei
Margaret Donovan
Koskoff Koskoff & Bieder PC
350 Fairfield Ave.
Bridgeport, CT 06604

**RE:**   *Does 1-9 v. Dep't of Just.*,
   Civil Action No. 25-325 (JMC) (D.D.C.)

   Defendants' Responses to Expedited Discovery

Dear Chris and Margaret,

 In response to Defendants' responses to the court-ordered discovery requests, Plaintiffs seek clarifications on two issues:

 1. "Interrogatory 1 references people who '[are] known to have, or had, access to the data collected pursuant to the Survey.' The Government's response does not address access and instead states that 'it has not shared' the relevant information. Can you please confirm whether you interpret 'share' to equate with known access?"

 **Response:** Subject to the objections in Defendants' discovery responses, the term "share" as used in response to Interrogatory Number One means that persons outside of the Department of Justice have not "accessed" the lists or data collected pursuant to the Survey.

 2. "The Court's Order referred to DOJ's Leadership Offices (plural) and the 'offices at Main Justice . . . relevant to this suit' (also plural). ECF 38 at 15. The Government's response only accounts for O/DAG. Has the Government confirmed that there is no process underway or contemplated, or any responsive documents related thereto, in any office other than O/DAG?"

 **Response**: This issue appears to pertain to Interrogatory Number Four and Defendants' second specific objection to that Interrogatory, as set forth more fully in the fifth specific objection to Interrogatory Number One, which in relevant part states: "Defendants interpret the Court's reference to 'DOJ's Leadership Offices (i.e., the offices at Main Justice that house the decision-makers relevant to this suit),' Order (ECF No. 38) at 15, to mean the Office of the Deputy Attorney

*Does 1-9 v. Dep't of Just.*, Civ. A. No. 25-325 (JMC)   April 18, 2025
Defendants' Responses to Expedited Discovery   Page 2 of 2

General." Defendants stand by their objections and believe that the response to Interrogatory Number Four fully complies with the Court's order to provide a response from "the components that seem most relevant to Plaintiffs' jurisdictional inquiry[.]" Mem. Op. & Order (ECF No. 38) at 15.

    Sincerely,

    Dimitar P. Georgiev
    Assistant United States Attorney

    _____

    Phone: (202) 252-2500 (main)
    Email: Dimitar.Georgiev-Remmel@usdoj.gov