UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1 TO 9, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action Nos.<br>25-0325 (JMC), 25-0328 (JMC) |

**DEFENDANTS' SUPPLEMENT IN RESPONSE TO THE COURT'S REQUEST**

Pursuant to the Court's request during the April 30, 2025, motions hearing, Defendants submit this supplement to provide the Court the updated links to the materials cited in Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("PI Opp'n," ECF No. 34) at 13.

Defendants cited to FBI Ethics & Integrity Program Policy Guide § 7.1 (Feb. 2, 2015). *Id*. A full copy of that document can be accessed through the following link: https://vault.fbi.gov/fbi-ethics-and-integrity-program-policy-guide/ (last visited on May 1, 2025).

Defendants also cited to Media Relations, External Communications, and Personal Use of Social Media § 4.2.4 (Nov. 14, 2017). PI Opp'n (ECF No. 34) at 13. A full copy of that document can be accessed through the following link: https://vault.fbi.gov/public-affairs-policy-guide-media-relations-external-communications-and-personal-use-of-social-media-1002pg (last visited on May 1, 2025).

\*   \*   \*

- 2 -

Dated: May 1, 2025            Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:        */s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. BAR #1735756
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*