UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-0325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0328 (JMC) |

**NOTICE OF FILING OF RELEVANT NEW INFORMATION**

　　Plaintiffs respectfully submit this Notice of Filing of Relevant New Information to update the Court of recent developments that may impact the pending case. Chiefly, former-Acting United States Attorney for the District of Columbia Ed Martin, Jr., now Department of Justice Associate Deputy Attorney General and the head of DOJ's Weaponization Working Group, held a press conference on Tuesday, May 13, 2025, in which he asserted his intent to "name" and "shame" individuals who participated in the January 6 investigations.

The press conference, during which Mr. Martin discussed his new role as "captain" of the Weaponization Working Group[1], was recorded on C-SPAN and remains available to view online.[2] As noted in Plaintiffs' First Amended Complaint, the Weaponization Working Group was established on February 5, 2025, through a memorandum published by United States Attorney General Pam Bondi. *See* First Amended Complaint ("FAC") ¶ 76, ECF No. 24; Plaintiffs' Motion for Preliminary Injunction, Exhibit 5, ECF No. 25-7. The Weaponization Working Group specifically identified January 6th investigators as one of its categories of targets. FAC ¶ 78.

As relevant to the pending Motions, Mr. Martin expressed the following:

> It can't be that the system is stifling the truth from coming out because of some procedure. If it's in the manual, if it's the law, look. I'm the guy that stands here and tells you, the January 6 defendants, every one of them wants all their documents back. They want us to release all the video. We said that's not how that works. We have to be thoughtful and serious about how the system works. There is a path, if you are suing, there is a way, but we have to be serious about it, just like we have to be serious about getting to the truth. There are some really bad actors. Some people that did some really bad things to the American people. And if they can be charged, we'll charge them. **But if they can't be charged, we will name them. And we will name them and in a culture that respects shame, they should be people that are shamed**. And that's a fact. That's the way things work. And so, **that's how I believe the job operates**.

C-SPAN, *Acting U.S. Attorney Ed Martin Holds News Conference*, May 13, 2025 (emphasis added).[3]

Mr. Martin's statements represent new, relevant facts worthy of the Court's attention while it considers Plaintiffs' requested relief. *First*, the statements indicate that Mr. Martin, speaking in his capacity as a senior DOJ official and a leader of the Weaponization Working Group, has

---

[1] *See* Ryan J. Reilly, NBC News, *DOJ 'Weaponization' Group Will Shame Individuals It Can't Charge With Crimes, New Head Says*, May 13, 2025.
[2] Internet Archive Video: *Acting U.S. Attorney Ed Martin Holds Press Conference*, posted May 14, 2025, https://archive.org/details/CSPAN_20250514_091500_Acting_U.S._Attorney_Ed_Martin_Holds_News_Conference/start/1380/end/1440.
[3] *Id*.

indicated a clear, unmistakable intent to "name" and "shame" federal employees, i.e., the Plaintiffs, who investigated January 6th because that's "how [he] believe[s] the job operates." *Second*, it confirms that DOJ leadership values their version of the "truth coming out" over "some procedure." This is particularly relevant where Mr. Martin is widely known to believe, and has publicly stated, the January 6th insurrection was a "fraud" and a "hoax" orchestrated by the FBI.[4] *Third*, it indicates that DOJ leadership is in regular contact with January 6th defendants who are imploring them to release information such as the survey results at issue in this litigation.[5]

In sum, Plaintiffs respectfully submit that Mr. Martin's recent statements indicating his clear intent to "name" and "shame" those involved in the January 6th investigations, i.e., the Plaintiffs, is relevant to this Court's consideration of the issues raised in the Parties' filings and discussed at the recent preliminary injunction hearing, particularly those issues which relate to imminence and irreparable harm. Further compounding the threat to Plaintiffs is a recent *New York Times* report that indicated Attorney General Pam Bondi has granted Department of Government Efficiency personnel access to DOJ systems.[6] As this Court is aware, the list of the names of FBI personnel who participated in the January 6th investigations and prosecutions exists on DOJ systems following then-Acting Deputy Attorney General Emil Bove's demand for FBI to send the names to DOJ. *See, e.g.*, ECF No. 32-1, p. 4; ECF No. 21, ¶ 2.

Plaintiffs submit that their requested relief—as set forth during the April 30, 2025 hearing, which requested that the DOJ be ordered to destroy the list it created of the names of FBI personnel

---

[4] *See, e.g.*, Ed Martin, Jr., X posts from June 21, 2024, August 26, 2024, and January 2, 2025, available at https://x.com/EagleEdMartin/status/1804127116289565003,
https://x.com/EagleEdMartin/status/1828039344348622932; and
https://x.com/EagleEdMartin/status/1875014152202424610, respectively.
[5] Indeed, notoriously unapologetic January 6 defendant Enrique Tarrio recently posted a photograph to his *X* account standing alongside President Trump himself. *See* Enrique Tarrio, X account @NobleOne, May 11, 2025, available at: https://x.com/NobleOne/status/1921580257066287175.
[6] *See* Glenn Thrush, NY Times, *As White House Steers Justice Dept., Bondi Embraces Role of TV Messenger*, May 12, 2025.

in addition to issuing an injunction preventing Defendants' release of the list beyond DOJ—remains the only outcome that will ensure the safety of Plaintiffs.

Date: May 15, 2025

                                             Respectfully submitted,

| LAW OFFICE OF MARK S. ZAID, P.C. | CENTER FOR EMPLOYMENT JUSTICE |
|---|---|
| By: _____*Mark S. Zaid*_____<br>MARK S. ZAID, D.C. Bar #440532<br>BRADLEY P. MOSS, D.C. Bar #975905<br>1250 Connecticut Avenue, NW, Suite 700<br>Washington, D.C. 20036<br>(202) 498-0011<br>Mark@MarkZaid.com<br>Brad@MarkZaid.com<br>*Attorneys for John Does 1,3-4,*<br>*Jane Does 1-3 (25-328)* | By: _____*Pamela M. Keith*_____<br>PAMELA M. KEITH, D.C. Bar #448421<br>SCOTT M. LEMPERT, D.C. Bar #1045184<br>650 Massachusetts Ave., NW, Suite 600<br>Washington, DC 20001<br>(202) 800-0292<br>pamkeith@centerforemploymentjustice.com<br>Slempert@centerforemploymentjustice.com<br>*Attorneys for John and Janes Does 1-9, et al.*<br>*(25-325)* |
| DEMOCRACY DEFENDERS FUND | KOSKOFF, KOSKOFF & BIEDER, PC |
| By: _____*Norman L. Eisen*_____<br>Norman L. Eisen D.C. Bar # 435051<br>Pooja Chaudhuri, D.C. Bar # 888314523<br>Tianna Mays, D.C. Bar # 21597<br>600 Pennsylvania Avenue, SE, #15180<br>Washington, D.C. 20003<br>(202) 594-9958<br>norman@statedemocracydefenders.org<br>pooja@statedemocracydefenders.org<br>tianna@statedemocracydefenders.org<br>*Attorneys for John Does 1,3-4,*<br>*Jane Does 1-3 (25-328)* | By: _____*Margaret Donovan*_____<br>Christopher Mattei, Bar # 27500 (*pro hac vice*)<br>Margaret Donovan, D.C. Bar # CT0026<br>350 Fairfield Ave., Suite 501<br>Bridgeport, CT 06604<br>(203) 336-4421<br>cmattei@koskoff.com<br>mdonovan@koskoff.com<br>*Attorneys for Federal Bureau of Investigation*<br>*Agents Association (25-328)* |

*Attorneys for Plaintiffs*