UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES 1-9, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 25-cv-325 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 25-cv-328 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 25, is **GRANTED** and this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction. Plaintiffs' motions for temporary restraining order, ECF 3; *FBIAA v. DOJ*, No. 25 cv 238, ECF 2, and for preliminary injunction, ECF 25, are therefore **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

1

**SO ORDERED.**

                                                    _____
                                                    JIA M. COBB
                                                    United States District Judge

Date: July 17, 2025